EDWARD H. KUBO, JR.          #2499
United States Attorney
District of Hawaii

RONALD G. JOHNSON            #4532
Chief, Violent Crimes

WES R. PORTER                #7698
Assistant U.S. Attorney
Room 6-100, PJKK Federal Bldg.
300 Ala Moana Boulevard
Honolulu, HI 96850
telephone:    440-9248
facsimile:    541-2958
e-mail:       wes.porter@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 0 1 2004

at ___ o'clock and ___ min. ___ M.
WALTER A.Y.H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR NO. 04-00053 DAE |
| | ) | |
| Plaintiff, | ) | **SUPERCEDING INDICTMENT** |
| | ) | |
| vs. | ) | |
| | ) | [18 U.S.C. § 922(g)(1) |
| DANIEL S. GALINDO, | ) | 18 U.S.C. § 924(c)(1) |
| (a.k.a. SILVER JOSE GALINDO) | ) | 21 U.S.C. § 841(a)(1)] |
| (a.k.a. TIMOTHY MAU) | ) | |
| | ) | |
| Defendant. | ) | |

S U P E R C E D I N G   I N D I C T M E N T

Count 1
(18 U.S.C. § 922(g)(1))

The Grand Jury charges that:

On or about September 6, 2003, in the District of Hawaii, defendant DANIEL S. GALINDO, (a.k.a. SILVER JOSE GALINDO,

a.k.a. TIMOTHY MAU), having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting commerce a firearm, to wit: a Colt, Model 1911A1, caliber .45 semiautomatic pistol bearing Serial Number 2741124, and ammunition, to wit: seven rounds of .45 caliber ammunition.

All in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

### Count 2
(18 U.S.C. § 922(g)(1))

The Grand Jury further charges that:

On or about February 29, 2004, in the District of Hawaii, defendant DANIEL S. GALINDO, (a.k.a. SILVER JOSE GALINDO, a.k.a. TIMOTHY MAU), having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting commerce a firearm, to wit: a Beretta, model 950 BS, caliber .25 semiautomatic pistol, bearing serial number BER 11983V, and ammunition, to wit: four (4) Winchester brand, .25 caliber cartridges and one (1) Winchester brand, .38 caliber Special cartridge.

All in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

### Count 3
(18 U.S.C. § 922(g)(1))

The Grand Jury further charges that:

On or about March 11, 2004, in the District of Hawaii, defendant DANIEL S. GALINDO, (a.k.a. SILVER JOSE GALINDO, a.k.a. TIMOTHY MAU), having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting commerce a firearm, to wit: a Smith & Wesson, model SW9V, caliber .9 mm semiautomatic pistol, and ammunition, to wit: nine (9) Winchester Western 9mm "LUGER" cartridges.

All in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

### Count 4
(21 U.S.C. § 841(a)(1))

The Grand Jury further charges that:

On or about March 11, 2004, in the District of Hawaii, defendant DANIEL S. GALINDO, (a.k.a. SILVER JOSE GALINDO, a.k.a. TIMOTHY MAU), knowingly and intentionally possessed with intent to distribute five (5) grams or more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

**Count 5**
(18 U.S.C. § 924(c)(1))

The Grand Jury further charges that:

On or about March 11, 2004, in the District of Hawaii, defendant DANIEL S. GALINDO, (a.k.a. SILVER JOSE GALINDO, a.k.a. TIMOTHY MAU), knowingly carried and possessed in furtherance of a drug trafficking crime, a firearm, to wit: a Smith & Wesson, model SW9V, caliber .9 mm semiautomatic pistol, during and in relation to a drug trafficking crime, as charged in Count 4.

All in violation of Title 18, United States Code, Section 924(c)(1).

DATED: April 1, 2004, at Honolulu, Hawaii.

A TRUE BILL

/s/

FOREPERSON, Grand Jury

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

RONALD G. JOHNSON
Chief, Violent Crimes

WES REBER PORTER
Assistant U.S. Attorney

United States v. SILVER J. GALINDO
Cr. No. 04-00053 DAE
"SUPERCEDING INDICTMENT"

4