# MINUTES

```
FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
02/03/2006 4:30 PM
SUE BEITIA, CLERK
```

**CASE NUMBER:** CR 04-00053DAE

**CASE NAME:** USA vs. Silver Jose Galindo

**ATTYS FOR PLA:** Wes Reber Porter

**ATTYS FOR DEF:** Jerry I. Wilson

**INTERPRETER:**

**JUDGE:** JUDGE DAVID ALAN EZRA     **REPORTER:** NONE

**DATE:** 02/03/2006     **TIME:**

**ROOM:**

**COURT ACTION:** EO

Jury Selection/Trial to Follow continued from 03/07/2006 09:00:00 AM to 05/23/2006 09:00:00 AM

Final Pretrial Conference continued from 02/06/2006 10:00:00 AM to 04/24/2006 10:00:00 AM, Judge presiding changed from KSC to LEK, from COURTROOM 5 to COURTROOM 7 before LEK

Time to be excluded from 3/7/2006 to 5/23/2006.

Mr. Wilson to prepare stip.

Submitted by: Theresa Lam, Courtroom Manager