

ORIGINAL

Of Counsel:
Jerry I. Wilson
Attorney At Law
A Law Corporation

JERRY I. WILSON  1961
Suite 1450, 220 South King Street
Honolulu, Hawaii  96813-4542
Telephone:  (808) 536-9307

LODGED
FEB 0 9 2006
CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
FEB 1 0 2006
____ o'clock and ____ min ___ M
SUE BEITIA, CLERK

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>  vs.<br><br>SILVER JOSE GALINDO<br>aka Daniel S. Galindo,<br>aka Timothy Mau,<br><br>       Defendant. | CR. NO. 04-00053 DAE<br><br>STIPULATION CONTINUING<br>TRIAL AND TO EXCLUDE TIME,<br>AND ORDER<br><br><br>PREVIOUS TRIAL<br>DATE:    March 7, 2006<br><br>NEW TRIAL<br>DATE:    May 23, 2006 |

### STIPULATION CONTINUING TRIAL AND TO EXCLUDE TIME

**IT IS HEREBY STIPULATED AND AGREED**, by and between the parties herein, that the jury trial presently scheduled for March 7, 2006, be continued to May 23, 2006, before the Honorable United States District Judge DAVID ALAN EZRA.  The motions deadline is March 27, 2006, and responses are due April 10, 2006.  The final pretrial conference will be held on April 24, 2006, at 10:00 a.m., before Magistrate Judge Leslie E. Kobayashi.

**IT IS FURTHER STIPULATED AND AGREED,** by and between the parties, and the Court finds, that the time period beginning and including March 7, 2006, to and including May 23, 2006, be excluded from the computations required by the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(B)(iv) on the grounds that the ends of justice served by granting this continuance outweigh the best interests of the public and the Defendant in a speedy trial. The Court bases this finding on the fact that Defendant's counsel needs additional time to adequately prepare for trial and that failure to grant the continuance would unreasonably deny the Defendant continuity of counsel and would further deny the Defendant the reasonable time necessary for effective preparation, taking into account due diligence.

**IT IS SO STIPULATED.**

DATED: Honolulu, Hawaii, February 6, 2006.

JERRY I. WILSON
Attorney for Defendant

WES REBER PORTER
Assistant U. S. Attorney
Attorney for Plaintiff
UNITED STATES OF AMERICA

APPROVED AND SO ORDERED:

_____
DAVID ALAN EZRA
United States District Judge
District of Hawaii

United States of America vs. Silver Jose Galindo, Cr. No. 04-00053
DAE; STIPULATION CONTINUING TRIAL AND TO EXCLUDE TIME, AND ORDER

-3-