EDWARD H. KUBO, JR.        #2499
United States Attorney
District of Hawaii

WES REBER PORTER           #7698
Assistant U.S. Attorney
PJKK Federal Bldg., Room 6-100
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-mail: wes.porter@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 04-00053 DAE |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER |
| | ) | CONTINUING TRIAL AND TO |
| vs. | ) | EXCLUDE TIME |
| | ) | |
| SILVER JOSE GALINDO, | ) | |
| aka Daniel S. Galindo, | ) | NEW TRIAL DATE: June 27, 2006 |
| aka Timothy Mau, | ) | |
| | ) | |
| Defendant. | ) | |

STIPULATION AND ORDER
CONTINUING TRIAL AND TO EXCLUDE TIME

IT IS HEREBY STIPULATED by and between the parties herein that the jury trial presently scheduled for May 23, 2006, at 9:00 a.m., be continued to June 27, 2006, at 9:00 a.m., before Chief United States District Judge David Alan Ezra. The final pretrial conference will be held on May 30, 2006, at 10:00 a.m., before Magistrate Judge Kevin S. Chang.

IT IS FURTHER STIPULATED that the time period beginning and including May 23, 2006, to and including June 27, 2006, be excluded from the computations required by the Speedy Trial Act,

18 U.S.C. § 3161(h)(8)(B)(iv) on the grounds that the ends of justice served by granting this continuance outweigh the best interest of the public and Defendant in a speedy trial.  The Court bases this finding on the fact that Defendant's counsel needs additional time to adequately prepare for trial and that failure to grant the continuance would unreasonably deny the Defendant continuity of counsel and would further deny the Defendant the reasonable time necessary for effective preparation, taking into account due diligence.

        IT IS SO STIPULATED:

        DATED:  April 24, 2006, at Honolulu, Hawaii.

                      EDWARD H. KUBO, JR.
                      United States Attorney
                      District of Hawaii

                      By   /s/ Wes Reber Porter
                         WES REBER PORTER
                         Assistant U.S. Attorney

                         /s/ Jerry Wilson
                         JERRY WILSON, ESQ.
                         Attorney for Defendant
                         SILVER GALINDO

APPROVED AND SO ORDERED:
DATED: Honolulu, Hawaii, April 27, 2006.



                                            _____
                                            David Alan Ezra
                                            United States District Judge

<u>UNITED STATES v. SILVER GALINDO</u>
Cr. No. 04-00053 DAE
"Stipulation and Order Continuing Trial and to Exclude Time"