# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

6-13-06  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:      CR 04-00053DAE

CASE NAME:        USA v. Silver Jose Galindo

ATTYS FOR PLA:    Wes Reber Porter, Darren Ching

ATTYS FOR DEFT:   Jerry I. Wilson

INTERPRETER:

|  |  |  |  |
|---|---|---|---|
| JUDGE: | Barry M. Kurren | REPORTER: | C6F |
| DATE: | 6-13-06 | TIME: | 2:08 - 2:15 |

COURT ACTION:  EP: Final Pretrial Conference held.  Defendant's presence waived. Court to prepare order.

**CRIMINAL FINAL PRETRIAL CONFERENCE**

Jury Trial before Judge David Alan Ezra on June 27, 2006 at 9:00 a.m.

Representations by counsel on trial time:
The United States: 4-5 days
The Defendant: 1 day

Fed. R. Crim. P. 16(a) (1) (C) (E) disclosures made as to Defendant.

1. Fed. R. Evid. 404(b) : June 19, 2006
2. a. Motions in Limine filed and served by: June 16, 2006.
   b. Memoranda in opposition to Motions in Limine filed and served by: June 21, 2006.
3. Brady and Giglio Material by: June 15, 2006
4. a. Jury Instructions exchanged by June 19, 2006.
   d. Filings required by 4(b) & (c) by June 21, 2006.
5. Witness Lists per stipulation by June 20, 2006.
6. Exhibits
   a. Parties will exchange exhibits.
   b. Original exhibits tabbed and in binders, copy in binders.

7. <u>Stipulations</u>: In writing and filed by June 20, 2006.
8. <u>Voir Dire Questions</u>: In writing by June 20, 2006.
9. <u>Trial Briefs</u>: by June 20, 2006.
10. <u>Jencks Disclosures</u> by the Friday before trial
11. <u>Other Matters</u>:
12. N/A

cc: Tammy Kimura

Submitted by Richlyn Young, Courtroom Manager

CR 04-00053DAE;
USA v. Silver Jose Galindo;
Final Pretrial Conference Minutes
6-13-06