ORIGINAL

Of Counsel:
Jerry I. Wilson
Attorney At Law
A Law Corporation

JERRY I. WILSON  1961
Suite 1450, 220 South King Street
Honolulu, Hawaii  96813-4542
Telephone:  (808) 536-9307

Attorney for Defendant

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUN 1 5 2006

at __ o'clock and __ min __ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>SILVER JOSE GALINDO,<br>aka Daniel S. Galindo,<br>aka Timothy Mau,<br><br>    Defendant. | CR. NO. 04-00053 DAE<br><br>NOTICE OF MOTION; DEFENDANT'S MOTION TO CONTINUE TRIAL OR, IN THE ALTERNATIVE, TO WITHDRAW AS COUNSEL FOR DEFENDANT AND TO APPOINT NEW COUNSEL; DECLARATION OF COUNSEL; CERTIFICATE OF SERVICE<br><br>HEARING DATE: _____<br><br>TIME: _____<br><br>JUDGE: <u>DAVID ALAN EZRA</u> |

## NOTICE OF MOTION

TO:    **WES REBER PORTER**
         Assistant United States Attorney
         Room 6100, PJKK Federal Building
         300 Ala Moana Boulevard, Box 50183
         Honolulu, Hawaii  96850

         Attorney for Plaintiff
           UNITED STATES OF AMERICA

**SILVER JOSE GALINDO**
#95184-022
Federal Detention Center
P. O. Box 30080
Honolulu, Hawaii  96850

Defendant

**PLEASE TAKE NOTICE** that the foregoing motion will be heard before the Honorable U.S. District Judge <u>DAVID ALAN EZRA</u> in his Courtroom in the United States Courthouse, 300 Ala Moana Boulevard, Honolulu, Hawaii 96813, on _____, the _____ day of _____, 2006, at _____ o' clock <u>a</u>.m., or as soon thereafter as counsel may be heard.

DATED:  Honolulu, Hawaii, _____JUN 15 2006_____.

_____
JERRY I. WILSON
Attorney for Defendant

-2-

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>            Plaintiff,  )<br>  )<br>    vs.  )<br>  )<br>SILVER JOSE GALINDO,  )<br>  aka Daniel s. Galindo,  )<br>  aka Timothy Mau,  )<br>  )<br>            Defendant.  )<br>  )<br>  )<br>_____) | CR. NO. 04-00053 DAE<br><br>DEFENDANT'S MOTION TO CONTINUE<br>TRIAL OR, IN THE ALTERNATIVE,<br>TO WITHDRAW AS COUNSEL FOR<br>DEFENDANT AND TO APPOINT NEW<br>COUNSEL |

**DEFENDANT'S MOTION TO CONTINUE TRIAL OR,
IN THE ALTERNATIVE, TO WITHDRAW AS
COUNSEL FOR DEFENDANT AND TO APPOINT NEW COUNSEL**

Comes now Defendant SILVER JOSE GALINDO, by and through his court-appointed attorney, JERRY I. WILSON, and pursuant to Rule 47 of the Federal Rules of Criminal Procedure, moves this Honorable Court to continue the trial herein from June 27, 2006, in the normal course, for the reasons stated in the attached declaration.

This motion is based on the declaration attached, the pleadings and records on file herein, and such other and further matters which may be considered by the Court at the hearing hereof.

DATED: Honolulu, Hawaii       JUN 15 2006                          .

_____
JERRY I. WILSON
Attorney for Defendant