IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 04-00053 DAE |
| | ) | |
| Plaintiff, | ) | DECLARATION OF COUNSEL |
| | ) | |
| vs. | ) | |
| | ) | |
| SILVER JOSE GALINDO, | ) | |
| aka Daniel S. Galindo, | ) | |
| aka Timothy Mau, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| _____ | ) | |

## DECLARATION OF COUNSEL

I, JERRY I. WILSON, declare as follows:

1.    That I am the substitute court-appointed attorney for the Defendant and have personal knowledge of the matters hereinafter stated except as otherwise indicated.

2.    That I am not prepared for trial in this matter for the following reasons:

a)    I have been unable to locate a material witness in this case whom I believe is incarcerated somewhere on the mainland.

b)    I have tried to investigate other lawsuits in which two (2) of the government's witnesses testified, but I need additional time to confer with their attorneys and others and possibly obtain copies of pertinent records.

c)    I had a firm set trial in State v. Conner, FC-Cr. No. 05-1-0019, scheduled to begin on June 6, 2006, which was

not continued until Monday, June 5, 2006, after 3:00 p.m.; that my prior requests to continue same because of this and other trial matters were denied; that the trial was continued because the State's attorney found out that he had other matters.

d)    I have been short-handed since April, 2006, and overwhelmed with other cases including Machado v. International Association of Heat & Frost Insulators & Asbestos Workers, et al., Civil No.  CV05-00576 DAE KSC, a murder case in State of Hawaii v. John Kalani Lanoza, Cr. No. 03-1-2683, a major criminal case in United States of America vs. Wessa Tanupo, Cr. No. 05-00548 SOM, etc. (I am also trying to continue Tanupo).

3.    That I advised Mr. Porter of the above some weeks ago, but he declined to agree to the continuance.

4.    That I am behind in many trial and office matters and believe that this will harm my client due to my inability to be properly prepared, thus another, less busy attorney may be warranted.

**THAT DECLARANT DECLARES UNDER PENALTY OF PERJURY THAT THE FACTS CONTAINED HEREIN ARE TRUE AND CORRECT TO THE BEST OF DECLARANT'S KNOWLEDGE AND BELIEF.**

DATED:  Honolulu, Hawaii, _____.

JUN 15 2006

_____
JERRY I. WILSON
Attorney for Defendant

-2-