EDWARD H. KUBO, JR.      #2499
United States Attorney
District of Hawaii

RONALD G. JOHNSON        #4532
Chief, Major Crimes

WES REBER PORTER         #7698
Assistant U.S. Attorney
PJKK Federal Bldg., Room 6-100
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-mail: wes.porter@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. 04-00053 DAE |
| ) | |
| Plaintiff, ) | GOVERNMENT'S OPPOSITION TO |
| ) | DEFENDANT'S MOTION TO CONTINUE |
| vs. ) | TRIAL OR, IN THE ALTERNATIVE, |
| ) | TO WITHDRAW AS COUNSEL; |
| SILVER JOSE GALINDO, ) | CERTIFICATE OF SERVICE |
| aka Daniel S. Galindo, ) | |
| aka Timothy Mau, ) | |
| ) | |
| Defendant. ) | |
| ) | |

GOVERNMENT'S OPPOSITION TO DEFENDANT'S MOTION TO CONTINUE
TRIAL OR, IN THE ALTERNATIVE, TO WITHDRAW AS COUNSEL

Now comes the United States through its undersigned counsel and herein opposes Defendant Silver Galindo's, aka Daniel S. Galindo, aka Timothy Mau ("Galindo"), motion to continue trial or, in the alternative, to withdraw as counsel. As stated in Galindo's motion, the government refused to stipulate to the

latest request for a continuance of a trial in this matter several weeks ago.  In addition to being an older case, the government refused to stipulate to yet another continuance in this case because of the difficulties at trial concerning cooperating witnesses.

       The government intends to call four (4) cooperating witnesses to testify at Galindo's trial, all of whom are federal defendants in this district and pending sentencing.  The parties involved in the prosecutions of these cooperating witnesses have moved out the sentencing hearings for the last time.  If Galindo's trial is continued, then the government will be prejudiced by having some, if not all, of its cooperating witnesses sentenced prior to testifying.

       The government submits on Galindo's motion to withdraw counsel.

       DATED: June 16, 2006, at Honolulu, Hawaii.

                              EDWARD H. KUBO, JR.
                              United States Attorney
                              District of Hawaii


                              By  /s/ Wes Reber Porter
                                 WES REBER PORTER
                                 Assistant U.S. Attorney

CERTIFICATE OF SERVICE

I hereby certify that on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses:

Served by First Class mail:

    JERRY I. WILSON, ESQ.
    Central Pacific Plaza
    220 S King St Ste 1450
    Honolulu, HI 96813

Served by hand delivery:

    U.S. PROBATION OFFICE
    300 Ala Moana Boulevard, Room C-110
    Honolulu, Hawaii 96850

    DATED:  June 16, 2006, at Honolulu, Hawaii.


                              /s/ Cheri Abing