**ORIGINAL**

Of Counsel:
Jerry I. Wilson
Attorney At Law
A Law Corporation

JERRY I. WILSON  1961
Suite 1450, 220 South King Street
Honolulu, Hawaii  96813-4542
Telephone:  (808) 536-9307

Attorney for Defendant

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

LODGED    JUN 1 6 2006

JUN 1 5 2006 at ___ o'clock and ___ min __
SUE BEITIA, CLERK

CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>     vs.<br><br>SILVER JOSE GALINDO,<br> aka Daniel S. Galindo,<br> aka Timothy Mau,<br><br>           Defendant. | CR. NO. 04-00053 DAE<br><br>EX PARTE MOTION TO SHORTEN TIME TO HEAR DEFENDANT'S MOTION TO CONTINUE TRIAL OR, IN THE ALTERNATIVE, TO WITHDRAW AS COUNSEL FOR DEFENDANT AND TO APPOINT NEW COUNSEL FOR DEFENDANT; DECLARATION OF COUNSEL; ORDER GRANTING EX PARTE MOTION TO SHORTEN TIME TO HEAR DEFENDANT'S MOTION TO CONTINUE TRIAL OR, IN THE ALTERNATIVE, TO WITHDRAW AS COUNSEL FOR DEFENDANT AND TO APPOINT NEW COUNSEL; CERTIFICATE OF SERVICE |

**EX PARTE MOTION TO SHORTEN TIME TO
HEAR DEFENDANT'S MOTION TO CONTINUE TRIAL
OR, IN THE ALTERNATIVE, TO WITHDRAW AS
COUNSEL FOR DEFENDANT AND TO APPOINT NEW COUNSEL**

Comes now Defendant SILVER JOSE GALINDO, by and through his substitute court-appointed attorney, JERRY I. WILSON, and pursuant to Rules 12(b) and 47 of the Federal Rules of Criminal Procedure, moves this Honorable Court for an order to shorten the

time within which to hear DEFENDANT'S MOTION TO CONTINUE TRIAL OR, IN THE ALTERNATIVE, TO WITHDRAW AS COUNSEL FOR DEFENDANT AND TO APPOINT NEW COUNSEL filed herewith for the reasons stated in the attached declaration.

This motion is based on the declaration attached, the pleadings and records on file herein, and such other and further matters which may be considered by the Court.

DATED: Honolulu, Hawaii, JUN 16 2006.

_____
JERRY I. WILSON
Attorney for Defendant