IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 04-00053 dae |
| | ) | |
| Plaintiff, | ) | ORDER GRANTING EX PARTE MOTION |
| | ) | TO SHORTEN TIME TO HEAR |
| vs. | ) | DEFENDANT'S MOTION TO CONTINUE |
| | ) | TRIAL OR, IN THE ALTERNATIVE, |
| SILVER JOSE GALINDO, | ) | TO WITHDRAW AS COUNSEL FOR |
| aka Daniel S. Galindo, | ) | DEFENDANT AND TO APPOINT NEW |
| aka Timothy Mau, | ) | COUNSEL |
| | ) | |
| Defendant. | ) | |

**ORDER GRANTING EX PARTE MOTION TO SHORTEN
TIME TO HEAR DEFENDANT'S MOTION TO CONTINUE TRIAL
OR, IN THE ALTERNATIVE, TO WITHDRAW AS
COUNSEL FOR DEFENDANT AND TO APPOINT NEW COUNSEL**

Upon review of the Ex Parte Motion To Shorten Time To Hear Defendant's Motion To Continue Trial Or, In The Alternative To Withdraw As Counsel For Defendant And To Appoint New Counsel; Declaration of Counsel; and

Good cause appearing therefor,

IT IS HEREBY **ORDERED** that the motion is **GRANTED**. The motion shall come on for hearing before the Honorable U.S. District Court Judge DAVID ALAN EZRA on Tuesday, the 20th day of June, 2006, at 9:45 o'clock a.m., or as soon thereafter as counsel may be heard.

DATED: Honolulu, Hawaii, JUN 16 2006.

Judge of the Above-Entitled Court