## CERTIFICATE OF SERVICE

I hereby certify that copies of the foregoing will be duly mailed or delivered to the following persons at their last known addresses upon filing and receipt of said document:

**WES REBER PORTER**
Assistant United States Attorney
Office of the United States Attorney
PJKK Federal Building
300 Ala Moana Boulevard, Suite 6100
Honolulu, Hawaii 96850

Attorney for Plaintiff
 UNITED STATES OF AMERICA

**SILVER JOSE GALINDO**
#95184-022
Federal Detention Center
P. O. Box 30080
Honolulu, Hawaii 96850

Defendant

DATED: Honolulu, Hawaii, JUN 15 2006

_____
JERRY I. WILSON
Attorney for Defendant