# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

6/20/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR 04-00053DAE |
| CASE NAME: | USA v. Silver Jose Galindo |
| ATTYS FOR PLA: | Wes Porter |
| ATTYS FOR DEFT: | Jerry Wilson |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | David Alan Ezra | REPORTER: | Cynthia Fazio |
| DATE: | 6/20/2006 | TIME: | 9:45am-10:00am |

COURT ACTION:  EP: [62]Defendant Silver Jose Galindo's MOTION TO CONTINUE TRIAL or in the alternative, To Withdraw as Counsel for Defendant and to Appoint New Counsel.

Defendant Silver Jose Galindo present in custody.

Oral arguments heard.

[62]Defendant Silver Jose Galindo's MOTION TO CONTINUE TRIAL or in the alternative, To Withdraw as Counsel for Defendant and to Appoint New Counsel- GRANTED IN PART, DENIED IN PART.

Motion to Continued Trial-GRANTED.  Trial continued to 11/7/2006 @900amDAE. Time is excluded from 6/27/2006 to 11/7/2006 under the Speedy Trial Act.

Motion to Withdraw as Counsel for Defendant and to Appoint New Counsel-DENIED AS MOOT.

Mr. Porter to prepare order.

Submitted by:  Theresa Lam, Courtroom Manager