# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

09/12/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER: CR NO. 04-00053DAE

CASE NAME: United States of America Vs. Silver Jose Galindo

ATTYS FOR PLA:

ATTYS FOR DEFT:

INTERPRETER:

JUDGE: David Alan Ezra            REPORTER:

DATE: 09/12/2006                  TIME:

COURT ACTION:  EO: Stipulation to Continue Trial, Final PreTrial Conference Dates and Motions Deadline will be submitted for Court's Signature.

New Dates-

Jury Selection/Jury Trial-1/23/2007 @9:00 a.m. before Judge Ezra

Final PreTrial Conference-12/18/2006 @l0:00 a.m. before Judge Kurren.

Defendant's Motions are to be filed by 11/13/2006

Government's Response to be filed by 11/27/2006.

Time excluded from 11/07/2006 through 1/23/2007.


Submitted by Leslie L. Sai, Courtroom Manager