EDWARD H. KUBO, JR.         #2499
United States Attorney
District of Hawai`i

DARREN W.K. CHING           #6903
Assistant U.S. Attorney
PJKK Federal Bldg., Room 6-100
300 Ala Moana Boulevard
Honolulu, Hawai`i 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-mail: Darren.Ching@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 04-00053 DAE |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER |
| | ) | CONTINUING TRIAL AND TO |
| vs. | ) | EXCLUDE TIME |
| | ) | |
| SILVER JOSE GALINDO, | ) | |
| aka Daniel S. Galindo, | ) | NEW TRIAL DATE: January 23, 2007 |
| aka Timothy Mau, | ) | |
| | ) | |
| Defendant. | ) | |

STIPULATION AND ORDER
CONTINUING TRIAL AND TO EXCLUDE TIME

IT IS HEREBY STIPULATED by and between the parties herein that the jury trial presently scheduled for November 7, 2006 at 9:00 a.m., be continued to January 23, 2007 at 9:00 a.m., before United States District Judge David Alan Ezra.  The final pretrial conference will be held on December 18, 2006 at 10:00 a.m., before Magistrate Judge Barry M. Kurren.  Defense motions are due on November 13, 2006.  The government's responses are due on November 27, 2006.

IT IS FURTHER STIPULATED that the time period beginning and including November 7, 2006, to and including January 23,

2007, be excluded from the computations required by the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(B)(iv) on the grounds that the ends of justice served by granting this continuance outweigh the best interest of the public and Defendant in a speedy trial.  The Court bases this finding on the fact that Defendant's counsel needs additional time to adequately prepare for trial and that failure to grant the continuance would unreasonably deny the Defendant continuity of counsel and would further deny the Defendant the reasonable time necessary for effective preparation, taking into account due diligence.

        IT IS SO STIPULATED:

        DATED: September 13, 2006, at Honolulu, Hawai`i.

                              EDWARD H. KUBO, JR.
                              United States Attorney
                              District of Hawai`i

                              By /s/ Darren W. K. Ching
                                  DARREN W.K. CHING
                                  Assistant U.S. Attorney

                                /s/ Jerry Wilson
                                  JERRY WILSON, ESQ.
                                  Attorney for Defendant
                                  SILVER GALINDO

APPROVED AND SO ORDERED:



   /S/ Leslie E. Kobayashi
Leslie E. Kobayashi
United States Magistrate Judge

UNITED STATES v. SILVER GALINDO
Cr. No. 04-00053 DAE
"Stipulation and Order Continuing Trial and To Exclude Time"

3