Case 1:04-cr-00053-DAE    Document 71    Filed 12/18/2006    Page 1 of 2

# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

12/18/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR 04-00053DAE |
| CASE NAME: | USA v. Silver Jose Galindo |
| ATTYS FOR PLA: | Darren W.K. Ching |
| ATTYS FOR DEFT: | Jerry I. Wilson |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Barry M. Kurren | REPORTER: | C6F |
| DATE: | 12/18/2006 | TIME: | 10:07 - 10:13 |

COURT ACTION:  EP: Final Pretrial Conference held.  Court to prepare order. Defendant's presence waived.

**CRIMINAL FINAL PRETRIAL CONFERENCE**

Jury Trial before Judge David Alan Ezra on January 23, 2007 at 9:00.a.m..

Representations by counsel on trial time:
The United States: 8 days
Defendant: 2 days

Fed. R. Crim. P. 16(a) (1) (C) (E) disclosures made as to Defendants.

1. <u>Fed. R. Evid. 404(b)</u>:  December 27, 2006
2. a. Motions in Limine filed and served by:  January 3, 2007.
   b. Memoranda in opposition to motions in limine filed and served by: January 8, 2007.
3. <u>Brady and Giglio Material</u> by: January 3, 2007
4. a. Jury Instructions exchanged by January 3, 2007.
   d. Filings required by 4(b) & (c) by: January 10, 2007.
5. Witness Lists per stipulation by January 16, 2007.
6. <u>Exhibits</u>
   a. Parties will exchange exhibits.
   b. Original exhibits tabbed and in binders, copy in binders.

7.  <u>Stipulations</u>: In writing and filed by January 10, 2007.
8.  <u>Voir Dire Questions</u>: In writing by January 10, 2007.
9.  <u>Trial Briefs</u>: by January 10, 2007.
10. <u>Jencks Disclosures</u> by the Friday before trial
11. <u>Other Matters</u>:
12. N/A

Submitted by Richlyn Young, Courtroom Manager

CR 04-00053DAE;
USA v. Silver Jose Galindo;
Final Pretrial Conference Minutes
12/18/2006