EDWARD H. KUBO, JR.     #2499
United States Attorney
District of Hawaii

RONALD G. JOHNSON      #4532
Chief, Major Crimes Section

DARREN W.K. CHING      #6903
Assistant U.S. Attorney
PJKK Federal Bldg., Room 6-100
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-mail: Darren.Ching@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR. NO. 04-00053 DAE |
|  | ) |
| Plaintiff, | ) NOTICE OF COMPLIANCE WITH |
|  | ) LOCAL RULE CRIMLR16.1(a); |
| vs. | ) CERTIFICATE OF SERVICE |
|  | ) |
| SILVER JOSE GALINDO, | ) |
|   aka: Daniel S. Galindo, | ) |
|   aka: Timothy Mau, | ) |
|  | ) |
| Defendant. | ) |
|  | ) |

NOTICE OF COMPLIANCE WITH LOCAL RULE CRIMLR16.1(a)

The UNITED STATES OF AMERICA hereby notices its compliance with the discovery mandated by CrimLR16.1(a) of the Rules of the United States District Court for the District of Hawaii and Rule 16(a) of the Federal Rules of Criminal Procedure ("FRCrP"), to the extent presently within the capability of the undersigned attorney.

Pursuant to CrimLR16.1(c) and Rule 16(c), FRCrP, the appropriate opposing attorney or the court will be promptly notified of the discovery, prior to or during trial, of additional evidence or material subject to discovery or inspection under CrimLR16.1(a).

DATED:  Honolulu, Hawaii, January 5, 2007.

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii


   /s/ Darren W. K. Ching
DARREN W.K. CHING
Assistant U.S. Attorney

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known address:

<u>    Served Electronically through CM/ECF</u>:

JERRY WILSON, ESQ.          <u>wilsonlawfirm@hawaii.rr.com</u>

Attorney for Defendant
SILVER JOSE GALINDO


DATED: January 5, 2007, at Honolulu, Hawaii.


                           <u>    /s/ Cheri Abing         </u>