# ORIGINAL

Of Counsel:
Jerry I. Wilson
Attorney At Law
A Law Corporation

JERRY I. WILSON  1961
Suite 1450, 220 South King Street
Honolulu, Hawaii  96813-4542
Telephone:  (808) 536-9307

Attorney for Defendant

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 1 1 2007

at __1__ o'clock and __30__ min __P__ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                             )<br>        Plaintiff,          )<br>                             )<br>   vs.                       )<br>                             )<br>SILVER JOSE GALINDO,         )<br> aka Daniel S. Galindo,      )<br> aka Timothy Mau,            )<br>                             )<br>        Defendant.           )<br>                             )<br>                             )<br>                             )<br>                             )<br>                             )<br>                             )<br>                             )<br>                             )<br>                             )<br>                             )<br>                             )<br>_____) | CR. NO. 04-00053 DAE<br><br>NOTICE OF MOTION; DEFENDANT'S<br>MOTION TO CONTINUE TRIAL AND<br>TO ENLARGE TIME TO FILE<br>PRETRIAL MOTIONS; DECLARATION<br>OF COUNSEL; CERTIFICATE OF<br>SERVICE<br><br><br><br>HEARING<br>DATE:     _____<br><br>TIME:     _____<br><br>MAGISTRATE<br> JUDGE:    KEVIN S. C. CHANG |

## NOTICE OF MOTION

TO:   **DARREN W. K. CHING**
      Assistant United States Attorney
      Room 6100, PJKK Federal Building
      300 Ala Moana Boulevard, Box 50183
      Honolulu, Hawaii  96850

      Attorney for Plaintiff
        UNITED STATES OF AMERICA

**SILVER JOSE GALINDO**
#95184-022
Federal Detention Center
P. O. Box 30080
Honolulu, Hawaii  96850

Defendant

**PLEASE TAKE NOTICE** that the foregoing motion will be heard before the Honorable U.S. Magistrate Judge KEVIN S. C. CHANG in his Courtroom in the United States Courthouse, 300 Ala Moana Boulevard, Honolulu, Hawaii  96813, on _____, the _____ day of _____, 2007, at \_\_\_\_\_ o' clock a.m., or as soon thereafter as counsel may be heard.

DATED:  Honolulu, Hawaii,  JAN 11 2007  .

_____
JERRY I. WILSON
Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>SILVER JOSE GALINDO,<br>　aka Daniel s. Galindo,<br>　aka Timothy Mau,<br><br>　　　　Defendant. | ) CR. NO. 04-00053 DAE<br>)<br>) DEFENDANT'S MOTION TO CONTINUE<br>) TRIAL AND TO ENLARGE TIME TO<br>) FILE PRETRIAL MOTIONS<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### DEFENDANT'S MOTION TO CONTINUE TRIAL AND TO ENLARGE TIME TO FILE PRETRIAL MOTIONS

　　　　Comes now Defendant SILVER JOSE GALINDO, by and through his court-appointed attorney, JERRY I. WILSON, and pursuant to Rule 47 of the Federal Rules of Criminal Procedure, moves this Honorable Court to continue the trial herein from January 23, 2007, to February 13, 2007, and to enlarge the time to file pretrial motions for the reasons stated in the attached declaration.

　　　　This motion is based on the declaration attached, the pleadings and records on file herein, and such other and further matters which may be considered by the Court at the hearing hereof.

　　　　DATED: Honolulu, Hawaii, _____JAN 11 2007_____.

_____
JERRY I. WILSON
Attorney for Defendant