IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 04-00053 DAE |
| | ) | |
| Plaintiff, | ) | DECLARATION OF COUNSEL |
| | ) | |
| vs. | ) | |
| | ) | |
| SILVER JOSE GALINDO, | ) | |
| aka Daniel S. Galindo, | ) | |
| aka Timothy Mau, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

### DECLARATION OF COUNSEL

I, JERRY I. WILSON, declare as follows:

1. That I am the substitute court-appointed attorney for the Defendant and have personal knowledge of the matters hereinafter stated except as otherwise indicated.

2. That I need additional time to file a motion to sever certain of the charges against the Defendant and to otherwise prepare for trial.

3. That I have discussed this matter with Assistant U.S. Attorney Darren W. K. Ching and Judge Ezra's Courtroom Manager Leslie Sai.

**THAT DECLARANT DECLARES UNDER PENALTY OF PERJURY THAT THE FACTS CONTAINED HEREIN ARE TRUE AND CORRECT TO THE BEST OF DECLARANT'S KNOWLEDGE AND BELIEF.**

DATED: Honolulu, Hawaii, JAN 11 2007                                    .

JERRY I. WILSON
Attorney for Defendant