## CERTIFICATE OF SERVICE

I hereby certify that copies of the foregoing will be duly mailed or delivered to the following persons at their last known addresses upon filing and receipt of said document:

**DARREN W. K. CHING**
Assistant United States Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Boulevard, Box 50183
Honolulu, Hawaii  96850

Attorney for Plaintiff
UNITED STATES OF AMERICA

**SILVER JOSE GALINDO**
#95184-022
Federal Detention Center
P. O. Box 30080
Honolulu, Hawaii  96850

Defendant

DATED:  Honolulu, Hawaii, _____JAN 1 1 2007_____.

_____
JERRY I. WILSON
Attorney for Defendant