# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

01/17/2007  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR 04-00053DAE |
| CASE NAME: | USA v. Silver Jose Galindo |
| ATTYS FOR PLA: | Darren W.K. Ching |
| ATTYS FOR DEFT: | Jerry I. Wilson |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Barry M. Kurren | REPORTER: | C6F |
| DATE: | 01/17/2007 | TIME: | 10:08 - 10:20 |

COURT ACTION:  EP:  [75] Defendant's Motion to Continue Trial and to Enlarge Time to File Pretrial Motions - deft present in custody.

Defendant agrees to the continuance of trial.
Motion GRANTED.
JS/JT continued to 2/13/2007 @ 9 a.m., DAE.
Ching to prepare order to include excluding time from 1/23/2007 thru 2/13/2007 for continuity of counsel, to enable defense counsel time to prepare, and in the interest of justice.

Final Pretrial Conference held.  Court to prepare an amended final pretrial order.

**CRIMINAL FINAL PRETRIAL CONFERENCE**

Jury Trial before Judge David Alan Ezra on February 13, 2007 at 9:00.a.m.

Representations by counsel on trial time:
The United States: 2 weeks
Defendant: 2 days

Fed. R. Crim. P. 16(a) (1) (C) (E) disclosures made as to Defendant.

1. Fed. R. Evid. 404(b) : N/A
2. a. Motions in Limine filed and served by :January 24, 2007.

|   |   |   |
|---|---|---|
|   | b. | Memoranda in opposition to motions in limine filed and served by: January 29, 2007. |
| 3. | Brady and Giglio Material by: N/A | |
| 4. | a. | Jury Instructions exchanged by January 24, 2007. |
|   | d. | Filings required by 4(b) & (c) by: January 31, 2007. |
| 5. | Witness Lists per stipulation by February 6, 2007. | |
| 6. | Exhibits | |
|   | a. | Parties will exchange exhibits. |
|   | b. | Original exhibits tabbed and in binders, copy in binders. |
| 7. | Stipulations: In writing and filed by January 31, 2007. | |
| 8. | Voir Dire Questions: In writing by January 31, 2007. | |
| 9. | Trial Briefs: by January 31, 2007. | |
| 10. | Jencks Disclosures by the Friday before trial | |
| 11. | Other Matters: | |
| 12. | N/A | |

Deft remanded to custody of U.S. Marshal.

cc: Tammy Kimura
Submitted by Richlyn Young, Courtroom Manager

CR 04-00053DAE;
USA v. Silver Jose Galindo;
Final Pretrial Conference Minutes
01/17/2007