**ORIGINAL**

Of Counsel:
Jerry I. Wilson
Attorney At Law
A Law Corporation

JERRY I. WILSON   1961
Suite 1450, 220 South King Street
Honolulu, Hawaii  96813-4542
Telephone:  (808) 536-9307

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 04-00053 DAE |
| | ) | |
| Plaintiff, | ) | NOTICE OF MOTION; MOTION |
| | ) | TO WITHDRAW AS COUNSEL FOR |
| vs. | ) | DEFENDANT AND TO APPOINT |
| | ) | NEW COUNSEL; CERTIFICATE OF |
| SILVER JOSE GALINDO, | ) | SERVICE |
| aka Daniel S. Galindo, | ) | |
| aka Timothy Mau, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | HEARING |
| | ) | DATE: _____ |
| | ) | |
| | ) | TIME: _____ |
| | ) | |
| | ) | JUDGE: _____ |

**NOTICE OF MOTION**

TO:    **DARREN D.K. CHING**
        Assistant United States Attorney
        Office of the United States Attorney
        Room 6100, PJKK Federal Building
        300 Ala Moana Boulevard
        Honolulu, Hawaii  96850

        Attorney for Plaintiff
          UNITED STATES OF AMERICA

**SILVER JOSE GALINDO**
c/o Federal Detention Center
#95184-022
P. O. Box 30080
Honolulu, Hawaii 96820

Defendant

**HONORABLE DAVID ALAN EZRA**
Judge, U.S. District Court
 for the District of Hawaii
PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850

**PLEASE TAKE NOTICE** that the following motion will be heard before the Honorable Magistrate Judge _____ in his/her Courtroom in the United States Courthouse, 300 Ala Moana Boulevard, Honolulu, Hawaii 96813, on _____, the ___ day of January, 2007, at _____ _.m., or as soon thereafter as counsel may be heard.

DATED: Honolulu, Hawaii, JAN 2 2 2007                    .

_____
JERRY I. WILSON
Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 04-00053 DAE |
| Plaintiff, | ) | |
| vs. | ) | MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT AND TO APPOINT NEW COUNSEL |
| SILVER JOSE GALINDO, aka Daniel S. Galindo, aka Timothy Mau, | ) | |
| Defendant. | ) | |

**MOTION TO WITHDRAW AS COUNSEL FOR**
**DEFENDANT AND TO APPOINT NEW COUNSEL**

Comes now JERRY I. WILSON, substitute court-appointed attorney for Defendant SILVER JOSE GALINDO, and pursuant to Rules 44 and 47 of the Federal Rules of Criminal Procedure, CrimLR 44.1 of the Criminal Local Rules of the United States District Court for the District of Hawaii and Rule 1.16(a)(2) of the Hawaii Rules of Professional Conduct, moves this Honorable Court to withdraw as said counsel and to appoint new counsel for the Defendant for the reasons stated in the attached declaration.

DATED: Honolulu, Hawaii, JAN 22 2007           .

JERRY I. WILSON
Attorney for Defendant