## CERTIFICATE OF SERVICE

I hereby certify that copies of the foregoing will be duly mailed or delivered to the following persons at their last known addresses upon filing and receipt of said document:

**DARREN W.K. CHING**
Assistant United States Attorney
Office of the United States Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850

Attorney for Plaintiff
  UNITED STATES OF AMERICA

**SILVER JOSE GALINDO**
#95184-022
c/o Federal Detention Center
P.O. Box 30080
Honolulu, Hawaii  96820

Defendant

**HONORABLE DAVID ALAN EZRA**
Judge, U.S. District Court
 for the District of Hawaii
PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850

DATED: Honolulu, Hawaii, _____JAN 22 2007_____.

_____
JERRY I. WILSON
Attorney for Defendant