EDWARD H. KUBO, JR.      #2499
United States Attorney
District of Hawaii

RONALD G. JOHNSON        #4532
Chief, Major Crimes

DARREN W.K. CHING        #6903
Assistant U.S. Attorney
PJKK Federal Bldg., Room 6-100
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: 541-2850
Facsimile: 541-2958
E-mail:    Darren.Ching@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) | CR. NO. 04-00053 DAE |
|---|---|---|
| Plaintiff, | ) ) | ORDER GRANTING DEFENDANT'S MOTION CONTINUING TRIAL AND TO |
| vs. | ) ) | ENLARGE TIME TO FILE PRETRIAL MOTIONS |
| SILVER JOSE GALINDO, (a.k.a. DANIEL S. GALINDO) (a.k.a. TIMOTHY MAU) Defendant. | ) ) ) ) ) ) | OLD TRIAL DATE: 01/23/2007 NEW TRIAL DATE: 02/13/2007 |

ORDER GRANTING DEFENDANT'S MOTION CONTINUING
TRIAL AND TO ENLARGE TIME TO FILE PRETRIAL MOTIONS

The matter of Defendant SILVER JOSE GALINDO's, a.k.a. DANIEL S. GALINDO and TIMOTHY MAU, motion to continue the trial and to enlarge time to file pretrial motions came on for hearing on January 17, 2007 before the Honorable Magistrate Judge Barry M. Kurren. The defendant was present with his appointed counsel

Jerry Wilson, Esquire, and AUSA Darren W.K. Ching was present on behalf of the United States.

The Court reviewed the Defendant's motion, heard the representations of counsels, and heard no objection from the government regarding a new trial date of February 13, 2007. Accordingly, the Court grants Defense Counsel's request to continue the trial and enlarge time to file pre-trial motions which will allow counsel for the defendant more time to prepare so as to not be ineffective in his representation and promoting the defendant's right to a fair trial. The continuance provides adequate time to remedy the concerns raised in Mr. Wilson's motion and be prepared for trial by the next date.

IT IS HEREBY ORDERED that the defendant's motion to continue trial and enlarge time to file pre-trial motions is GRANTED.

IT IS FURTHER ORDERED that the jury trial presently scheduled for January 23, 2007, at 9:00 a.m., be continued to February 13, 2007, at 9:00 a.m., before District Court Judge David A. Ezra. Defense motions are due on January 26, 2007, and the Government's responses are due on February 9, 2007. Other pretrial deadlines are set as established by the Amended Final Pretrial Order.

IT IS FURTHER ORDERED that the time period beginning and including January 23, 2007, to and including February 13,

2007, be excluded from the computations required by the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(B)(iv) on the grounds that the ends of justice served by granting this continuance outweigh the best interest of the public and Defendant in a speedy trial.  The Court bases this finding on the fact that Defendant's counsel needs additional time to adequately prepare for trial and that failure to grant the continuance would unreasonably deny the Defendant continuity of counsel and would further deny the Defendant the reasonable time necessary for effective preparation, taking into account due diligence.

    IT IS SO ORDERED:



/s/ Barry M. Kurren
United States Magistrate Judge
Dated: January 24, 2007

APPROVED AS TO FORM:


 /s/ Jerry Wilson
JERRY WILSON, ESQ.
Attorney for Defendant
  SILVER JOSE GALINDO

United States v. SILVER JOSE GALINDO
Cr. No. 04-00053 DAE
"Order Granting Defendant's Motion Continuing
Trial and to Enlarge Time to File Pre-Trial Motions"