**ORIGINAL**

Of Counsel:
Jerry I. Wilson
Attorney At Law
A Law Corporation

**LODGED**
JAN 2 2 2007
CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 2 4 2007

at 3 o'clock and 50 min. P M
SUE BEITIA, CLERK

JERRY I. WILSON  1961
Suite 1450, 220 South King Street
Honolulu, Hawaii  96813-4542
Telephone:  (808) 536-9307

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 04-00053 DAE |
| | ) | |
| Plaintiff, | ) | EX PARTE MOTION TO SHORTEN |
| | ) | TIME TO HEAR MOTION TO WITH- |
| vs. | ) | DRAW AS COUNSEL FOR DEFENDANT |
| | ) | AND TO APPOINT NEW COUNSEL; |
| SILVER JOSE GALINDO, | ) | DECLARATION OF COUNSEL; ORDER |
| aka Daniel S. Galindo, | ) | GRANTING EX PARTE MOTION TO |
| aka Timothy Mau, | ) | SHORTEN TIME TO HEAR MOTION |
| | ) | TO WITHDRAW AS COUNSEL FOR |
| Defendant. | ) | DEFENDANT AND TO APPOINT NEW |
| | ) | COUNSEL; CERTIFICATE OF SERVICE |
| | ) | |
| | ) | HEARING |
| | ) | DATE: 1-26-07 |
| | ) | |
| | ) | TIME: 9:30 am |
| | ) | |
| | ) | JUDGE: Ezra |

**EX PARTE MOTION TO SHORTEN TIME TO
HEAR MOTION TO WITHDRAW AS COUNSEL
FOR DEFENDANT AND TO APPOINT NEW COUNSEL**

Comes now Defendant SILVER JOSE GALINDO, by and through his substitute CJA court-appointed attorney, JERRY I. WILSON, and pursuant to Rules 12(b) and 47 of the Federal Rules of Criminal Procedure, moves this Honorable Court for an order to shorten the time within which to hear the MOTION TO WITHDRAW AS COUNSEL FOR

DEFENDANT AND TO APPOINT NEW COUNSEL filed herewith for the reasons stated in the attached declaration.

This motion is based on the declaration attached, the pleadings and records on file herein, and such other and further matters which may be considered by the Court.

DATED: Honolulu, Hawaii, JAN 2 2 2007 .

JERRY I. WILSON
Attorney for Defendant