IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 04-00053 DAE |
| | ) | |
| Plaintiff, | ) | DECLARATION OF COUNSEL |
| | ) | |
| vs. | ) | |
| | ) | |
| SILVER JOSE GALINDO, | ) | |
| aka Daniel S. Galindo, | ) | |
| aka Timothy Mau, | ) | |
| | ) | |
| Defendant. | ) | |

### DECLARATION OF COUNSEL

I, JERRY I. WILSON, declare as follows:

1.  That I am the substitute CJA court-appointed counsel for Defendant SILVER JOSE GALINDO and have personal knowledge of the matters hereinafter stated except as otherwise indicated.

2.  That I am financially unable to continue my business and work on this case, especially a three (3) week jury trial; that, in anticipation of a financial shortfall, I submitted billings to this Court as follows:

    a.  U.S.A. v. Tanupo, Cr. No. 05-00548-02 SOM, dated October 20, 2006, in the amount of $10,306.82.

        That on or about November 14, 2006, I received a letter from Magistrate Judge Leslie E. Kobayashi stating that since the case was over (all charges against both Defendants were dismissed with prejudice by Judge Mollway, on motion from

    the government, on October 27, 2006), I should submit the remaining bill.

b.   <u>U.S.A. vs. Tanupo</u>, Cr. No. 05-00548-02 SOM, dated November 16, 2006, in the amount of $8,878.71.

    To date neither of these bills has been approved, a total of $19,185.53. It is noteworthy that the bill from Richard Gronna, who appeared specially in the case for Ms. Tanupo, has already been approved!

c.   <u>U.S.A. v. Galindo</u>, Cr. No. 04-00053 DAE, dated October 4, 2006, in the amount of $12,101.22.

    That on November 28, 2006, almost two (2) months after submission, the Honorable Leslie E. Kobayashi wrote to me inquiring as to my hours for categories 16a (Interviews and Conferences) and 16c (Legal Research and brief writing); that Judge Kobayashi, for reasons unknown to me but which suggest dishonesty, sent copies of her letter to trial Judge David Alan Ezra and Federal Defender Peter Wolfe; that I completed my 14 page response on December 21, 2006; that, however, as of this date, the billing

     statement has not been approved in whole or in part!

  d. <u>U.S.A. v. Bob Loren</u>, Cr. No. 06-00288 JMS, dated January 17, 2007, in the amount of $7,476.43.

 3. That the IRS has stated that I will be referred to contempt and related criminal charges if I miss another payment of payroll taxes!

 4. That the IRS has liened my business and personal checking accounts and has several times taken most or all of my money out of my checking and savings' accounts!

 5. That I also owe the State of Hawaii substantial payroll, excise and personal taxes which I am unable to pay.

 6. That the State of Hawaii also owes me in excess of $10,000 for my murder case in <u>State of Hawaii vs. Lanoza</u>, Cr. No. 03-1-2683, but has not approved my bill after almost two (2) months of waiting!

 7. That I am "stressed to the max," and I cannot adequately think, sleep or otherwise concentrate on my business and client matters unless and until these government authorities approve and pay my bills, and there is no way I can adequately represent Mr. Galindo in a 3 week jury trial knowing that I have no money to pay my staff, taxes, rents (home and business), medical and other bills.

8. That I note that those who are responsible for reviewing, approving and paying my bills get paid regularly, twice a month, and a lot, yet when I call fiscal and others, no one seems to care about my financial problems!

9. That I am about to file bankruptcy based on the above, having borrowed from my family and wiped out almost all of my savings and investments.

**THAT DECLARANT DECLARES UNDER PENALTY OF PERJURY THAT THE FACTS CONTAINED HEREIN ARE TRUE AND CORRECT TO THE BEST OF DECLARANT'S KNOWLEDGE AND BELIEF.**

DATED: Honolulu, Hawaii                    JAN 22 2007

_____
JERRY I. WILSON
Attorney for Defendant