IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 04-00053 DAE |
| Plaintiff, | ) ) | ORDER GRANTING EX PARTE MOTION TO SHORTEN TIME TO HEAR MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT AND TO APPOINT NEW COUNSEL |
| vs. | ) ) ) | |
| SILVER JOSE GALINDO, aka Daniel S. Galindo, aka Timothy Mau, | ) ) ) ) | |
| Defendant. | ) ) | |

**ORDER GRANTING EX PARTE MOTION TO SHORTEN
TIME TO HEAR MOTION TO WITHDRAW AS
COUNSEL FOR DEFENDANT AND TO APPOINT NEW COUNSEL**

Upon review of the Ex Parte Motion To Shorten Time To Hear Motion To Withdraw As Counsel For Defendant And To Appoint New Counsel; Declaration of Counsel; and

Good cause appearing therefor,

IT IS HEREBY **ORDERED** that the motion is **GRANTED**. The motion shall come on for hearing before the Honorable U.S. District Court _Magistrate_ Judge BARRY M. KURREN on the _26th_ day of _January_, 2007, at _9:30_ o'clock _a.m._, or as soon thereafter as counsel may be heard.

DATED: Honolulu, Hawaii, _JAN 2 4 2007_.

_____
Judge of the Above-Entitled Court