## CERTIFICATE OF SERVICE

I hereby certify that copies of the foregoing will be duly mailed or delivered to the following persons at their last known addresses upon filing and receipt of said document:

**DARREN D.K. CHING**
Assistant United States Attorney
Office of the United States Attorney
PJKK Federal Building
300 Ala Moana Boulevard, Suite 6100
Honolulu, Hawaii  96850

Attorney for Plaintiff
   UNITED STATES OF AMERICA

**SILVER JOSE GALINDO**
#95184-022
Federal Detention Center
P. O. Box 30080
Honolulu, Hawaii  96850

Defendant

**HONORABLE DAVID ALAN EZRA**
Judge, U.S. District Court
 for the District of Hawaii
PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850

JAN 2 2 2007

DATED: Honolulu, Hawaii, _____.

_____
JERRY I. WILSON
Attorney for Defendant