# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

01/26/2007  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR 04-00053DAE |
| CASE NAME: | USA v. Silver Jose Galindo |
| ATTYS FOR PLA: | Darren W.K. Ching |
| ATTYS FOR DEFT: | Jerry I. Wilson |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Barry M. Kurren | REPORTER: | C6F |
| DATE: | 01/26/2007 | TIME: | 10:40 - 10:57 |

COURT ACTION:  EP:  [82] Motion to Withdraw as Counsel for Defendant and to Appoint New Counsel - deft present in custody.

Motion GRANTED.
Court to appoint new CJA counsel.
Ching to prepare the order.
Deft remanded to custody of U.S. Marshal.

Submitted by Richlyn Young, Courtroom Manager