

**ORIGINAL**

Of Counsel:
Jerry I. Wilson
Attorney At Law
A Law Corporation

JERRY I. WILSON   1961
Suite 1450, 220 South King Street
Honolulu, Hawaii  96813-4542
Telephone:  (808) 536-9307

Attorney for Defendant

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 2 6 2007

at ___ o'clock and ___ min ___ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                            )<br>        Plaintiff,          )<br>                            )<br>    vs.                     )<br>                            )<br>SILVER JOSE GALINDO,        )<br>aka Daniel S. Galindo,      )<br>aka Timothy Mau,            )<br>                            )<br>        Defendant.          )<br>_____) | CR. NO. 04-00053 DAE<br><br>ERRATA [Replacement page for page 2 of DECLARATION OF COUNSEL] OF MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT AND TO APPOINT NEW COUNSEL FILED JANUARY 22, 2007; CERTIFICATE OF SERVICE<br><br><br>HEARING<br>DATE:   JANUARY 26, 2007<br><br>TIME:   10:30 a.m.<br><br>JUDGE:  BARRY M. KURREN |

**ERRATA**
[Replacement page for page 2 of DECLARATION OF
COUNSEL] OF MOTION TO WITHDRAW AS COUNSEL FOR
<u>DEFENDANT AND TO APPOINT NEW COUNSEL FILED JANUARY 22, 2007</u>

        stating that since the case was over (all charges against both Defendants were dismissed with prejudice by Judge Mollway, on motion from the government, on October 27, 2006), I should submit the remaining bill.

b.   <u>U.S.A. vs. Tanupo</u>, Cr. No. 05-00548-02 SOM, dated November 16, 2006, in the amount of $8,878.71.

        To date neither of these bills has been approved, a total of $19,185.53. It is noteworthy that the bill from Richard Gronna, who appeared specially in the case for Ms. Tanupo, has already been approved!

c.   <u>U.S.A. v. Galindo</u>, Cr. No. 04-00053 DAE, dated October 4, 2006, in the amount of $12,101.22.

        That on November 28, 2006, almost two (2) months after submission, the Honorable Leslie E. Kobayashi wrote to me inquiring as to my hours for categories 16a (Interviews and Conferences) and 16c (Legal Research and brief writing); that Judge Kobayashi, for reasons unknown to me but which suggest dishonesty,* sent copies of her letter to trial Judge David Alan Ezra and Federal Defender Peter Wolfe; that I completed my 14 page response on December 21, 2006; that, however, as of this date, the billing statement has not been approved in whole or in part!

    *By me; certainly not Judge Kobayashi. I apologize if anyone thought I was referring to Judge Kobayashi.

## CERTIFICATE OF SERVICE

I hereby certify that copies of the foregoing will be duly mailed or delivered to the following persons at their last known addresses upon filing and receipt of said document:

> **DARREN W.K. CHING**
> Assistant United States Attorney
> Office of the United States Attorney
> Room 6100, PJKK Federal Building
> 300 Ala Moana Boulevard
> Honolulu, Hawaii 96850
>
> Attorney for Plaintiff
>   UNITED STATES OF AMERICA
>
> **SILVER JOSE GALINDO**
> #95184-022
> c/o Federal Detention Center
> P.O. Box 30080
> Honolulu, Hawaii 96820
>
> Defendant
>
> **HONORABLE DAVID ALAN EZRA**
> Judge, U.S. District Court
>   for the District of Hawaii
> PJKK Federal Building
> 300 Ala Moana Boulevard
> Honolulu, Hawaii 96850

DATED: Honolulu, Hawaii, 1/26/07.

JERRY I. WILSON
Attorney for Defendant