# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

01/31/2007  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR 04-00053DAE |
| CASE NAME: | USA v. Silver Jose Galindo |
| ATTYS FOR PLA: | Darren W.K. Ching |
| ATTYS FOR DEFT: | Jack F. Schweigert |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Barry M. Kurren | REPORTER: | C6F |
| DATE: | 01/31/2007 | TIME: | 1:33 - 1:37 |

COURT ACTION:  EP: Status Conference With New Counsel - deft present in custody. Jack F. Schweigert's Oral Motion to Continue the Trial GRANTED.  Defendant agrees to the continuance.

New dates given:
JS/JT 6/5/2007 @ 9 a.m., DAE.
FPT 5/7/2007 @ 10 a.m., BMK
Motions due 2/21/2007.
Response due 3/7/2007.

Darren W.K. Ching to prepare an order excluding time from 2/13/2007 thru 6/5/2007 for continuity of counsel, to enable defense counsel time to prepare, and in the interest of justice.

Deft remanded to custody of U.S. Marshal.

Submitted by Richlyn Young, Courtroom Manager