EDWARD H. KUBO, JR.      #2499
United States Attorney
District of Hawaii

RONALD G. JOHNSON        #4532
Chief, Major Crimes

DARREN W.K. CHING        #6903
Assistant U.S. Attorney
PJKK Federal Bldg., Room 6-100
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: 541-2850
Facsimile: 541-2958
E-mail:   DarrenChing@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR. NO. 04-00053 DAE |
| Plaintiff, | ) ORDER GRANTING MOTION TO |
| | ) WITHDRAW AS COUNSEL FOR |
| vs. | ) DEFENDANT AND TO APPOINT NEW |
| | ) COUNSEL |
| SILVER JOSE GALINDO, | ) |
| (a.k.a. DANIEL S. GALINDO) | ) |
| (a.k.a. TIMOTHY MAU) | ) |
| Defendant. | ) |

**ORDER GRANTING MOTION TO WITHDRAW AS
COUNSEL FOR DEFENDANT AND TO APPOINT NEW COUNSEL**

The matter of Defense Counsel for SILVER JOSE GALINDO, a.k.a. DANIEL S. GALINDO and TIMOTHY MAU, JERRY I. WILSON's Motion to Withdraw as Counsel for Defendant and to Appoint New Counsel was heard on January 26, 2007.  The defendant was present with his court-appointed counsel Jerry I. Wilson, Esquire, and

AUSA Darren W.K. Ching was present on behalf of the United States.

The Court reviewed Mr. Wilson's Motion to Withdraw as Counsel for the defendant and to Appoint New Counsel, and heard the representations of Mr. Wilson and the arguments of counsel. Mr. Wilson represented that he cannot adequately represent the defendant in the upcoming trial scheduled for February 13, 2006. Allowing Mr. Wilson to withdraw and appointing new counsel allows for adequate and effective representation of the defendant. Accordingly,

IT IS HEREBY ORDERED that Mr. Wilson's Motion to Withdraw as Counsel for Defendant and to Appoint New Counsel is GRANTED.

IT IS FURTHER ORDERED that a Status Conference will be held on January 31, 2007 at 1:30 p.m. at which time new counsel for the defendant will appear.

//
//
//
//
//
//
//
//

      IT IS FURTHER ORDERED that Mr. Wilson shall prepare the defendant's for prompt transfer to newly appointed counsel.

      IT IS SO ORDERED:



/s/ Barry M. Kurren
United States Magistrate Judge
Dated: February 1, 2007


  /s/ Jerry I. Wilson
JERRY I. WILSON, ESQ.
Attorney for Defendant
SILVER JOSE GALINDO


United States v. SILVER JOSE GALINDO
Cr. No. 04-00053 DAE
"Order Granting Motion to Withdraw as Counsel for Defendant and to Appoint New Counsel"