# ORIGINAL

JACK SCHWEIGERT, ESQ.
550 Halekauwila Street, Room 309
Honolulu, HI 96813
Phone: (808) 533-7491
CJA Attorney for Silver Jose Galindo

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 21 2007

at __5__ o'clock and __56__ min. PM
SUE BEITIA, CLERK

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR. NO.  04-00053 DAE |
| | ) |
| Plaintiff, | ) NOTICE OF HEARING; |
| | ) DEFENDANT'S MOTION TO |
| vs. | ) SEVER OFFENSES; |
| | ) MEMORANDUM OF LAW; |
| SILVER JOSE GALINDO, | ) EXHIBIT 1; CERTIFICATE OF |
| | ) SERVICE |
| Defendant. | ) |

## NOTICE OF HEARING

TO:   Darren W.K. Ching, Esq.
      Assistant U.S. Attorney
      Room 6100, PJKK Federal Building
      300 Ala Moana Blvd., Box 50183
      Honolulu, HI 96850
            Attorney for U.S.A.

Notice is hereby given that the attached motion shall come on for hearing before the Honorable _____, Judge of the above-entitled Court, in his or her courtroom at 300 Ala Moana Blvd., Honolulu, Hawaii, on _____, 2007, at _____ .m., or as soon thereafter as counsel and all parties may be heard.

DATED:  Honolulu, Hawaii; February 20, 2007

_____
Jack Schweigert, Esq.
Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR. NO. 04-00053 DAE |
| | ) |
| Plaintiff, | ) DEFENDANT'S MOTION TO |
| | ) SEVER OFFENSES |
| vs. | ) |
| | ) |
| SILVER JOSE GALINDO, | ) |
| | ) |
| Defendant. | ) |

DEFENDANT'S MOTION TO SEVER OFFENSES

COMES NOW DEFENDANT SILVER JOSE GALINDO, by and through

counsel, and moves this Honorable court to sever the offenses to make 5 separate

trials, i.e.:

Trial 1:    Count 1, on or about March 11, 2004, involving possession with

intent to sell 5 grams of methamphetamine;

Count 2, on or about March 11, 2004, involving use of a weapon

in a drug trafficking crime;

Trial 2,    Count 3, on or about February 29, 2004, involving a felon in

possession of a firearm (Beretta);

Trial 3,    Count 4, on or about January 2004, involving physical force to

tamper with a witness;

Count 5, on or about January 2004, involving using a weapon in

witness tampering;

Trial 4,        Count 6, on or about September 6, 2003, involving felon in

possession of a firearm (Colt);

Trial 5,        Counts 7, on or about August 2003, involving possession with

intent to sell 5 grams of methamphetamine; and,

Count 8, on or about July through august 2003, involving use of a

weapon in a drug trafficking crime.

This motion is made pursuant to Rule 14, Federal Rules of Criminal Procedure, as well as the 5th and 14th Amendments to the U.S. Constitution, and supported by the attached Memorandum of Law, Exhibit 1, arguments to be made at the hearing, and the record and file.

DATED:  Honolulu, Hawaii, February 21, 2007

_____
Jack Schweigert, Esq.
Attorney for Defendant

2