ORIGINAL

JACK SCHWEIGERT, ESQ.
550 Halekauwila Street, Room 309
Honolulu, HI 96813
Phone: (808) 533-7491
CJA Attorney for Silver Jose Galindo

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
APR 09 2007
at 11 o'clock and 55 min A M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR. NO. 04-00053 DAE |
| Plaintiff, | ) DEFENDANT'S SUPPLEMENTAL |
| | ) MEMORANDUM IN SUPPORT OF |
| vs. | ) MOTION TO SEVER OFFENSES |
| | ) FILED FEBRUARY 21, 2007; |
| SILVER JOSE GALINDO, | ) CERTIFICATE OF |
| | ) SERVICE |
| Defendant. | ) |
| | ) Hearing: |
| | ) Date: April 20, 2007 |
| | ) Time: 10:00 a.m. |
| | ) Judge: Leslie E. Kobayashi |

DEFENDANT'S SUPPLEMENTAL MEMORANDUM
IN SUPPORT OF MOTION TO SEVER OFFENSES FILED
FEBRUARY 21, 2007

On February 21, 2007 Defendant filed a motion to sever offenses citing Rule 14(a), Federal Rules of Criminal Procedure. Since that date, counsel has been able to research the issue further and an additional ground has been found dealing with Rule 8(a). In that regard, the less rigorous requirements of Rule 8(a) are not infinitely elastic, U.S. v. Mackins, 315 F.3d 399, 412 (4th Cir. 2003), and will not be stretched

to cover offenses which are discreet and dissimilar and which do not constitute part of a common scheme. U.S. v. Randazzo, 80 F.3d 623, 627 (1st Cir. 1996).

In that regard, the indictment with 8 different counts, only some of which are related or constitute part of a common scheme, suffers from such malady. Therefore joinder of all the offenses into a single indictment was improper. This additional ground is urged for severance as well.

DATED: Honolulu, Hawaii; April 6, 2007.

Jack Schweigert, Esq.
Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR. NO. 04-00053 DAE |
| | ) |
| Plaintiff, | ) |
| | ) CERTIFICATE OF SERVICE |
| vs. | ) |
| | ) |
| SILVER JOSE GALINDO, | ) |
| | ) |
| Defendant. | ) |

## CERTIFICATE OF SERVICE

It is hereby certified that on April 6, 2007, one copy of the attached document was served on the below individual by U.S. Mail, first class postage pre-paid addressed as follows:

Darren W.K. Ching, Esq.
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, HI 96850
    Attorney for U.S.A.

_____
Jack Schweigert, Esq.
Attorney for Defendant