**ORIGINAL**

EDWARD H. KUBO, JR.  #2499
United States Attorney
District of Hawaii

RONALD G. JOHNSON  #4532
Chief, Major Crimes

DARREN W. K. CHING  #6903
Assistant U.S. Attorneys
Room 6-100, PJKK Federal Bldg.
300 Ala Moana Boulevard
Honolulu, HI 96850
telephone: 541-2850
facsimile: 541-2958
e-mail: Darren.Ching@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 2 5 2007

at __1__ o'clock and __50__ min __K__ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>    vs.<br><br>SILVER JOSE GALINDO,<br> (a.k.a. DANIEL S. GALINDO)<br> (a.k.a. TIMOTHY MAU)<br><br>              Defendant. | CR. NO. 04-00053 DAE<br><br>**THIRD SUPERSEDING INDICTMENT**<br><br>**COUNTS 1, 4, 5, 8 & 9:**<br>   18 U.S.C. § 922(g)(1)<br>**COUNTS 2 & 10:**<br>   21 U.S.C. § 841(a)(1)<br>**COUNTS 3, 7 & 11:**<br>   18 U.S.C. § 924(c)(1)<br>**COUNT 6:**<br>   18 U.S.C. § 1512(a)(2)(C) |

<u>THIRD SUPERSEDING INDICTMENT</u>

<u>Count 1</u>
(18 U.S.C. § 922(g)(1))

The Grand Jury charges that:

On or about March 11, 2004, in the District of Hawaii, defendant SILVER JOSE GALINDO, (a.k.a. DANIEL S. GALINDO, a.k.a. TIMOTHY MAU), having been convicted of a crime punishable by

imprisonment for a term exceeding one year, did knowingly possess in and affecting commerce, a firearm, to wit: a Smith & Wesson, model SW9V, caliber 9 mm semiautomatic pistol, and ammunition, to wit: nine (9) 9 mm caliber Winchester brand cartridges.

All in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

### Count 2
(21 U.S.C. § 841(a)(1))

The Grand Jury further charges that:

On or about March 11, 2004, in the District of Hawaii, defendant SILVER JOSE GALINDO, (a.k.a. DANIEL S. GALINDO, a.k.a. TIMOTHY MAU), knowingly and intentionally possessed with intent to distribute five (5) grams or more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

### Count 3
(18 U.S.C. § 924(c)(1))

The Grand Jury further charges that:

On or about March 11, 2004, in the District of Hawaii, defendant SILVER JOSE GALINDO, (a.k.a. DANIEL S. GALINDO, a.k.a. TIMOTHY MAU), knowingly carried and possessed in furtherance of a drug trafficking crime, a firearm, to wit: a Smith & Wesson,

model SW9V, caliber .9 mm semiautomatic pistol, during and in relation to a drug trafficking crime, as charged in Count 2.

All in violation of Title 18, United States Code, Section 924(c)(1).

### Count 4
(18 U.S.C. § 922(g)(1))

The Grand Jury further charges that:

On or about February 29, 2004, in the District of Hawaii, defendant SILVER JOSE GALINDO, (a.k.a. DANIEL S. GALINDO, a.k.a. TIMOTHY MAU), having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting commerce, a firearm, to wit: a Beretta, model 950 BS, caliber .25 semiautomatic pistol, bearing serial number BER 11983V, and ammunition, to wit: four (4) Winchester brand, .25 caliber cartridges and one (1) Winchester brand, .38 caliber Special cartridge.

All in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

### Count 5
(18 U.S.C. § 922(g)(1))

The Grand Jury further charges that:

On or about January 23, 2004, in the District of Hawaii, defendant SILVER JOSE GALINDO, (a.k.a. DANIEL S. GALINDO,

a.k.a. TIMOTHY MAU), having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting commerce, a firearm.

All in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## Count 6
(18 U.S.C. § 1512(a)(2)(C))

The Grand Jury further charges that:

On or about January 23, 2004, in the District of Hawaii, defendant SILVER JOSE GALINDO, (a.k.a. DANIEL S. GALINDO, a.k.a. TIMOTHY MAU), did knowingly use physical force and threatened physical force against C. M., with the intent to hinder, delay and prevent his communication to a law enforcement officer of information relating to the commission of a federal offense, to wit: distribution and possession with intent to distribute controlled substances.

All in violation of Title 18, United States Code, Section 1512(a)(2)(C).

## Count 7
(18 U.S.C. § 924(c)(1))

The Grand Jury further charges that:

On or about January 23, 2004, in the District of Hawaii, defendant SILVER JOSE GALINDO, (a.k.a. DANIEL S. GALINDO, a.k.a. TIMOTHY MAU), knowingly used and carried a firearm, as

charged in Count 5, during and in relation to a crime of violence, as charged in Count 6.

All in violation of Title 18, United States Code, Section 924(c)(1).

### Count 8
(18 U.S.C. § 922(g)(1))

The Grand Jury further charges that:

On or about September 6, 2003, in the District of Hawaii, defendant SILVER JOSE GALINDO, (a.k.a. DANIEL S. GALINDO, a.k.a. TIMOTHY MAU), having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting commerce, a firearm, to wit: a Colt, Model 1911A1, caliber .45 semiautomatic pistol bearing Serial Number 2741124, and ammunition, to wit: seven rounds of .45 caliber ammunition.

All in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

### Count 9
(18 U.S.C. § 922(g)(1))

The Grand Jury further charges that:

On or about July 31, 2003, in the District of Hawaii, defendant SILVER JOSE GALINDO, (a.k.a. DANIEL S. GALINDO, a.k.a. TIMOTHY MAU), having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess

in and affecting commerce, a firearm.

All in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

### Count 10
(21 U.S.C. § 841(a)(1))

The Grand Jury further charges that:

On or about July 31, 2003, in the District of Hawaii, defendant SILVER JOSE GALINDO, (a.k.a. DANIEL S. GALINDO, a.k.a. TIMOTHY MAU), knowingly and intentionally possessed with intent to distribute five (5) grams or more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

### Count 11
(18 U.S.C. § 924(c)(1))

The Grand Jury further charges that:

On or about July 31, 2003, in the District of Hawaii, defendant SILVER JOSE GALINDO, (a.k.a. DANIEL S. GALINDO, a.k.a. TIMOTHY MAU), knowingly used and carried a firearm, as charged in Count 9, during and in relation to a drug trafficking crime, as charged in Count 10.

/ /

/ /

/ /

All in violation of Title 18, United States Code, Section 924(c)(1).

DATED: April 25, 2007, at Honolulu, Hawaii.

A TRUE BILL

/s/ Foreperson
FOREPERSON, Grand Jury

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

RONALD G. JOHNSON
Chief, Major Crimes

DARREN W.K. CHING
Assistant U.S. Attorney

United States v. Silver Jose Galindo
  a.k.a. Daniel S. Galindo, and Timothy Mau
Cr. No.  04-00053 DAE
Third Superseding Indictment