# MINUTES

CASE NUMBER: CR 04-00053DAE

CASE NAME: USA v. Silver Jose Galindo

ATTYS FOR PLA: Darren W.K. Ching

ATTYS FOR DEFT: Jack F. Schweigert

INTERPRETER:

JUDGE: Barry M. Kurren          REPORTER: C6F

DATE: 05/04/2007                TIME: 3:15 - 3:20

COURT ACTION: EP: A & P to the Third Superseding Indictment - deft present in custody. Arrn waived. Plea of NOT GUILTY entered.

New dates given:
JS/JT 7/10/2007 @ 9 a.m., DAE.
FPT 6/12/2007 @ 2 p.m., LEK.
Motions due 5/22/2007.
Response due 6/5/2007.

Darren Ching to prepare the order to include excluding time from 6/5/2007 thru 7/10/2007 to allow defense counsel appropriate time to prepare for trial, continuity of counsel, and in the interest of justice.

[93] Defendant's Motion to Sever Offenses continued to 5/11/2007 @ 2 p.m. before Magistrate Judge Barry M. Kurren.

Deft remanded to custody of U.S. Marshal.

Submitted by Richlyn Young, Courtroom Manager