AO 83 (Rev. 12/85) Summons in a Criminal Case

ORIGINAL

# UNITED STATES DISTRICT COURT
## District of Hawaii

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 07 2007

at ___ o'clock and 10 min. PM
SUE BEITIA, CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA | SUMMONS IN A CRIMINAL CASE |
| v. | Case Number: CR 04-00053DAE |
| SILVER JOSE GALINDO, aka Daniel S. Galindo, aka Timothy Mau | |
| (Name and Address of Defendant) | |

5/4

DEXTER: Serve in cell!

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | Room |
|---|---|
| United States District Court<br>300 Ala Moana Blvd<br>Honolulu, HI 96850<br>Ph. (808) 541-1300 (Honolulu Number) | AS DESIGNATED |
| | Date and Time |
| Before: Barry M. Kurren, United States Magistrate Judge | Friday, May 4, 2007<br>at 3:15 p.m. |

To Answer a Third Superseding Indictment

Charging you with a violation of Title 18 United States Code, Sections 922(g)(1), 924(a)(2), 924(c)(1), 1512(a)(2)(C), and Title 21 United States Code, Sections 841(a)(1), and 841(b)(1)(B).

Brief description of offense:

Counts 1, 4, 5, 8, 9:   Unlawful transport of Firearms

Counts 2, 10:   Controlled Substance: Sell, Distribute or Dispense

Counts 3, 7, 11:   Use of firearm in relation to crime of violence

RECEIVED
2007 APR 26 AM 9:40
U.S. MARSHALS SERVICE
HONOLULU, HI

Sue Beitia
Name and Title of Issuing Officer

*[signature]*
Signature of Issuing Officer/Deputy Clerk

April 26, 2007
Date

AO 83 (Rev. 12/85) Summons in a Criminal Case

CR 04-00053DAE
USA vs. Silver Jose Galindo

### RETURN OF SERVICE

Service as made by me on:[1]                    Date    05-04-01

Check one box below to indicate appropriate method of service

☑ Served personally upon the defendant at: _FEDERAL CRT HOUSE_

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address
Name of person with whom the summons was left: _____

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of Service is true and correct.

Returned on _05-04-2007_          Name of United States Marshal Mark M. Hanohano
         Date

_Dexter Gapasin_
(by) Deputy United States Marshal

Remarks: _SERVED IN USMS/CELLBLOCK_

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Criminal Procedure