# MINUTES

CASE NUMBER: CR 04-00053DAE

CASE NAME: USA v. Silver Jose Galindo

ATTYS FOR PLA: Darren W.K. Ching

ATTYS FOR DEFT: Jack F. Schweigert

INTERPRETER:

JUDGE: Barry M. Kurren   REPORTER: C6F

DATE: 05/11/2007   TIME: 2 - 2:12

COURT ACTION: EP: [93] Defendant's Motion to Sever Offenses - deft present in custody. Motion GRANTED as to Counts 5, 6, and 7. Jack Schweigert to prepare the order. Trial date to remain unchanged until a ruling made on an appeal of the ruling.

Deft remanded to custody of U.S. Marshal.

cc: Theresa Lam

Submitted by Richlyn Young, Courtroom Manager