**ORIGINAL**

JACK SCHWEIGERT, ESQ.
550 Halekauwila Street, Room 309
Honolulu, HI 96813
Phone: (808) 533-7491
CJA Attorney for Silver Jose Galindo

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 22 2007

at 4 o'clock and ___min ___M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR. NO. 04-00053 DAE |
| Plaintiff, | ) NOTICE OF HEARING; |
| | ) DEFENDANT'S MOTION TO |
| vs. | ) DISMISS COUNTS 1, 4, 5, 8 & 9; |
| | ) MEMORANDUM IN SUPPORT |
| SILVER JOSE GALINDO, | ) OF MOTION; DECLARATION OF |
| | ) JACK SCHWEIGERT, ESQ; |
| | ) EXHIBIT 1; CERTIFICATE OF |
| | ) SERVICE |
| | ) |
| | ) TRIAL: July 10, 2007 |
| | ) |
| | ) HEARING: |
| | ) Date: _____ |
| | ) Time: _____ |
| | ) Judge: _____ |
| | ) |

## NOTICE OF HEARING

TO:  Darren W.K. Ching, Esq.
     Assistant U.S. Attorney
     Room 6100, PJKK Federal Building
     300 Ala Moana Blvd., Box 50183
     Honolulu, HI 96850
          Attorney for U.S.A.

1

Notice is hereby given that the attached motion shall come on for hearing before the Honorable _____, Judge of the above-entitled Court, in his or her courtroom at 300 Ala Moana Blvd., Honolulu, Hawaii, on _____, 2007, at _____ .m., or as soon thereafter as counsel and all parties may be heard.

DATED:  Honolulu, Hawaii; May 22, 2007

_____
Jack Schweigert, Esq.
Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>SILVER JOSE GALINDO,<br><br>　　　　Defendant. | ) CR. NO. 04-00053 DAE<br>)<br>)<br>) DEFENDANT'S MOTION<br>) TO DISMISS COUNTS<br>) 1, 4, 5, 8 & 9 OF THE THIRD<br>) SUPERSEDING INDICTMENT<br>)<br>) |

### DEFENDANT'S MOTION TO DISMISS COUNTS 1, 4, 5, 8 & 9 OF THE THIRD SUPERSEDING INDICTMENT

COMES NOW DEFENDANT SILVER JOSE GALINDO, by and through counsel, and moves this Honorable Court for an Order dismissing counts 1, 4, 5, 8 & 9 of the Third Superseding Indictment because they are an impermissible extension of the Commerce Clause for wholly intra-state possession of a firearm which is not a constitutional exertion of Congress's Commerce Clause power.

This motion is made pursuant to Rules 12 & 47, Federal Rules of Criminal Procedure and is based on Article1, section 8, clause 3, U.S. Constitution, the 5th and 6th Amendments to the U.S. Constitution, and the corollary State constitutional provisions as well. This motion is further supported by the attached memorandum of law, arguments made at the hearing of this matter, and the record and file.

DATED: Honolulu, Hawaii; May 22, 2007.

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　Jack Schweigert, Esq.
　　　　　　　　　　　　　　　　　Attorney for Defendant