IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR. NO. 04-00053 DAE |
| Plaintiff, | ) |
| vs. | ) DECLARATION OF COUNSEL |
| SILVER JOSE GALINDO, | ) |
| Defendant. | ) |

### DECLARATION OF JACK SCHWEIGERT, ESQ.

I, Jack Schweigert, declare as follows:

1. I am the court-appointed counsel for Defendant Silver Jose Gilando. I make the following statements based upon my own personal knowledge unless otherwise apparent.

2. Attached hereto as Exhibit 1 is a true and correct of the Third Superseding Indictment filed in this case on April 25, 2007.

I declare under penalty of perjury the foregoing is true and correct.

Executed in Honolulu, Hawaii this 22nd day of May, 2007.

_____
Declarant