**ORIGINAL**

JACK SCHWEIGERT, ESQ.
550 Halekauwila Street, Room 309
Honolulu, HI 96813
Phone: (808) 533-7491
CJA Attorney for Silver Jose Galindo

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 22 2007

at 4 o'clock and 12 min. PM
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>SILVER JOSE GALINDO,<br><br>Defendant. | ) CR. NO. 04-00053 DAE<br>)<br>) NOTICE OF HEARING;<br>) DEFENDANT'S MOTION<br>) FOR GRAND JURY TRANSCRIPT;<br>) MEMORANDUM IN SUPPORT OF<br>) MOTION; DECLARATION OF<br>) COUNSEL; CERTIFICATE OF<br>) SERVICE<br>)<br>) TRIAL: July 10, 2007<br>)<br>) HEARING:<br>) Date: _____<br>) Time: _____<br>) Judge: _____<br>) |

### NOTICE OF HEARING

TO:  Darren W.K. Ching, Esq.
     Assistant U.S. Attorney
     Room 6100, PJKK Federal Building
     300 Ala Moana Blvd., Box 50183
     Honolulu, HI 96850
          Attorney for U.S.A.

   Notice is hereby given that the attached motion shall come on for hearing before the Honorable _____, Judge of the above-entitled Court, in his or her courtroom at 300 Ala Moana Blvd., Honolulu, Hawaii, on _____, 2007, at _____ .m., or as soon thereafter as counsel and all parties may be heard.

  DATED: Honolulu, Hawaii; May 22, 2007

                      *[signature]*
                      Jack Schweigert, Esq.
                      Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR. NO. 04-00053 DAE |
| | ) |
| Plaintiff, | ) DEFENDANT'S MOTION FOR |
| | ) GRAND JURY TRANSCRIPT |
| vs. | ) |
| | ) |
| SILVER JOSE GALINDO, | ) |
| | ) |
| Defendant. | ) |

DEFENDANT'S MOTION FOR GRAND JURY TRANSCRIPT

COMES NOW DEFENDANT SILVER JOSE GALINDO, by and through counsel, and moves this Honorable Court for Grand Jury Transcripts made of each Jury panel to issue an indictment in this case, of which there have been 4 (Court Record @ Item #1 (1/29/04); Item #6 (4/1/04); Item #49 (10/27/05) & Item #102 (4/25/07).

This motion is based on rule Rules 6(e) & 47, Federal Rules of Criminal Procedure, as well as the 5th, 6th, and 14th Amendments to the U.S. Constitution. The grounds for this motion are set forth in the accompanying Memorandum in Support of Motion.

DATED: Honolulu, Hawaii; May 22, 2007.

Jack Schweigert, Esq.
Attorney for Defendant