IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR. NO. 04-00053 DAE |
| Plaintiff, | ) ) ) |
| vs. | ) DECLARATION OF COUNSEL ) |
| SILVER JOSE GALINDO, | ) ) |
| Defendant. | ) |

### DECLARATION OF JACK SCHWEIGERT, ESQ.

I, Jack Schweigert, declare as follows:

1. I am the court-appointed counsel for Defendant Silver Jose Gilando. I make the following statements based upon my own personal knowledge.

2. Defendant Galindo is charged in this case in a multi-count indictment that has been superceded THREE TIMES.

3. Many of the government witnesses are themselves convicted felons seeking further reduction of their jail sentences and have already significantly benefited by shaving off several months from the sentence they would otherwise receive as a result of executing cooperation agreements with the government.

4. It is my belief that credibility will be the critical issue in the case and that to prepare for my client's confrontation of witness through my cross examination of

these witnesses requires I have their grand jury testimony earlier than the Friday before the week of trial for this is multi-count indictment involving many witnesses.

5. In defense of criminal cases in state court, the only requirement that I have been required to do to get transcripts for felony cases is to simply file a request form with the court reporters. A true and correct copy of my most recent filing in the case of State of Hawaii vs. Terry Astro is attached as Exhibit 1.

I declare under penalty of perjury the foregoing is true and correct.

Executed in Honolulu, Hawaii this 22nd day of May, 2007.

_____
Declarant

7