| STATE OF HAWAI'I CIRCUIT COURT OF THE FIRST CIRCUIT | REQUEST FORM FOR NON APPEAL CASES | CASE NUMBER: CR. No 07-1-0472 |
|---|---|---|

**Plaintiff:** STATE

**Defendant:** TERRY ASTRO

**Type of Proceeding:**
[X] Grand Jury  [ ] Video Court  [ ] Audio Court  [ ] Court Reporter

**Date(s) Requesting:**

Date of Proceeding: March 6, 2007

Name of Judge (Video or Audio Court) Court Reporter (if applicable): —

**SPECIFY:**
[X] Entire Hearing — Leading to Grand Jury Indictment of Terry Astro
[ ] Partial (Specify)

***DATE NEEDED BY:** (Please specify): Regular Course

**IF YOU ARE ORDERING A GRAND JURY OR VIDEOTAPED COURT PROCEEDING:**
[X] Would like a copy of the video.
(If Court-appointed, choose one.)
[ ] Would like a written transcript.

**SPECIFY TYPE OF PAYMENT:**
[X] I am privately retained and will make payment.
[ ] I am court-appointed and have attached a copy of the Findings & Recommendation of the Public Defender and the Order Appointing counsel.

**DATE:** 4/5/07

**REQUESTER:**
Name: Jack Schweigert
Firm: Self
Address: 550 Halekauwila #309, Honolulu, HI 96813
Telephone No.: 533-7491

**REQUESTER'S SIGNATURE:** /s/ Jack Schweigert

Grand Jury, Audio and Video Courts - Original + 3 copies
Court Reporter - Original + 1 copy
TO COURT REPORTERS' OFFICE

RECEIPT OF REQUEST ACKNOWLEDGED BY COURT REPORTERS' OFFICE:

# EXHIBIT 1