**ORIGINAL**

JACK SCHWEIGERT, ESQ.
550 Halekauwila Street, Room 309
Honolulu, HI 96813
Phone: (808) 533-7491
CJA Attorney for Silver Jose Galindo

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 22 2007

at 4 o'clock and 12 min. PM
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br>vs.<br><br>SILVER JOSE GALINDO,<br><br>     Defendant. | ) CR. NO. 04-00053 DAE<br>)<br>) NOTICE OF HEARING;<br>) DEFENDANT'S MOTION FOR<br>) FILING BILL OF PARTICULARS<br>) ON COUNTS 3, 9, 10 & 11 OF THE<br>) THIRD SUPERCEDING<br>) INDICTMENT; MEMORANDUM<br>) OF LAW IN SUPPORT OF MOTION;<br>) DECLARATION OF JACK<br>) SCHWEIGERT, ESQ.; EXHIBITS<br>) 1 & 2; CERTIFICATE OF SERVICE<br>)<br>) TRIAL: July 10, 2007<br>)<br>) HEARING:<br>) Date: _____<br>) Time: _____<br>) Judge: _____ |

## NOTICE OF HEARING

TO:   Darren W.K. Ching, Esq.
      Assistant U.S. Attorney
      Room 6100, PJKK Federal Building
      300 Ala Moana Blvd., Box 50183
      Honolulu, HI 96850
            Attorney for U.S.A.

1

Notice is hereby given that the attached motion shall come on for hearing before the Honorable _____, Judge of the above-entitled Court, in his or her courtroom at 300 Ala Moana Blvd., Honolulu, Hawaii, on _____, 2007, at _____ \_\_\_\_.m., or as soon thereafter as counsel and all parties may be heard.

DATED: Honolulu, Hawaii, May 22, 2007

_____
Jack Schweigert, Esq.
Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>SILVER JOSE GALINDO,<br><br>    Defendant. | ) CR. NO. 04-00053 DAE<br>)<br>)<br>) DEFENDANT'S MOTION FOR<br>) FILING BILL OF PARTICULARS<br>) ON COUNTS 3, 9, 10 & 11 OF THE<br>) THIRD SUPERCEDING<br>) INDICTMENT<br>) |

### DEFENDANT'S MOTION FOR FILING BILL OF PARTICULARS ON COUNTS 3, 9, 10 & 11 OF THE THIRD SUPERCEDING INDICTMENT

COMES NOW DEFENDANT SILVER JOSE GALINDO, by and through counsel, and moves this Honorable Court for an Order directing the U.S.A. to file a bill of particulars for the following matters embraced within the Third Superceding Indictment filed April 25, 2007:

1. The facts making up the allegations in Counts 3, 9, 10, and 11.
2. The witnesses to be called by the U.S.A. in support of the allegations set forth in Counts 3, 9, 10, and 11.

This motion is based on Rules 6(e), 7(f) & 47, Federal Rules of Criminal Procedure, as well as the 5th, 6th, and 14th Amendments to the U.S. Constitution. This motion is further supported by the attached memorandum of law, record and file, and arguments made at the hearing of this matter.

DATED: Honolulu, Hawaii; May 22, 2007.

                                                    Jack Schweigert, Esq.
                                                    Attorney for Defendant