| Title of Investigation: GALINDO, Daniel Silver | Investigation Number: 78702 1-0035 | Report Number: 11 |
|---|---|---|

Case 1:04-cr-00053-DAE   Document 113-5   Filed 05/22/2007   Page 1 of 5

M. _____ stayed with _____ for around three weeks, so that he could keep an eye on him. Eventually _____ told _____ that he wanted to go home.

N. _____ has known GALINDO since 2003, and has seen GALINDO picking up "ice" from _____ on one occasion GALINDO picked up 1 pound of "ice". _____ also described GALINDO as a "collector" and heard GALINDO tell _____ "...if you have any problems call me."

O. _____ also heard that a Filipino guy on the 4th floor of Federal Detention Center (FDC) named _____ (later identified as _____, was also "taxed" by GALINDO at gunpoint for "ice" and money.

2. ATF SA Torco showed _____ a colored photo of a male, attachment (1), while covering all of the written print on the paper. _____ identified the male as GALINDO.

3. At approximately 10:30 a.m., ATF SA Torco terminated the interview.

ATTACHMENT(S)
(1) Photo of GALINDO (aka: Timothy K.L.K. MAU)

**EXHIBIT 2**

U.S. Department of Justice
Bureau of Alcohol, Tobacco, Firearms and Explosives

Report of Investigation

| Title of Investigation: GALINDO, Daniel Silver | Investigation Number: 787025-04-0035 | Report Number: 12 |
|---|---|---|

## SUMMARY OF EVENT:

On July 4, 2005, ATF Honolulu Field Office interviewed Federal Defendant _____ regarding information concerning Daniel Silver GALINDO.

## NARRATIVE:

1. On July 4, 2005, at approximately 2:55 p.m., ATF Special Agent (SA) Ty K. Torco, interviewed _____ at _____ in the presence of his Defense Attorney and other law enforcement officers. _____ provided the following information concerning incidents involving Daniel Silver GALINDO, with all names mentioned phonetically spelled:

   A. Sometime in 2003, GALINDO and Bryan PORCELLO came to _____ Pearl City residence and GALINDO pulled a .45 caliber gun on _____ and Craig FRANCE and said he was going to "shoot you." This incident occurred because of a misunderstanding regarding a robbery that involved Brian HIGA.

   B. Also in 2003 _____ received a panic call from _____ who told him that he was just robbed at the Pacific Marina by two males (GALINDO and Eric COLLIER). Later on _____ came to _____ house and told him that they took his bag, car and approximately 1 ounce of "ice" (crystal methamphetamine). He asked _____ for "help", to talk to GALINDO and recover his wife's vehicle.

2. At approximately 3:05 p.m., ATF SA Torco terminated his portion of the interview; other law enforcement officers conducted there debrief of PRICE relating to other matters.

| Prepared by: Ty K. Torco | Title: Special Agent, Honolulu Field Office | Signature: | Date: 8-10-05 |
|---|---|---|---|
| Authorized by: Tracy K. Elder | Title: Resident Agent in Charge, Honolulu Field Office | Signature: | Date: 8-10-05 |
| Second level reviewer (optional): Kelvin N. Crenshaw | Title: Special Agent in Charge, Seattle Field Division | Signature: | Date: 8-10-05 |

Page 1 of 1

ATF EF 3120.2 (10-2004)
For Official Use Only

0685   000000005

U.S. Department of Justice
Bureau of Alcohol, Tobacco, Firearms and Explosives

# Report of Investigation

| Title of Investigation: | Investigation Number: | Report Number: |
|---|---|---|
| GALINDO, Daniel Silver | 787025-04-0035 | 13 |

## SUMMARY OF EVENT:

On July 8, 2005, ATF Honolulu Field Office interviewed Federal Defendant regarding information concerning Daniel Silver GALINDO.

## NARRATIVE:

1. On July 8, 2005, at approximately 9:00 a.m., ATF Special Agent (SA) Ty K. Torco, interviewed                          at                                   , in the presence of his Defense Attorney Birney Bervar, and Assistant United States Attorney (AUSA) Wes Porter and Clare Conners.          provided the following information concerning incidents involving Daniel Silver GALINDO, with all names mentioned phonetically spelled:

   A. Sometime in July or August 2003,                  called           and told him that she had gotten into a fight with her "boyfriend" (later identified as Federal Defendant Eric COLLIER) and needed a place to stay.          also told       that COLLIER was on the run from the "DEA" (Drug Enforcement Administration).

   B.          stated that he picked up TADIO at her Kalihi residence, which is located by the Dillingham 7-11 store on the mauka side, with his wife's (Elma Ferrer) 1999 Maxima car.          stated that he already had a hotel room at the Pacific Marina hotel.

   C. That upon arriving at the Pacific Marina hotel room,          and       smoked "ice" (crystal methamphetamine) and that          showed       how much "ice" he had.

   D. After around ten to fifteen minutes there was a knock on the door. While looking through the peephole, he noticed a "male 1" (COLLIER) standing in front of the door;          told       to open the door.

   E. Upon opening the door,          stated that another "male 2" (GALINDO)

| Prepared by: Ty K. Torco | Title: Special Agent, Honolulu Field Office | Signature: | Date: 8-10-05 |
| Authorized by: Tracy K. Elder | Title: Resident Agent in Charge, Honolulu Field Office | Signature: | Date: 8-10-05 |
| Second level reviewer (optional): Kelvin N. Crenshaw | Title: Special Agent in Charge, Seattle Field Division | Signature: | Date: 8-10-05 |

Page 1 of 2

ATF EF 3120.2 (10-2004)
For Official Use Only

0686  000000006

Case 1:04-cr-00053-DAE   Document 113-5   Filed 05/22/2007   Page 4 of 5

| | Investig. Number | Report Number: |
|---|---|---|
| GALINDO, Daniel Silver | 78702  I-0035 | 13 |

carrying a black colored automatic handgun, and "male 1" came into the room and tied him up with the T.V. cord.

F.   A black colored fanny pouch, containing approximately two (2) ounces of "ice" and approximately $500.00 (US currency) that              was wearing was removed and taken by the males, along with          1999 Maxima.

(Agent's Note:           further stated that he told his wife            about the theft of her vehicle at which point             filed an incident report under 03-301725 [Auto Theft])

G.   After being arrested on November 18, 2003, and being incarcerated at the BOP, Honolulu Federal Detention Center (FDC); while waiting in the R&D room with other Federal prisoners for a scheduled court hearing, "male 2" (GALINDO) came up to         and introduced himself saying, "...you from Salt Lake." GALINDO further told         that, "...he was an easy target, that it wasn't his plan; it was the other guy (COLLIER) and that he was sorry."  GALINDO also told FERRER that if I (GALINDO) wanted to rob you I would have gone to your house...I know where your wife worked at Leahi Hospital.

H.          then stated that after this encounter with GALINDO he realized who "male 1" (COLLIER) was and saw him on the first floor of the FDC.

I.   In retrospect          believes that after he showed         the "ice", she probably used her cellular telephone to text message COLLIER and inform him of the hotel room number and that he          had "ice".

J.          stated that he gave         money on two occasions ($100.00 and $200.00) one week prior to the incident to help her out.

K.          also learned from          , who he met at the FDC that he was also threatened at gunpoint by GALINDO.

2.   At approximately 9:55 a.m., ATF SA Torco terminated the interview.

**U.S. Department of Justice**
Bureau of Alcohol, Tobacco, Firearms and Explosives

**Report of Investigation**

| Title of Investigation: | Investigation Number: | Report Number: |
|---|---|---|
| GALINDO, Daniel Silver | 787025-04-0035 | 15 |

**SUMMARY OF EVENT:**

On April 29, 2005, ATF Honolulu Field Office interviewed Federal Defendant Travis HEFFELFINGER regarding information concerning Daniel Silver GALINDO.

**NARRATIVE:**

1. On April 29, 2005, at approximately 11:40 a.m., ATF Special Agent (SA) Ty K. Torco, interviewed _____ at _____, in the presence of his Defense Attorney Gary Singh, and Honolulu Police Department (HPD) Officers Ryan Faulkner and Douglas Lee. _____ provided the following information concerning incidents involving Daniel Silver GALINDO, with all names mentioned phonetically spelled:

    A. In mid 2003, _____ was at Deon VALENCIA's Halawa Height residence when Silver GALINDO, Mikka KANAHELE, and Howard KIYOTA robbed them of approximately 4 ounces of "ice" (crystal methamphetamine) and $8,000.00. When the money was shown, the product ("ice") was pulled out and a gun was pointed in _____ and VALENCIA's face. GALINDO and KANAHELE each had a firearm.

    B. After this incident the next time he saw GALINDO was about one week after Law Enforcement was looking for GALINDO; he was with Brian HIGA's vehicle coming down from his house.

    C. _____ later learned that GALINDO was going out with his "Aunty" (Genevieve AVILLA) who drives a black truck and that was the first time _____ was formally introduced to GALINDO.

    D. _____ knows that GALINDO robbed Gilbert "BAKA" SORIANO at gunpoint in Kalihi. GALINDO whispered in his ear and took SORIANO's money and dope.

    E. GALINDO on numerous times provided _____ with dope ("ice"), in the amounts of "1/2 teens", "teens" on up to two (2) ounces of "ice". _____ further stated that he didn't have to pay for it and felt that GALINDO was

| Prepared by: Ty K. Torco | Title: Special Agent, Honolulu Field Office | Signature: | Date: 8-15-2005 |
|---|---|---|---|
| Authorized by: Tracy K. Elder | Title: Resident Agent in Charge, Honolulu Field Office | Signature: | Date: 8-15-05 |
| Second level reviewer (optional): Kelvin N. Crenshaw | Title: Special Agent in Charge, Seattle Field Division | Signature: | Date: 8-15-05 |