

# ORIGINAL

JACK SCHWEIGERT, ESQ.
550 Halekauwila Street, Room 309
Honolulu, HI 96813
Phone: (808) 533-7491
CJA Attorney for Silver Jose Galindo

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 22 2007

at 4 o'clock and 12 min. P M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>SILVER JOSE GALINDO,<br> | ) CR. NO. 04-00053 DAE<br>)<br>) NOTICE OF HEARING;<br>) DEFENDANT'S MOTION TO<br>) COMPEL DISCOVERY;<br>) MEMORANDUM IN SUPPORT OF<br>) MOTION; DECLARATION OF<br>) COUNSEL; EXHIBIT 1;<br>) CERTIFICATE OF SERVICE<br>)<br>) TRIAL: July 10, 2007<br>)<br>) HEARING:<br>) Date: _____<br>) Time: _____<br>) Judge: _____<br>) |

## NOTICE OF HEARING

TO:   Darren W.K. Ching, Esq.
      Assistant U.S. Attorney
      Room 6100, PJKK Federal Building
      300 Ala Moana Blvd., Box 50183
      Honolulu, HI 96850
            Attorney for U.S.A.

1

Notice is hereby given that the attached motion shall come on for hearing before the Honorable _____, Judge of the above-entitled Court, in his or her courtroom at 300 Ala Moana Blvd., Honolulu, Hawaii, on _____, 2007, at _____ ___ .m., or as soon thereafter as counsel and all parties may be heard.

DATED: Honolulu, Hawaii; May 22, 2007

_____
Jack Schweigert, Esq.
Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) CR. NO. 04-00053 DAE |
|---|---|
| Plaintiff, | ) |
| vs. | ) DEFENDANT'S MOTION TO ) COMPEL DISCOVERY |
| SILVER JOSE GALINDO, | ) |
| Defendant. | ) |

### DEFENDANT'S MOTION COMPEL DISCOVERY

COMES NOW DEFENDANT SILVER JOSE GALINDO, by and through counsel, and moves this Honorable Court for an Order directing the U.S.A. to file more complete copies of reports, including the identity of the witnesses whose names are now omitted and redactions. The documents provided by the Government which are confusing to Defendant are attached hereto as Exhibit 1 and comprise the following numbered pages (taken from bottom right corner of discovery provided by U.S.A.): 000000001; 00000002; 00000003; 000000005; 000000006; 000000007; 000000008; 000000009; 000000131; 000000132; 000000382; 000000384; 000000385; 000000386.

This motion is made pursuant to Rules 26.2 and 47, Federal Rules of Criminal Procedure and is supported by the 5th, 6th, and 14th Amendment of the U.S. Constitution, and the record and file.

DATED: Honolulu, Hawaii; May 22, 2007.

_____
Jack Schweigert, Esq.
Attorney for Defendant

2