IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR. NO. 04-00053 DAE |
| Plaintiff, | ) |
| vs. | ) DECLARATION OF COUNSEL |
| SILVER JOSE GALINDO, | ) |
| Defendant. | ) |

### DECLARATION OF JACK SCHWEIGERT, ESQ.

I, Jack Schweigert, declare as follows:

1. I am the court-appointed counsel for Defendant Silver Jose Gilando. I make the following statements based upon my own personal knowledge unless otherwise apparent.

2. Attached hereto as Exhibit 1 is a true and correct copy of reports of interviews of witnesses and other discovery documents provided to me which are difficult if not impossible to understand because of the many redactions.

3. I believe to prepare an adequate defense my client should be given both Exhibit 1 without redactions and any other reports of interviews of witnesses without redactions so that I can adequately prepare for cross examination of these witnesses.

4. I further ask these documents be given to me as soon as possible for trial is now July 10, 2007.

I declare under penalty of perjury the foregoing is true and correct.

Executed in Honolulu, Hawaii this 22nd day of May, 2007.

_____
Declarant