U.S. Department of Justice
Bureau of Alcohol, Tobacco, Firearms and Explosives

**Report of Investigation**

| Title of investigation: GALINDO, Daniel Silver | Investigation Number: 787025-04-0035 | Report Number: 11 |
|---|---|---|

**SUMMARY OF EVENT:**

On June 16, 2005, ATF Honolulu Field Office interviewed Federal Defendant _____ regarding information concerning Daniel Silver GALINDO.

**NARRATIVE:**

1. On June 16, 2005, at approximately 9:30 a.m., ATF Special Agent (SA) Ty K. Torco, interviewed _____ at _____. _____ in the presence of his Defense Attorney David Klein, and Assistant United States Attorney (AUSA) Clare Conners. _____ provided the following information concerning incidents involving Daniel Silver GALINDO, with all names mentioned phonetically spelled:

(Agent's Note: _____ was involved in _____ drug distribution organization)

A. Knew _____ since 1995 while in High School. When _____ returned from Las Vegas, NV., around 2003 got involved in his drug organization. _____ would receive parcels containing "ice" (crystal methamphetamine) for _____

B. Around January 21, 2004, the DEA (Drug Enforcement Administration) intercepted another _____ "ice" parcel from another recipient, and "raided" (law enforcement activity) a Wahiawa house. _____ also received an undetected _____ "ice" parcel and took his parcel to the Wahiawa house and hid it outside of the residence. The DEA and the Honolulu Police Department (HPD), subsequently discovered the second parcel, identified _____ and solicited his cooperation.

C. _____ was arrested by the State and _____ paid his $500.00 bail and got him out of jail around 4:00 a.m. _____ took _____ to his Hawaii Kai house and around 5:00 a.m. to 6:00 a.m. took him to a road near the Island Colony where they met _____ Daniel Silver GALINDO, and an unidentified Japanese male, who was in a black truck.

| Prepared by: Ty K. Torco | Title: Special Agent, Honolulu Field Office | Signature: | Date: 7-29-05 |
|---|---|---|---|
| Authorized by: Tracy K. Elder | Title: Resident Agent in Charge, Honolulu Field Office | Signature: | Date: 7-29-05 |
| Second level reviewer (optional): Kelvin N. Crenshaw | Title: Special Agent in Charge, Seattle Field Division | Signature: | Date: 7-29-05 |

**EXHIBIT 1**

(Agent's Note: Black truck believed to be a 2001 Ford pick-up, bearing Hawaii State license tag NCZ-268, belonging to Genevieve C. AVILLA, who is one of GALINDO's girlfriends)

D. When _____ got into the truck he was questioned by both _____ and _____ about what he said to the police, "...you one squeal on me...what you told them...you lying..."

E. They drove back to the Wahiawa residence where the DEA raided and told _____ to retrieve his drug parcel that he hid. _____ stated that he didn't want to the house because he was scared, at which time GALINDO removed a black colored pistol (.45 caliber) from his waist and told him to take the gun. _____ could not find the drug parcel that he hid and returned to the truck.

F. Sometime between leaving the Wahiawa house and going to an Ewa Beach house _____ stated that GALINDO bound his hands behind his back with a plastic strap. After leaving the Ewa Beach house and driving in the Waianae direction GALINDO placed a cloth over his face and head.

G. While _____ was in this condition, GALINDO punched and slapped _____ several times, pushed him to the floor of the truck and told _____, "I going shoot you...you lying." _____ said he was scared, crying and told GALINDO, "Why you doing this to me?"

H. At approximately 7:00 a.m., the truck stopped and GALINDO carried _____ out of the truck and took him into a structure. While in the structure GALINDO continued to yell, strike _____, and took pliers to _____'s right pointer finger and attempted to cut it off.

I. At approximately 10:00 a.m., _____ intervened. GALINDO first took off the cloth hood covering _____ face, and then removed the plastic straps from his hands. _____ stated that his finger was bleeding.

J. GALINDO told _____ that he was going let him go and wanted him to cooperate by calling the "Feds and lie...blame the other guys."

K. As _____ got acclimated to his environment, he noticed the structure that he was in had no appliances and was separated from another structure. _____ said he was in the Waianae area and believed the place was associated to AVILLA's family.

L. _____ stated that when they left, AVILLA was driving the truck with _____ in the front passenger seat. The unidentified Japanese male was on his left, GALINDO and _____ was seated on his right of the back cabin area. They dropped off the Japanese male somewhere in Aiea, then dropped off _____ and _____ near the Island Colony.

| Title of Investigation: GALINDO, Daniel Silver | Investig. 78702 | Number: 1-0035 | Report Number: 11 |
|---|---|---|---|

M.           stayed with           for around three weeks, so that he could keep an eye on him. Eventually           told           that he wanted to go home.

N.           has known GALINDO since 2003, and has seen GALINDO picking up "ice" from           on one occasion GALINDO picked up 1 pound of "ice".           also described GALINDO as a "collector" and heard GALINDO tell           "...if you have any problems call me."

O.           also heard that a Filipino guy on the 4th floor of Federal Detention Center (FDC) named           (later identified as           , was also "taxed" by GALINDO at gunpoint for "ice" and money.

2. ATF SA Torco showed           a colored photo of a male, attachment (1), while covering all of the written print on the paper.           identified the male as GALINDO.

3. At approximately 10:30 a.m., ATF SA Torco terminated the interview.


ATTACHMENT(S)
(1) Photo of GALINDO (aka: Timothy K.L.K. MAU)

U.S. Department of Justice
Bureau of Alcohol, Tobacco, Firearms and Explosives

# Report of Investigation

| Title of Investigation: GALINDO, Daniel Silver | Investigation Number: 787025-04-0035 | Report Number: 12 |
|---|---|---|

**SUMMARY OF EVENT:**

On July 4, 2005, ATF Honolulu Field Office interviewed Federal Defendant ▓▓▓ regarding information concerning Daniel Silver GALINDO.

**NARRATIVE:**

1. On July 4, 2005, at approximately 2:55 p.m., ATF Special Agent (SA) Ty K. Torco, interviewed ▓▓▓ at ▓▓▓ in the presence of his Defense Attorney and other law enforcement officers. ▓▓▓ provided the following information concerning incidents involving Daniel Silver GALINDO, with all names mentioned phonetically spelled:

    A. Sometime in 2003, GALINDO and Bryan PORCELLO came to ▓▓▓ Pearl City residence and GALINDO pulled a .45 caliber gun on ▓▓▓ and Craig FRANCE and said he was going to "shoot you." This incident occurred because of a misunderstanding regarding a robbery that involved Brian HIGA.

    B. Also in 2003 ▓▓▓ received a panic call from ▓▓▓ who told him that he was just robbed at the Pacific Marina by two males (GALINDO and Eric COLLIER). Later on ▓▓▓ came to ▓▓▓ house and told him that they took his bag, car and approximately 1 ounce of "ice" (crystal methamphetamine). He asked ▓▓▓ for "help", to talk to GALINDO and recover his wife's vehicle.

2. At approximately 3:05 p.m., ATF SA Torco terminated his portion of the interview; other law enforcement officers conducted there debrief of PRICE relating to other matters.

| Prepared by: Ty K. Torco | Title: Special Agent, Honolulu Field Office | Signature: | Date: 8-10-05 |
|---|---|---|---|
| Authorized by: Tracy K. Elder | Title: Resident Agent in Charge, Honolulu Field Office | Signature: | Date: 8-10-05 |
| Second level reviewer (optional): Kelvin N. Crenshaw | Title: Special Agent in Charge, Seattle Field Division | Signature: | Date: 8-10-05 |

Page 1 of 1

ATF EF 3120.2 (10-2004)
For Official Use Only

0685    000000005

U.S. Department of Justice
Bureau of Alcohol, Tobacco, Firearms and Explosives

REPORT OF In    stigation

| Title of Investigation: GALINDO, Daniel Silver | Investigation Number: 787025-04-0035 | Report Number: 13 |
|---|---|---|

**SUMMARY OF EVENT:**

On July 8, 2005, ATF Honolulu Field Office interviewed Federal Defendant regarding information concerning Daniel Silver GALINDO.

**NARRATIVE:**

1. On July 8, 2005, at approximately 9:00 a.m., ATF Special Agent (SA) Ty K. Torco, interviewed                    at                                            , in the presence of his Defense Attorney Birney Bervar, and Assistant United States Attorney (AUSA) Wes Porter and Clare Conners.           provided the following information concerning incidents involving Daniel Silver GALINDO, with all names mentioned phonetically spelled:

A. Sometime in July or August 2003,              called         and told him that she had gotten into a fight with her "boyfriend" (later identified as Federal Defendant Eric COLLIER) and needed a place to stay.          also told      that COLLIER was on the run from the "DEA" (Drug Enforcement Administration).

B.         stated that he picked up TADIO at her Kalihi residence, which is located by the Dillingham 7-11 store on the mauka side, with his wife's (Elma Ferrer) 1999 Maxima car.         stated that he already had a hotel room at the Pacific Marina hotel.

C. That upon arriving at the Pacific Marina hotel room,         and       smoked "ice" (crystal methamphetamine) and that        showed       how much "ice" he had.

D. After around ten to fifteen minutes there was a knock on the door. While looking through the peephole, he noticed a "male 1" (COLLIER) standing in front of the door;         told       to open the door.

E. Upon opening the door,          stated that another "male 2" (GALINDO)

| Prepared by: Ty K. Torco | Title: Special Agent, Honolulu Field Office | Signature: | Date: 8-10-05 |
|---|---|---|---|
| Authorized by: Tracy K. Elder | Title: Resident Agent in Charge, Honolulu Field Office | Signature: | Date: 8-10-05 |
| Second level reviewer (optional): Kelvin N. Crenshaw | Title: Special Agent in Charge, Seattle Field Division | Signature: | Date: 8-10-05 |

Page 1 of 2

ATF EF 3120.2 (10-2004)
For Official Use Only

0686   000000006

| Title of Investigation | Investigator Number | Report Number: |
|---|---|---|
| GALINDO, Daniel Silver | 78702  I-0035 | 13 |

carrying a black colored automatic handgun, and "male 1" came into the room and tied him _____ up with the T.V. cord.

F. A black colored fanny pouch, containing approximately two (2) ounces of "ice" and approximately $500.00 (US currency) that _____ was wearing was removed and taken by the males, along with _____ 1999 Maxima.

(Agent's Note: _____ further stated that he told his wife _____ about the theft of her vehicle at which point _____ filed an incident report under 03-301725 [Auto Theft])

G. After being arrested on November 18, 2003, and being incarcerated at the BOP, Honolulu Federal Detention Center (FDC); while waiting in the R&D room with other Federal prisoners for a scheduled court hearing, "male 2" (GALINDO) came up to _____ and introduced himself saying, "...you from Salt Lake." GALINDO further told _____ that, "...he was an easy target, that it wasn't his plan; it was the other guy (COLLIER) and that he was sorry." GALINDO also told FERRER that if I (GALINDO) wanted to rob you I would have gone to your house...I know where your wife worked at Leahi Hospital.

H. _____ then stated that after this encounter with GALINDO he realized who "male 1" (COLLIER) was and saw him on the first floor of the FDC.

I. In retrospect _____ believes that after he showed _____ the "ice", she probably used her cellular telephone to text message COLLIER and inform him of the hotel room number and that he _____ had "ice".

J. _____ stated that he gave _____ money on two occasions ($100.00 and $200.00) one week prior to the incident to help her out.

K. _____ also learned from _____, who he met at the FDC that he was also threatened at gunpoint by GALINDO.

2. At approximately 9:55 a.m., ATF SA Torco terminated the interview.

**U.S. Department of Justice**
Bureau of Alcohol, Tobacco, Firearms and Explosives

# Report of Investigation

| Title of Investigation: GALINDO, Daniel Silver | Investigation Number: 787025-04-0035 | Report Number: 14 |
|---|---|---|

**SUMMARY OF EVENT:**

On June 23, 2005, ATF Honolulu Field Office interviewed Federal Defendant Dan LANGAMAN regarding information concerning Daniel Silver GALINDO.

**NARRATIVE:**

1. On June 23, 2005, at approximately 3:07 p.m., ATF Special Agent (SA) Ty K. Torco, interviewed _____ at the _____, in the presence of his Defense Attorney Kenneth J. Shimozono, and Assistant United States Attorney (AUSA) Wes Porter and Clare Conners. _____ provided the following information concerning incidents involving Daniel Silver GALINDO, with all names mentioned phonetically spelled:

A. Met GALINDO couple of months ago through a friend named Warren ANCHETA. GALINDO came to _____ residence and asked if _____ needed help regarding his drug distribution organization. GALINDO has a reputation of being someone who "jacks" (armed robbery) people; "...nobody to mess with him...everybody scared of him." GALINDO telling _____ "That once they know I'm with you, they're going to shit not (sic)."

B. On two different occasions _____ provided GALINDO with $1,600.00 & $1,500.00. _____ conveyed that since GALINDO asked for the money he felt that he wouldn't get "jacked" by him.

C. On one occasion _____ called GALINDO for help and they met at Kamehameha Shopping Center. GALINDO asked _____ "What you want to do?" _____ responded, "I don't know what to do Uncle?"

(Agent's Note: Incident where the Drug Enforcement Administration [DEA] arrested several individuals within _____ drug organization who was receiving "drug parcels" on _____ behalf)

D. An individual by the name of _____ was one of the individuals who received one of _____ "drug parcel" and was arrested by the Honolulu

| Prepared by: Ty K. Torco | Title: Special Agent, Honolulu Field Office | Signature: | Date: 08-15-2005 |
|---|---|---|---|
| Authorized by: Tracy K. Elder | Title: Resident Agent in Charge, Honolulu Field Office | Signature: | Date: 08-15-05 |
| Second level reviewer (optional): Kelvin N. Crenshaw | Title: Special Agent in Charge, Seattle Field Division | Signature: | Date: 08-15-05 |

Page 1 of 2                    0688                    ATF EF 3120.2 (10-2004)
For Official Use Only
000000008

| File of Investigation: | Investigr | Number: | Report Number: |
|---|---|---|---|
| GALINDO, Daniel Silver | 78702 | I-0035 | 14 |

Police Department (HPD).                        bailed            out of jail and brought him to meet            and GALINDO who was in a black pick-up truck.

E.  While in the black pick-up truck. GALINDO interrogated            about his arrest. GALINDO made inferences that            was working for someone (i.e. "HPD"); that he            had to be loyal to his boss (i.e.            ); we're going to get your "stuff" (drug parcel).

F.  They went to "JUNE's" house in Wahiawa to check if DEA found the "drug parcel" that            hid within the residence. After that they went to a residence in Ewa Beach, then ended up in Waianae.

G.  During this incident with                        observed GALINDO with a silver colored pistol at the Wahiawa house. The second time he saw GALINDO with the pistol was in the black pick-up truck and the third time he saw GALINDO with the pistol was at the Waianae house.

2.  At approximately 4:10 p.m., ATF SA Torco terminated the interview.

U.S. Department of Justice
Bureau of Alcohol, Tobacco, Firearms and Explosives

**Report of Investigation**

| Title of Investigation: GALINDO, Daniel Silver | Investigation Number: 787025-04-0035 | Report Number: 15 |
|---|---|---|

**SUMMARY OF EVENT:**

On April 29, 2005, ATF Honolulu Field Office interviewed Federal Defendant Travis HEFFELFINGER regarding information concerning Daniel Silver GALINDO.

**NARRATIVE:**

1. On April 29, 2005, at approximately 11:40 a.m., ATF Special Agent (SA) Ty K. Torco, interviewed                    at                   , in the presence of his Defense Attorney Gary Singh, and Honolulu Police Department (HPD) Officers Ryan Faulkner and Douglas Lee.          provided the following information concerning incidents involving Daniel Silver GALINDO, with all names mentioned phonetically spelled:

    A. In mid 2003,           was at Deon VALENCIA's Halawa Height residence when Silver GALINDO, Mikka KANAHELE, and Howard KIYOTA robbed them of approximately 4 ounces of "ice" (crystal methamphetamine) and $8,000.00. When the money was shown, the product ("ice") was pulled out and a gun was pointed in           and VALENCIA's face. GALINDO and KANAHELE each had a firearm.

    B. After this incident the next time he saw GALINDO was about one week after Law Enforcement was looking for GALINDO; he was with Brian HIGA's vehicle coming down from his house.

    C.         later learned that GALINDO was going out with his "Aunty" (Genevieve AVILLA) who drives a black truck and that was the first time           was formally introduced to GALINDO.

    D.         knows that GALINDO robbed Gilbert "BAKA" SORIANO at gunpoint in Kalihi. GALINDO whispered in his ear and took SORIANO's money and dope.

    E. GALINDO on numerous times provided           with dope ("ice"), in the amounts of "1/2 teens", "teens" on up to two (2) ounces of "ice".           further stated that he didn't have to pay for it and felt that GALINDO was

| Prepared by: Ty K. Torco | Title: Special Agent, Honolulu Field Office | Signature: | Date: 8-15-2005 |
|---|---|---|---|
| Authorized by: Tracy K. Elder | Title: Resident Agent in Charge, Honolulu Field Office | Signature: | Date: 8-15-05 |
| Second level reviewer (optional): Kelvin N. Crenshaw | Title: Special Agent in Charge, Seattle Field Division | Signature: | Date: 8-15-05 |

Page 1 of 3

ATF EF 3120.2 (10-2004)
For Official Use Only

0690    000000010

| Title Of Investigation: GALINDO, Daniel Silver | Investigation Number: 78702. ...-0035 | Report Number: 15 |
|---|---|---|

"making up for the previous rip."

F. GALINDO looked like a "cop" (Police officer). He would where a baseball style cap, HPD shirts, black boots, cargo pants; he even had a FBI shirt. He also carried an S&W (Smith & Wesson), gray colored 9mm pistol in a black shoulder holster with a spandex strap, or in a holster on his waist.

G. Identified "ROBBY" (Robert TOMASZYCKI) from Haleiwa as one of GALINDO's drug sources. GALINDO provided an AR-15 type rifle to TOMASYZCKI in exchange for "2 balls" (7 grams of "ice"). _____ stated that he got the AR-15 type rifle from "SAMMY" in Kalihi for $1,200.00 a week prior and gave it to GALINDO.

H. _____ stated that he was instructed by GALINDO that whatever gun you get bring it to him (GALINDO).

I. _____ provided GALINDO with a Beretta .25 caliber pistol with a clear grip on one side. _____ stated that he originally got this gun from SORIANO.

J. _____ both heard from Brian HIGA and GALINDO himself that he "banged" (injected) "ice" hard.

K. Identified a guy known only as "SOLE", who was robbed at gunpoint by GALINDO and Tracy KAMI, wherein they took "lots of 'buds' (marijuana)."

L. _____ stated the gun that he was arrested for at the Chevron station was from a guy named "MIKE" in Kalihi, whom he paid $500.00, and was supposed to be given to GALINDO.

M. _____ stated that GALINDO wanted guns, saying that, "...he wasn't going to jail...was going to shoot it out."

N. _____ bought two pounds of "ice" for $40,000.00 from GALINDO wanted _____ to set up _____ so that he could rip him off. At one point GALINDO picked up Warren ANCHETA and wanted _____ to show them where _____ was staying in Waikiki.

O. _____ later stated that he was present when GALINDO threatened _____, who was a "runner" (drug dealer) for _____ at gunpoint, while in the back seat of GALINDO's black truck. _____ later conveyed that GALINDO provided "protection" for LANGAMAN's drug distribution organization.

2. SA Torco showed _____ several copies of photographs that he identified by affixing his signature and date. The photos are described in previous ATF Report of Investigations (ROI).

3. At approximately 1:10 p.m., ATF SA Torco terminated the interview.

U.S. Department of Justice
Drug Enforcement Administration

# REPORT OF INVESTIGATION

Page 1 of 5

| Field | Value |
|---|---|
| 1. Program Code | |
| 2. Cross File / Related Files | ☒ ☒ ☐ ☐ ☐ |
| 3. File No. | [redacted] |
| 4. G-DEP Identifier | [redacted] |
| 5. By: S/A Patrick Picciano At: Honolulu, HI Group 1 Honolulu D.O. | |
| 6. File Title | [redacted] |
| 7. ☐ Closed  ☐ Requested Action Completed  ☐ Action Requested By: | |
| 8. Date Prepared | 12/07/2004 |
| 9. Other Officers: | ATF S/A Jordan Lowe, HPD Officer Douglas LEE, TFO Anthony Colon |
| 10. Report Re: | ARREST AND POST-ARREST STATEMENT OF TRAVIS HEFFELFINGER ON 12/07/04 |

## SYNOPSIS

In a coordinated effort between DEA, Honolulu Police Department, and ATF, seven individuals were indicted by a grand jury in the District of Hawaii on December 1, 2004 for numerous federal drug and firearms charges. [redacted] Travis HEFFELFINGER was indicted for drug and weapons charges, [reference: 1 Count of Title 18 USC 922(v), 1 Count of Title 18 USC 924(c)1 and 3 Counts of Title 21 USC 841(a)1]. HEFFELFINGER was subsequently arrested and provided a statement to law enforcement regarding his involvement in the distribution of methamphetamine and firearms.

## DETAILS

1. On December 7, 2004, HEFFELFINGER was located at his residence, 665 A Lawelawe Street Honolulu, Hawaii and subsequently placed under arrest. HEFFELFINGER gave officers and agents written consent to search his living quarters. HEFFELFINGER was transported by S/A Picciano and ATF S/A Jordan Lowe to the Honolulu Police Department, Main Station. S/A Picciano read from his issued DEA-13a card HEFFELFINGER's Miranda Rights witnessed by Honolulu Police Officer Douglas Lee, S/A Jordan Lowe and TFO Anthony Colon. HEFFELFINGER stated that he understood his Rights and agreed to answer questions posed by agents. HEFFELFINGER stated the following:

| 11. Distribution: Division [redacted] District Other [redacted] | 12. Signature (Agent) Patrick Picciano, Special Agent | 13. Date |
|---|---|---|
| | 14. Approved (Name and Title) Jude Tanella Acting Group Supervisor | 15. Date |

DEA Form  - 6
(Jul. 1996)
pmp

DEA SENSITIVE
Drug Enforcement Administration

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

0600

000000382

U.S. Department of Justice
Drug Enforcement Administration

| REPORT OF INVESTIGATION | 1. File No. | 2. G-DEP Identifier |
|---|---|---|
| *(Continuation)* | 3. File Title | |
| 4. Page 2 of 5 | | |
| 5. Program Code | 6. Date Prepared 12/07/2004 | |

2. Circa 1998, HEFFELFINGER began using crystal methamphetamine (Ice) and would assist friends with obtaining Ice from several different sources of supply.

3. 

4. Around 2002, HEFFELFINGER met Dan LANGAMAN, (described as a Filipino male, 5'6", 150 lbs., stocky build, facial hair, and long hair), through a friend  In 2003, HEFFELFINGER stated that LANGAMAN displayed several thousand dollars in currency believed to be $10K-$20K and told HEFFELFINGER that he was going to Las Vegas. LANGAMAN gave HEFFELFINGER $100.00 to get some Ice for the two of them to smoke. LANGAMAN drives a maroon Chevrolet Astro van. LANGAMAN's girlfriend is a local female named  close friend is  Years ago, LANGAMAN use to cook Ice in hotel rooms in Waikiki. LANGAMAN frequently travels to Vegas, Mexico and Chicago.





HEFFELFINGER also was contacted recently by LANGAMAN on

DEA Form - 6a
(Jul. 1996)

**DEA SENSITIVE**
Drug Enforcement Administration

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

0601

000000383

U.S. Department of Justice
Drug Enforcement Administration

| REPORT OF INVESTIGATION<br>(Continuation) | 1. File No. ▮ | 2. G-DEP Identifier ▮ |
|---|---|---|
| | 3. File Title ▮ | |

4. Page 3 of 5

5. Program Code

6. Date Prepared 12/07/2004

HEFFELFINGER's cellular phone, ▮▮▮▮▮▮▮▮ LANGAMAN asked him to bail another subordinate, Chris MABANAG, aka: Up-it, out of prison. LANGAMAN left several thousand dollars to bond MABANAG out of jail. HEFFELFINGER assisted MABANAG with bail at a later date.

7. HEFFELFINGER use to hold Ice for his uncle, Silver GALINDO. GALINDO would strong-arm other drug dealers of their drugs and money. GALINDO would provide HEFFELFINGER with some of the stolen Ice for personal his use. HEFFELFINGER has sold more than ten ounces of Ice to friends and brokered several pounds of Ice.

8.  [redacted]

DEA Form - 6a
(Jul. 1996)

DEA SENSITIVE
Drug Enforcement Administration

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

0602

000000384

U.S. Department of Justice
Drug Enforcement Administration

## REPORT OF INVESTIGATION
(Continuation)

| 1. File No. | 2. G-DEP Identifier |
|---|---|
| ███ | ███ |

3. File Title
███

4. Page 4 of 5

5. Program Code

6. Date Prepared
12/07/2004



He has held guns, a Beretta 9mm and semi-auto 9mm, for Silver GALINDO. HEFFELFINGER gave one of the 9mm firearms to GALINDO a couple of days before his arrest in early 2004. HEFFELFINGER has also held Ice for GALINDO.

INDEXING

1. HEFFELFINGER, Travis - ███
2. LANGAMAN, Dan - ███

DEA Form - 6a
(Jul. 1996)

DEA SENSITIVE
Drug Enforcement Administration

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

06██

000000385

U.S. Department of Justice
Drug Enforcement Administration

# REPORT OF INVESTIGATION
*(Continuation)*

| | |
|---|---|
| 1. File No. | 2. G-DEP Identifier |
| 3. File Title | |

4. Page 5 of 5

5. Program Code

6. Date Prepared

[redacted]

11. GALINDO, Silver - NADDIS 5982796

[redacted]

18. MABANAG, Chris - [redacted]
    aka: Up-it

DEA Form - 6a
(Jul. 1996)

**DEA SENSITIVE**
Drug Enforcement Administration

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

0604
000000386

# BUREAU OF ALCOHOL, TOBACCO AND FIREARMS
# REPORT OF INVESTIGATION

Page 1 of 2

| ADDRESSED TO: | MONITORED INVESTIGATION INFORMATION: |
|---|---|
| Special Agent in Charge<br>Seattle Field Division | Seattle Field Division<br>FY-04<br>Report 005 |

| TITLE OF INVESTIGATION: |
|---|
| HEFFELINGER, Travis (et. al) |

| CASE NUMBER: | REPORT NUMBER: |
|---|---|
| 787025-04-0010 | 5 |

**TYPE OF REPORT:** (Check Applicable Boxes)

| X | REPORT OF INVESTIGATION | | COLLATERAL REPLY |
|---|---|---|---|
|   | REPORT OF INTELLIGENCE | | |

| SUBMITTED BY (Name) | SUBMITTED BY (Title and Office) | SUBMITTED BY (Date) |
|---|---|---|
| Ty K. Torco | Special Agent, Honolulu Field Office | 03/02/2004 |
| REVIEWED BY (Name) | REVIEWED BY (Title and Office) | REVIEWED BY (Date) |
| Tracy K. Elder | Resident Agent in Charge, Honolulu Field Office | 03/02/04 |
| APPROVED BY (Name) | APPROVED BY (Title and Office) | APPROVED BY (Date) |
| Kelvin N. Crenshaw | Special Agent in Charge, Seattle Field Division | 03/02/04 |

**DESCRIPTION OF ACTIVITY:**

Interview of William P. SOARES.

**SYNOPSIS:**

On February 29, 2004, William P. SOARES cooperated and admitted to being an illicit drug user. SOARES implicated Robert TOMASZYCKI and Daniel Silver GALINDO as associates and provided information to the same.

**NARRATIVE:**

1. On February 29, 2004, at approximately 4:40 p.m. (HST) DEA Special Agent (SA) James Yuen and ATF SA Ty K. Torco, identified themselves both verbally and by displaying their credentials to William P. SOARES, who was earlier arrested by Officers of the Honolulu Police Department (HPD), Specialized Service Division (SSD), for outstanding State bench warrants. The interview took place at the HPD, Wahiawa Substation, Cellblock, located at 330 N. Cane Street, Wahiawa, HI 96786.

2. ATF SA Torco advised SOARES of his Rights to remain silent and right to advise of counsel via DEA 13A yellow card, which he verbally waived as witnessed by DEA SA Yuen. The following are excerpts of the interview with SOARES:

ATF EF 3120.2 (5-98)                                          0837   000000131

DEPARTMENT OF THE TREASURY
BUREAU OF ALCOHOL, TOBACCO AND FIREARMS
REPORT OF INVESTIGATION

Page 2 of 2

| ADDRESSED TO: Special Agent in Charge Seattle Field Division | MONITORED INVESTIGATION INFORMATION: Seattle Field Division FY-04 Report 005 |
|---|---|
| TITLE OF INVESTIGATION: HEFFELINGER, Travis (et. al) | |
| CASE NUMBER: 787025-04-0010 | REPORT NUMBER: 5 |

A. Admitted to being a long time crystal methamphetamine ("ICE") user, going on and off of "ICE" for a time. Within two to three months got back on "ICE" and uses every other day, at around ¼ gram each time. Considers himself an addict.

B. The last time he used "ICE" was this morning (02-29-2004) with Robert TOMAZYCKI at his house (62-148A Lokoea Place, Haleiwa, HI 96712).

C. Has known Daniel Silver GALINDO since childhood days in Makaha and didn't see him in a long time. When SOARES started hanging around TOMAZYCKI's house GALINDO introduced himself as "TIMMY MAU". It wasn't until SOARES overheard someone call him "SILVER" did he ask him if he was GALINDO.

D. The last time he saw GALINDO was last night (02-28-2004) at TOMAZYCKI's house at around 11:00 - 11:30 p.m. (HST). When SOARES came back to the house around 4:00 a.m. (HST), 02-29-2004, GALINDO was no longer there. GALINDO was wearing blue jeans, a blue with yellow writing police type t-shirt and a blue colored baseball cap with an HPD patch on the front panel.

E. A younger, skinny white male named "TRAVIS" was driving GALINDO  a green colored van or SUV.

F. Observed GALINDO about a week and half ago with a firearm strapped in a shoulder harness.

G. About two weeks ago saw GALINDO with approximately four ounces of "ICE" at TOMAZYCKI's residence, stating "...had a pretty big package...don't know where he got it from."

H. GALINDO has two boys and one girl, from a woman named Malia KEABU, who lives on Paakea Road, Waianae, HI.

I. SOARES stated that before he ran from the vehicle that was being pursued by HPD this afternoon (02-29-2004); TOMAZYCKI gave him some money that was in a bag that he took and told him to go.

J. A girl named "SARALYNN" (identified later as Saraly L. TOLEDO) was also in the vehicle that was being pursued by HPD this afternoon (02-29-2004).

At approximately 5:15 p.m. (HST), SA Torco terminated the interview.

ATF EF 3120.2 (5-98)

0836 000000132