JACK SCHWEIGERT, ESQ.
550 Halekauwila Street, Room 309
Honolulu, HI 96813
Phone: (808) 533-7491
CJA Attorney for Silver Jose Galindo

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR. NO. 04-00053 DAE |
| | ) |
| Plaintiff, | ) ORDER GRANTING IN PART |
| | ) AND DENYING IN PART |
| | ) DEFENDANT'S MOTION TO |
| vs. | ) SEVER OFFENSES FILED |
| | ) FEBRUARY 21, 2007 AND |
| SILVER JOSE GALINDO, | ) SUPPLEMENTED APRIL 9, 2007 |
| | ) |
| Defendant. | ) |

ORDER GRANTING IN PART AND DENYING IN PART
DEFENDANT' MOTION TO SEVER OFFENSES FILED FEBRUARY 21, 2007
AND SUPPLEMENTED APRIL 9, 2007

Defendant's Motion to Sever Offenses Filed February 21, 2007 and Supplemented April 9, 2007, came on for hearing Friday, May 10, 2007 at 10:00 a.m. before the Honorable Barry M. Kurren in his courtroom. Appearing for Plaintiff U.S.A. was Darren W.K. Ching; appearing for Defendant/Movant Silver Jose Galindo was Jack Schweigert, Esq., and Defendant/Movant Silver Jose Galindo was present.

The Court, after hearing the arguments of counsel, finds the requisite good cause does exist for granting Defendant' motion in part as to Counts 5, 6, and 7 of the Third Superceding Indictment filed April 25, 2007. NOW THEREFORE,

IT IS HEREBY ORDERED that Defendant's Motion to Sever Offenses be, and the same hereby is, GRANTED as to Counts 5, 6, and 7 of the Third Superceding Indictment. All other portions of the Motion as supplemented are denied.

DATED: Honolulu, Hawaii; __5/23/07__.

_____
Judge of the above-entitled Court

Approved as to form:

_____
Darren W.K. Ching, Esq.
Assistant U.S. Attorney
Attorney for U.S.A.

---

U.S.A. v. Galindo, Cr. No. 04-00053 DAE; Order Granting in Part and Denying in Part Defendant's Motion to Sever Offenses Filed February 21, 2007 and Supplemented April 9, 2007