EDWARD H. KUBO, JR.  # 2499
United States Attorney
District of Hawaii

DARREN W.K. CHING    #6903
Assistant U.S. Attorney
300 Ala Moana Boulevard
PJKK Federal Bldg., Room 6-100
Honolulu, Hawaii  96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-mail: Darren.Ching@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. 04-00053 DAE |
| ) | |
| Plaintiff, ) | APPEAL AND REQUEST TO THE |
| ) | DISTRICT COURT TO RECONSIDER A |
| vs. ) | PRETRIAL MATTER DETERMINED BY |
| ) | THE MAGISTRATE JUDGE; |
| SILVER JOSE GALINDO, ) | MEMORANDUM OF LAW; EXHIBITS 1 |
| (a.k.a. DANIEL S. GALINDO) ) | - 4; CERTIFICATE OF SERVICE |
| (a.k.a. TIMOTHY MAU) ) | |
| ) | |
| Defendant. ) | |
| ) | |

APPEAL AND REQUEST TO THE DISTRICT COURT TO
RECONSIDER A PRETRIAL MATTER DETERMINED BY THE MAGISTRATE JUDGE

      Comes now the United States of America, through its undersigned attorneys, and hereby files, pursuant to 28 United States Code section 636(b)(1)(A) and CrimLR57.3(b), its appeal of the Order Granting in part and Denying in part Defendant['s]

Motion to Sever Offenses filed on February 21, 2007 and Supplemented April 9, 2007 (Exhibit 1).

    Dated: June 1, 2007 at Honolulu, Hawaii.

                                          EDWARD H. KUBO, JR.
                                          United States Attorney
                                          District of Hawaii

                                          By <u>/s/ Darren W.K. Ching</u>
                                              DARREN W.K. CHING
                                              Assistant U.S. Attorney

CERTIFICATE OF SERVICE

       I hereby certify that on the date and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at his last known address:

Served by First Class mail:

    JACK SCHWEIGERT, ESQ.
    The Lawyers Building
    550 Halekauwila, Room 309
    Honolulu, HI 96813

    Attorney for Defendant

       DATED: June 1, 2007, at Honolulu, Hawaii.

                                  /s/ Valerie Domingo