**ORIGINAL**  **LODGED**

JACK SCHWEIGERT, ESQ.
550 Halekauwila Street, Room 309
Honolulu, HI 96813
Phone: (808) 533-7491
CJA Attorney for Silver Jose Galindo

MAY 2 3 2007
CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 24 2007

at __ o'clock and __ min __ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>SILVER JOSE GALINDO,<br><br>Defendant. | ) CR. NO. 04-00053 DAE<br>)<br>) ORDER GRANTING IN PART<br>) AND DENYING IN PART<br>) DEFENDANT'S MOTION TO<br>) SEVER OFFENSES FILED<br>) FEBRUARY 21, 2007 AND<br>) SUPPLEMENTED APRIL 9, 2007<br>)<br>) |

ORDER GRANTING IN PART AND DENYING IN PART
DEFENDANT' MOTION TO SEVER OFFENSES FILED FEBRUARY 21, 2007
AND SUPPLEMENTED APRIL 9, 2007

Defendant's Motion to Sever Offenses Filed February 21, 2007 and Supplemented April 9, 2007, came on for hearing Friday, May 10, 2007 at 10:00 a.m. before the Honorable Barry M. Kurren in his courtroom. Appearing for Plaintiff U.S.A. was Darren W.K. Ching; appearing for Defendant/Movant Silver Jose Galindo was Jack Schweigert, Esq., and Defendant/Movant Silver Jose Galindo was present.

The Court, after hearing the arguments of counsel, finds the requisite good cause does exist for granting Defendant' motion in part as to Counts 5, 6, and 7 of the Third Superceding Indictment filed April 25, 2007. NOW THEREFORE,

**EXHIBIT  1**

IT IS HEREBY ORDERED that Defendant's Motion to Sever Offenses be, and the same hereby is, GRANTED as to Counts 5, 6, and 7 of the Third Superceding Indictment. All other portions of the Motion as supplemented are denied.

DATED: Honolulu, Hawaii; _____5/23/7_____.

_____
Judge of the above-entitled Court

Approved as to form:

_____
Darren W.K. Ching, Esq.
Assistant U.S. Attorney
Attorney for U.S.A.

---

U.S.A. v. Galindo, Cr. No. 04-00053 DAE; Order Granting in Part and Denying in Part Defendant's Motion to Sever Offenses Filed February 21, 2007 and Supplemented April 9, 2007

2

**From:** hid_resp@hid.uscourts.gov
**Sent:** Thursday, May 24, 2007 11:02 AM
**To:** hawaii_cmecf@hid.uscourts.gov
**Subject:** Activity in Case 1:04-cr-00053-DAE USA v. Galindo Order

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.**

## U.S. District Court

### District of Hawaii - CM/ECF V3.04 (3/07)

**Notice of Electronic Filing**

The following transaction was entered on 5/24/2007 at 11:01 AM HST and filed on 5/24/2007
**Case Name:**      USA v. Galindo
**Case Number:**   1:04-cr-53
**Filer:**
**Document Number:** 117

**Docket Text:**
ORDER Granting in Part and Denying in Part Defendant Silver Jose Galindo's [93] MOTION to Sever Offenses filed February 21, 2007 and Supplemented April 9, 2007. Signed by Judge LESLIE E KOBAYASHI on 5/23/2007. (gab, )


**1:04-cr-53-1 Notice has been electronically mailed to:**

Darren W.K. Ching     Darren.Ching@usdoj.gov, USAHI.ECFMajorCrimes@usdoj.gov, Valerie.Domingo@usdoj.gov

**1:04-cr-53-1 Notice will not be electronically mailed to:**

Jack F. Schweigert
The Lawyers Building
550 Halekauwila St Rm 309
Honolulu, HI 96813

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1095854936 [Date=5/24/2007] [FileNumber=287908-0]
[746f431606a66b15c98e9315540439b32740b2b8b3e4b901624b8ebc324485f7d802
38959b4d68ec50c107037b3df606feadce8258005d13521cfbd940491f6e]]

5/24/2007