# ORIGINAL

JACK SCHWEIGERT, ESQ.
550 Halekauwila Street, Room 309
Honolulu, HI 96813
Phone: (808) 533-7491
CJA Attorney for Silver Jose Galindo

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 21 2007

at 5 o'clock and 56 min. PM
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR. NO. 04-00053 DAE |
| Plaintiff, | ) NOTICE OF HEARING; |
| vs. | ) DEFENDANT'S MOTION TO ) SEVER OFFENSES; |
| SILVER JOSE GALINDO, | ) MEMORANDUM OF LAW; ) EXHIBIT 1; CERTIFICATE OF |
| Defendant. | ) SERVICE |

## NOTICE OF HEARING

TO:  Darren W.K. Ching, Esq.
     Assistant U.S. Attorney
     Room 6100, PJKK Federal Building
     300 Ala Moana Blvd., Box 50183
     Honolulu, HI 96850
          Attorney for U.S.A.

Notice is hereby given that the attached motion shall come on for hearing before the Honorable _____, Judge of the above-entitled Court, in his or her courtroom at 300 Ala Moana Blvd., Honolulu, Hawaii, on _____, 2007, at _____ .m., or as soon thereafter as counsel and all parties may be heard.

DATED: Honolulu, Hawaii; February 20, 2007

_____
Jack Schweigert, Esq.
Attorney for Defendant

EXHIBIT 4

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>SILVER JOSE GALINDO,<br><br>Defendant. | ) CR. NO. 04-00053 DAE<br>)<br>) DEFENDANT'S MOTION TO<br>) SEVER OFFENSES<br>)<br>)<br>)<br>)<br>) |

### DEFENDANT'S MOTION TO SEVER OFFENSES

COMES NOW DEFENDANT SILVER JOSE GALINDO, by and through counsel, and moves this Honorable court to sever the offenses to make 5 separate trials, i.e.:

Trial 1: Count 1, on or about March 11, 2004, involving possession with intent to sell 5 grams of methamphetamine;

Count 2, on or about March 11, 2004, involving use of a weapon in a drug trafficking crime;

Trial 2, Count 3, on or about February 29, 2004, involving a felon in possession of a firearm (Beretta);

Trial 3, Count 4, on or about January 2004, involving physical force to tamper with a witness;

     Count 5, on or about January 2004, involving using a weapon in witness tampering;

Trial 4, Count 6, on or about September 6, 2003, involving felon in possession of a firearm (Colt);

Trial 5, Counts 7, on or about August 2003, involving possession with intent to sell 5 grams of methamphetamine; and,

     Count 8, on or about July through august 2003, involving use of a weapon in a drug trafficking crime.

  This motion is made pursuant to Rule 14, Federal Rules of Criminal Procedure, as well as the 5th and 14th Amendments to the U.S. Constitution, and supported by the attached Memorandum of Law, Exhibit 1, arguments to be made at the hearing, and the record and file.

  DATED: Honolulu, Hawaii, February 21, 2007

               _____
               Jack Schweigert, Esq.
               Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR. NO. 04-00053 DAE |
| Plaintiff, | ) |
| | ) MEMORANDUM OF LAW |
| vs. | ) |
| SILVER JOSE GALINDO, | ) |
| Defendant. | ) |

### MEMORANDUM OF LAW

Rule 14(a), Federal Rules of Criminal Procedure, directs:

> If the joinder of offenses . . . in an indictment . . . appears to prejudice a defendant. . . the Court may order separate trials of counts. . . . or provide any other relief that justice requires.

Although the Rules favor joinder of offenses against a Defendant in a single trial and will liberally be construed in favor of joinder, there is a point where due process steps in and directs a severance. In the case of Mr. Galindo, the Second Superceding Indictment reaches that point.

Applying this law to the facts of this case shows that the Second Superceding Indictment filed October 27, 2005 (Exhibit 1 attached hereto)(Docket #49) alleges 8 offenses of which 5 are distinct and separate involving discreet and dissimilar acts. Further, to allow a single trial of all of these offenses is prejudicial because proof that

a defendant is guilty of one offense will probably cause him to be convicted of a second offense. Further, the defendant may wish to testify in his own behalf on one offense but not another, forcing him to choose the unwanted alternative of testifying as to both, or testifying as to neither. Finally, the jury will be confused with the limiting instructions that must be given in view of the witnesses who are going to give testimony against the defendant in this case. Such prejudice warrants severance. U.S. Jordan, 112 F.3d, 14 (1st Cir. 1997).

In that regard, joinder of drug and firearms counts has been deemed improper where there is no common thread of an over-arching criminal scheme connecting the two crimes. U.S. v. Chavis, 296 F.3d 450, 458 (6th Cir. 2002). Further, where several of the counts are discreet and dissimilar, joinder is improper. U.S. v. Richardson, 161 F.3d 728, 732-733 (D.C. Cir. 1998). Similarly, joinder of drug and firearm counts has been deemed improper where the crimes were distinct and had no geographic or temporal commonality, and had no overlap in evidence. U.S. v. Terry, 911 F.2d 272, 276 (9th Cir. 1990).

DATED: Honolulu, Hawaii; February 21, 2007

Jack Schweigert, Esq.
Attorney for Defendant

2

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR. NO. 04-00053 DAE |
| Plaintiff, | ) |
| vs. | ) CERTIFICATE OF SERVICE |
| SILVER JOSE GALINDO, | ) |
| Defendant. | ) |

## CERTIFICATE OF SERVICE

It is hereby certified that on February 21, 2007, one copy of the attached document was served on the below individual by U.S. Mail, first class postage pre-paid addressed as follows:

Darren W.K. Ching, Esq.
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, HI 96850
    Attorney for U.S.A.,

_____
Jack Schweigert, Esq.
Attorney for Defendant

---

From:     hid_resp@hid.uscourts.gov
Sent:     Thursday, February 22, 2007 1:12 PM
To:       hawaii_cmecf@hid.uscourts.gov
Subject:  Activity in Case 1:04-cr-00053-DAE USA v. Galindo Motion to Sever Defendant

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

U.S. District Court

District of Hawaii - CM/ECF V3.03 12/2006

**Notice of Electronic Filing**

The following transaction was entered on 2/22/2007 at 1:11 PM HST and filed on 2/21/2007
**Case Name:**       USA v. Galindo
**Case Number:**     1:04-cr-53
**Filer:**           Dft No. 1 - Silver Jose Galindo
**Document Number:** 93

Docket Text:
Notice of Hearing and MOTION to Sever Offenses [to make five separate trials] - filed by Silver Jose Galindo. (Attachments: # (1) Memorandum of Law # (2) Certificate of Service) (afc)


**1:04-cr-53-1 Notice has been electronically mailed to:**
Darren W.K. Ching Darren.Ching@usdoj.gov, Cheri.Abing@usdoj.gov, USAHI.ECFMajorCrimes@usdoj.gov

**1:04-cr-53-1 Notice will not be electronically mailed to:**

Jack F. Schweigert
The Lawyers Building
550 Halekauwila St Rm 309
Honolulu, HI 96813

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1095854936 [Date=2/22/2007] [FileNumber=234995-0]
[862a5997770a69efa8244d4abcb64ec92fba6e3f80389ba28148172adc370128f6da
48c1a5d7eda408f727fcc0f7daa3e7ec3a672ac5067600152d80c343ead0]]

2/22/2007

**Document description:** Memorandum of Law
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1095854936 [Date=2/22/2007] [FileNumber=234995-1]
[b85ed8264d4ddb682cb9653df8b2b15f692683f050f37a06a952c6f9a80b0a477dcc
717b11578773f68ab9bbbdab7163525660c36426575201b095d6f53d8010]]

**Document description:** Certificate of Service
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1095854936 [Date=2/22/2007] [FileNumber=234995-2]
[139f12dad55d63b7522c0e5448088ff347db8c832d929bd87c90488bf484cebbf26a
dc38d78c899c2fc7a2af416f6c396ba155e72b813d63ff401e63bc9c48e1]]

**ORIGINAL**

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 0 9 2007

at 11 o'clock and 55 min. A M
SUE BEITIA, CLERK

JACK SCHWEIGERT, ESQ.
550 Halekauwila Street, Room 309
Honolulu, HI 96813
Phone: (808) 533-7491
CJA Attorney for Silver Jose Galindo

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR. NO. 04-00053 DAE |
| | ) |
| Plaintiff, | ) DEFENDANT'S SUPPLEMENTAL |
| | ) MEMORANDUM IN SUPPORT OF |
| vs. | ) MOTION TO SEVER OFFENSES |
| | ) FILED FEBRUARY 21, 2007; |
| SILVER JOSE GALINDO, | ) CERTIFICATE OF |
| | ) SERVICE |
| Defendant. | ) |
| | ) Hearing: |
| | ) Date: April 20, 2007 |
| | ) Time: 10:00 a.m. |
| | ) Judge: Leslie E. Kobayashi |
| | ) |

### DEFENDANT'S SUPPLEMENTAL MEMORANDUM IN SUPPORT OF MOTION TO SEVER OFFENSES FILED FEBRUARY 21, 2007

On February 21, 2007 Defendant filed a motion to sever offenses citing Rule 14(a), Federal Rules of Criminal Procedure. Since that date, counsel has been able to research the issue further and an additional ground has been found dealing with Rule 8(a). In that regard, the less rigorous requirements of Rule 8(a) are not infinitely elastic, U.S. v. Mackins, 315 F.3d 399, 412 (4th Cir. 2003), and will not be stretched

to cover offenses which are discreet and dissimilar and which do not constitute part of a common scheme. U.S. v. Randazzo, 80 F.3d 623, 627 (1st Cir. 1996).

In that regard, the indictment with 8 different counts, only some of which are related or constitute part of a common scheme, suffers from such malady. Therefore joinder of all the offenses into a single indictment was improper. This additional ground is urged for severance as well.

DATED: Honolulu, Hawaii; April 6, 2007.

Jack Schweigert, Esq.
Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR. NO. 04-00053 DAE |
| Plaintiff, | ) |
| | ) CERTIFICATE OF SERVICE |
| vs. | ) |
| SILVER JOSE GALINDO, | ) |
| Defendant. | ) |

## CERTIFICATE OF SERVICE

It is hereby certified that on April 6, 2007, one copy of the attached document was served on the below individual by U.S. Mail, first class postage pre-paid addressed as follows:

Darren W.K. Ching, Esq.
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, HI 96850
    Attorney for U.S.A.

_____
Jack Schweigert, Esq.
Attorney for Defendant

| | |
|---|---|
| **From:** | hid_resp@hid.uscourts.gov |
| **Sent:** | Tuesday, April 10, 2007 4:18 PM |
| **To:** | hawaii_cmecf@hid.uscourts.gov |
| **Subject:** | Activity in Case 1:04-cr-00053-DAE USA v. Galindo Memorandum in Support |

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

### U.S. District Court

### District of Hawaii - CM/ECF V3.04 (3/07)

**Notice of Electronic Filing**

The following transaction was entered on 4/10/2007 at 4:18 PM HST and filed on 4/9/2007
**Case Name:** USA v. Galindo
**Case Number:** 1:04-cr-53
**Filer:** Dft No. 1 - Silver Jose Galindo
**Document Number:** 99

**Docket Text:**
Supplemental MEMORANDUM in Support by Silver Jose Galindo in support of his motion re [93] MOTION to Sever Offenses; Certificate of Service. (afc)

**1:04-cr-53-1 Notice has been electronically mailed to:**
Darren W.K. Ching  Darren.Ching@usdoj.gov, USAHI.ECFMajorCrimes@usdoj.gov, Valerie.Domingo@usdoj.gov

**1:04-cr-53-1 Notice will not be electronically mailed to:**

Jack F. Schweigert
The Lawyers Building
550 Halekauwila St Rm 309
Honolulu, HI 96813

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1095854936 [Date=4/10/2007] [FileNumber=262890-0]
[b11c7e326a653d44976a99cc4ae71e64350e02e82a614f9be33526962aae71c738d9
c40d6265b2fa940a0c04fc11dfeed390f8269d510c997ebafd0607cf4a79]]

4/10/2007