

**U.S. Department of Justice**

*United States Attorney*
*District of Hawaii*

---

*PJKK Federal Building*  (808) 541-2850
*300 Ala Moana Blvd., Room 6-100*  FAX (808) 541-2958
*Honolulu, Hawaii 96850*

March 13, 2007

Jack Schweigert, Esq.
550 Halekauwila Street
Room 309
Honolulu, Hawaii 96813

     Re:  USA v. Silver Jose Galindo
           Cr. No. 04-00053 DAE

Dear Mr. Schweigert:

     Discovery pp. 187-199 do not exist. Bates stamping continued from page 200.

     Pages 652-721 and a compact disc containing photos of 62-148A Lokoea Place were made available to Mr. Wilson on January 22, 2007 (see attached) but were never picked up. I am forwarding these items to you.

     Discovery provided in this case consists of pp. 1-186; pp. 200-721; pp. 1-25; a CD containing photos of 62-148A Lokoea Place.

                           Very truly yours,

                           EDWARD H. KUBO, JR.
                           United States Attorney
                           District of Hawaii

              By:   /s/ Darren W. K. Ching
                      DARREN W. K. CHING
                      Assistant U.S. Attorney

DWKC:cka

Enclosures



EXHIBIT 1

U.S. Department of Justice

*United States Attorney*
*District of Hawaii*

---

*PJKK Federal Building*
*300 Ala Moana Blvd., Room 6-100*
*Honolulu, Hawaii 96850*

(808) 541-2850
FAX (808) 541-2958

PICK UP

# TRANSMITTAL LETTER

| | |
|---|---|
| TO: Jerry Wilson, Esq.<br>220 S. King Street<br>Suite 1450<br>Honolulu, Hawaii 96813 | DATE: January 22, 2007<br><br>FROM: AUSA Darren Ching<br><br>RE: USA v. Silver Jose Galindo<br>Cr. No. 04-00053 DAE |

TRANSMITTED FOR:

| | | | |
|---|---|---|---|
| ✓ | Your Information | | Your Further Necessary Action |
| | Your Signature & Return | | Your Approval |
| | Your Signature & Forwarding as noted Below | | Your Review and Comment |
| | | | Per Your Request |
| | Per Our Conversation | | **SEE REMARKS BELOW** |

** SHOULD YOU HAVE QUESTIONS, PLEASE CALL OUR OFFICE **

| COPIES | DATE | DESCRIPTION |
|---|---|---|
| 1 | -- | Additional Discovery bates-stamped 652-721 |
| 1 | -- | Compact Disc containing photos of 62-148A Lokoea Place |

REMARKS:

       The government intends to call ATF Senior Special Agent Jordan Lowe to testify as an expert regarding interstate nexus for firearms and ammunition.