

**U.S. Department of Justice**

*United States Attorney*
*District of Hawaii*

| | |
|---|---|
| *PJKK Federal Building* | *(808) 541-2850* |
| *300 Ala Moana Blvd., Room 6-100* | *FAX (808) 541-2958* |
| *Honolulu, Hawaii 96850* | |

March 13, 2007

Jack Schweigert, Esq.
550 Halekauwila Street
Room 309
Honolulu, Hawaii 96813

> Re: USA v. Silver Jose Galindo
> <u>Cr. No. 04-00053 DAE</u>

Dear Mr. Schweigert:

Discovery pp. 187-199 do not exist. Bates stamping continued from page 200.

Pages 652-721 and a compact disc containing photos of 62-148A Lokoea Place were made available to Mr. Wilson on January 22, 2007 (see attached) but were never picked up. I am forwarding these items to you.

Discovery provided in this case consists of pp. 1-186; pp. 200-721; pp. 1-25; a CD containing photos of 62-148A Lokoea Place.

Very truly yours,

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

By: _____
DARREN W. K. CHING
Assistant U.S. Attorney

DWKC:cka

Enclosures



U.S. Department of Justice

*United States Attorney*
*District of Hawaii*

---

| | |
|---|---|
| *PJKK Federal Building* | *(808) 541-2850* |
| *300 Ala Moana Blvd., Room 6-100* | *FAX (808) 541-2958* |
| *Honolulu, Hawaii 96850* | |

PICK UP

## TRANSMITTAL LETTER

TO:    Jerry Wilson, Esq.
       220 S. King Street
       Suite 1450
       Honolulu, Hawaii 96813

DATE:    January 22, 2007

FROM:    AUSA Darren Ching

RE:    USA v. Silver Jose Galindo
       Cr. No. 04-00053 DAE

**TRANSMITTED FOR:**

| | | | |
|---|---|---|---|
| [✓] | Your Information | [ ] | Your Further Necessary Action |
| [ ] | Your Signature & Return | [ ] | Your Approval |
| [ ] | Your Signature & Forwarding as noted Below | [ ] | Your Review and Comment |
| | | [ ] | Per Your Request |
| [ ] | Per Our Conversation | [ ] | **SEE REMARKS BELOW** |

**\*\* SHOULD YOU HAVE QUESTIONS, PLEASE CALL OUR OFFICE \*\***

| COPIES | DATE | DESCRIPTION |
|---|---|---|
| 1 | -- | Additional Discovery bates-stamped 652-721 |
| 1 | -- | Compact Disc containing photos of 62-148A Lokoea Place |

REMARKS:

   The government intends to call ATF Senior Special Agent Jordan Lowe to testify as an expert regarding interstate nexus for firearms and ammunition.