# MINUTES

CASE NUMBER:      CR NO. 04-00053DAE

CASE NAME:        USA vs. SILVER JOSEPH GALINDO

ATTYS FOR PLA:    Darren W.K. Ching

ATTYS FOR DEFT:   Jack F. Schweigert

INTERPRETER:

JUDGE:   Leslie E. Kobayashi         REPORTER:   FTR-Courtroom 7

DATE:    06/12/2007                  TIME:       2:55-3:05

COURT ACTION:  EP: Defendant's Motion to Compel Discovery;

Defendant's Motion for Grand Jury Transcript;

Defendant's Motion for Filing Bill of Particulars on Counts 3, 9, 10 & 11 of the Third Superseding Indictment;

Defendant Silver Joseph Galindo present in custody.

Arguments heard.

Defendant's Motion to Compel Discovery. Motion Granted in Part and Denied in Part and terminated. Darren W.K. Ching to prepare Order. Documents for in camera submission are due 6/18/07.

Defendant's Motion for Grand Jury Transcript. Motion Denied and terminated.

Defendant's Motion for Filing Bill of Particulars on Counts 3, 9, 10 & 11 of the Third Superseding Indictment. Motion Denied and terminated.

Final Pretrial Conference held. See Separate Minutes.

Defendant Silver Joseph Galindo remanded to the custody of the US Marshal.

Submitted by: Warren N. Nakamura, Courtroom Manager