# MINUTES

CASE NUMBER:       CR NO. 04-00053DAE

CASE NAME:         USA vs. SILVER JOSEPH GALINDO

ATTYS FOR PLA:     Darren W.K. Ching

ATTYS FOR DEFT:    Jack F. Schweigert

INTERPRETER:

JUDGE:    Leslie E. Kobayashi          REPORTER:    FTR-Courtroom 7

DATE:     06/12/2007                   TIME:        3:05-3:07

COURT ACTION:  EP: **CRIMINAL FINAL PRETRIAL CONFERENCE held.**
Defendant Silver Joseph Galindo present in custody.

Jury Trial before Judge David Alan Ezra on July 10, 2007 at 9:00.a.m..

Representations by counsel on trial time:
The United States: **2 weeks**; **Witnesses: 25; Motions in Limine: 0.**

Defendant: **1-2 days; Witnesses: 5; Motions in Limine: 2 to 5.**

Fed. R. Crim. P. 16(a) (1) (C) (E) disclosures made as to Defendants: Silver Joseph Galindo

1. Fed. R. Evid. 404(b) : June 13, 2007
2. a.   Motions in Limine filed and served by :June 20, 2007.
   b.   Memoranda in opposition to motions in limine filed and served by: June 25, 2007.
3. Brady and Giglio Material by: June 20, 2007
4. a.   Jury Instructions exchanged by June 20, 2007.
   d.   Filings required by 4(b) & (c) by: June 27, 2007.
5. Witness Lists per stipulation by July 3, 2007.
6. Exhibits
   a.   Parties will exchange exhibits.
   b.   Original exhibits tabbed and in folders/binders, copy in folders/binders.
7. Stipulations: In writing and filed by June 27, 2007.
8. Voir Dire Questions: In writing by June 27, 2007.
9. Trial Briefs: by June 27, 2007.

10. <u>Jencks Disclosures</u> by the Friday before trial
11. <u>Other Matters</u>: CR Final Pretrial Order to be issued.
12. N/A

Defendant Silver Joseph Galindo remanded to the custody of the US Marshal.

Submitted by: Warren N. Nakamura, Courtroom Manager