EDWARD H. KUBO, JR.      #2499
United States Attorney
District of Hawaii

DARREN W.K. CHING        #6903
Assistant U.S. Attorney
PJKK Federal Bldg., Room 6-100
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-mail: Darren.Ching@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 04-00053 DAE |
| | ) | |
| Plaintiff, | ) | |
| | ) | CERTIFICATE OF SERVICE |
| vs. | ) | |
| | ) | |
| SILVER JOSE GALINDO, | ) | |
| aka DANIEL S. GALINDO, | ) | |
| aka TIMOTHY MAU, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

CERTIFICATE OF SERVICE

      I hereby certify that the Order Granting In Part and Denying In Part Defendant's Motion to Compel Discovery was submitted to U.S. Magistrate Judge Leslie E. Kobayashi for signature and was served on the following counsel on June 18, 2007:

//

//

//

<u>Served by Facsimile and First Class Mail:</u>

    JACK SCHWEIGERT, ESQ.
    The Lawyers Building
    550 Halekauwila, Room 309
    Honolulu, HI 96813

    Attorney for Defendant

        DATED:  <u>June 18, 2007</u>, at Honolulu,

                                EDWARD H. KUBO, JR.
                                United States Attorney
                                District of Hawaii


                                By <u>/s/ Darren W.K. Ching</u>
                                   DARREN W.K. CHING
                                   Assistant U.S. Attorney