IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR. NO. 04-00053 DAE |
| Plaintiff, | ) |
| vs. | ) DECLARATION OF COUNSEL |
| SILVER JOSE GALINDO, | ) |
| Defendant. | ) |

### DECLARATION OF JACK SCHWEIGERT, ESQ.

I, Jack Schweigert, declare as follows:

1. I am recently court-appointed counsel for Defendant Silver Jose Gilando and make the following statements based upon my own personal knowledge.

2. The Court at the final pretrial conference held on June 12, 2007 set a deadline of Wednesday, June 3, 2007 for filing any notice of "bad acts."

3. Although I was not aware the government had filed any such motion, I was alerted that such a motion had been filed prior to my appearance on the case, and a true and correct copy of that notice is attached as Exhibit 1.

4. The Defendant's response to the different "bad acts" alleged in Exhibit 1 are set forth in this single consolidated motion in limine.

I declare under penalty of perjury the foregoing is true and correct.

Executed in Honolulu, Hawaii this 20th day of June, 2007.

_____
Declarant