EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

RONALD G. JOHNSON   #4532
Chief, Major Crimes

DARREN W.K. CHING   #6903
Assistant U.S. Attorney
Room 6-100, PJKK Federal Bldg.
300 Ala Moana Boulevard
Honolulu, HI 96850
telephone:     541-2850
facsimile:     541-2958
e-mail:        Darren.Ching@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 04-0053 DAE |
| | ) | |
| Plaintiff, | ) | UNITED STATES' WRITTEN NOTICE |
| | ) | PURSUANT TO FEDERAL RULE OF |
| vs. | ) | EVIDENCE 404(b); CERTIFICATE |
| | ) | OF SERVICE |
| SILVER JOSE GALINDO, | ) | |
| (a.k.a. DANIEL S. GALINDO) | ) | |
| (a.k.a. TIMOTHY MAU) | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

UNITED STATES' WRITTEN NOTICE
PURSUANT TO FEDERAL RULE OF EVIDENCE 404(b)

COMES NOW the United States of America, by and through
its attorneys, Edward H. Kubo, Jr., United States Attorney for
the District of Hawaii, Darren W.K. Ching, Assistant United
States Attorney, and hereby provides notice of its intent to
offer evidence in its case-in-chief of prior acts committed by
the defendant Silver Galindo ("Defendant").  Although the United

**EXHIBIT "1"**

States has made various disclosures to the defendant in prior discovery (Bates-stamped 1 - 185, 200-437, and 1-25), the United States is filing this notice to ensure compliance with the Court's standing order.

Through this filing the government does not concede such evidence is subject to Federal Rules of Evidence Rule 404(b). Said-evidence is inextricably intertwined with the evidence supporting the charged criminal conduct and provides the context in which the charged criminal conduct occurred. Nonetheless, in an abundance of caution, the government provides its intention to use the following evidence:

1. Items recovered from 91-2240 Fort Weaver Road, Unit #B-2 on March 11, 2004 included to but not limited to items recovered under Mag. No. 04-0235 and 04-0236.

2. Items recovered from 62-148A Lokoea Place Haleiwa, HI 96712 on or about February 28, 2004.

3. Defendant's involvement with Robert TOMASZYCKI's drug distribution including but not limited to how and why TOMASZYCKI involved Defendant in his drug distribution.

4. Defendant's possession and use of firearms on occasions other than those named in the indictment.

2

Case 1:04-cr-00053-DAE     Document 73     Filed 12/27/2006     Page 3 of 5

5.  Defendant's possession and use of drugs on occasions other than those named in the indictment.

6.  Defendant's use of aliases including but not limited to "Timothy Mau."

7.  Defendant's involvement with Dan LANGAMAN's drug distribution including but not limited to how and why LANGAMAN involved Defendant in his drug distribution.

8.  Defendant's armed robbery of Gilbert "Baka" SORIANO for drugs and money.

9.  Defendant's armed robbery of Travis HEFFELFINGER for drugs and money.

10. Defendant's armed robbery of other drug users/dealers for drugs and money and then providing said-stolen drugs to HEFFELFINGER.

11. Defendant's State of Hawaii felony convictions.

12. Defendant being in a stolen car when found with a firearm on September 6, 2003.  The firearm recovered from within the stolen car was reported missing by H.H.  The stolen car was taken from the burglarized home of J.D. and S.D.

13. Defendant stole Hector FERRER's wife's 1999 Nissan on or about August 1, 2003 from the Pacific Marina Hotel.

3

14.  Defendant was in federal custody including but not
     limited to April 30, 2004, when spoke to Hector
     FERRER.

Dated: December 27, 2006, at Honolulu, Hawaii.


                              EDWARD H. KUBO, JR.
                              United States Attorney
                              District of Hawaii

                                   By /s/ Darren W. K. Ching
                                      DARREN W.K. CHING
                                      Assistant U.S. Attorney


                                   4