# MINUTES

CASE NUMBER:   CR NO. 04-00053DAE

CASE NAME:   United States of America Vs. Silver Jose Galindo

ATTYS FOR PLA:

ATTYS FOR DEFT:

INTERPRETER:

JUDGE:   David Alan Ezra            REPORTER:

DATE:   06/27/2007                  TIME:

COURT ACTION:  EO:   "MINUTE ORDER"

[111]-Motion to Dismiss Counts 1, 4,5,8 & 9 filed on behalf of the Defendant Silver Jose Galindo set for hearing on 6/29/2007 has been vacated.  Court will take this Motion under submission and issue a written Order.

Submitted by Leslie L. Sai, Courtroom Manager