# MINUTES

CASE NUMBER:      CR NO. 04-00053DAE

CASE NAME:        USA vs. SILVER JOSE GALINDO

ATTYS FOR PLA:    Darren W.K. Ching

ATTYS FOR DEFT:   Jack F. Schweigert

INTERPRETER:

---

JUDGE:    Leslie E. Kobayashi        REPORTER:    FTR-Courtroom 7

DATE:     06/28/2007                 TIME:        3:17-3:28

---

COURT ACTION:   EP: Trial Re-Setting Conference held. Defendant present in custody.

Govt objects to continuance.  Over the Govt's objection, the Court continues the trial date and all deadlines. New trial date and deadlines given.

Jury Selection/Trial is continued to 9:00 9/11/07, DAE.
Final Pretrial Conference set for 10:00 8/13/07, BMK.
Defendant's Motions due 7/30/07.
Government's Response due 8/13/07.

Time excluded from 7/10/07 thru 9/11/07 from the requirements of the Speedy Trial Act. Govt to prepare Order.

Defendant remanded to the custody of the US Marshal.

Submitted by: Warren N. Nakamura, Courtroom Manager