EDWARD H. KUBO, JR.      #2499
United States Attorney
District of Hawaii

DARREN W.K. CHING        #6903
Assistant U.S. Attorney
PJKK Federal Bldg., Room 6-100
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-mail: Darren.Ching@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 04-00053 DAE |
| | ) | |
| Plaintiff, | ) | |
| | ) | CERTIFICATE OF SERVICE |
| vs. | ) | |
| | ) | |
| SILVER JOSE GALINDO, | ) | |
| aka DANIEL S. GALINDO, | ) | |
| aka TIMOTHY MAU, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

CERTIFICATE OF SERVICE

I hereby certify that the Order Re-setting Trial was submitted to U.S. Magistrate Judge Kevin S.C. Chang for signature and was served on the following counsel on July 2, 2007:

//

//

//

<u>Served by Facsimile and First Class Mail:</u>

JACK SCHWEIGERT, ESQ.
The Lawyers Building
550 Halekauwila, Room 309
Honolulu, HI 96813

Attorney for Defendant

    DATED: <u>July 2, 2007</u>, at Honolulu,

                                EDWARD H. KUBO, JR.
                                United States Attorney
                                District of Hawaii


                                By <u>/s/ Darren W.K. Ching</u>
                                   DARREN W.K. CHING
                                   Assistant U.S. Attorney