EDWARD H. KUBO, JR.      #2499
United States Attorney
District of Hawaii

DARREN W.K. CHING        #6903
Assistant U.S. Attorney
PJKK Federal Bldg., Room 6-100
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-mail: Darren.Ching@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 04-00053 DAE |
| | ) | |
| Plaintiff, | ) | |
| | ) | CERTIFICATE OF SERVICE |
| vs. | ) | |
| | ) | |
| SILVER JOSE GALINDO, | ) | |
| aka DANIEL S. GALINDO, | ) | |
| aka TIMOTHY MAU, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

<u>CERTIFICATE OF SERVICE</u>

     I hereby certify that the Order Re-Setting Trial was signed and filed on July 5, 2007, and was served on the following counsel on July 5, 2007:

//

//

//

//

<u>Served by First Class Mail:</u>

    JACK SCHWEIGERT, ESQ.
    The Lawyers Building
    550 Halekauwila, Room 309
    Honolulu, HI 96813

    Attorney for Defendant
     SILVER JOSE GALINDO,
     aka DANIEL S. GALINDO,
     aka TIMOTHY MAU


        DATED:  <u>July 5, 2007</u>, at Honolulu, Hawaii.


                                 <u>  /s/ Valerie Domingo  </u>