IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 04-00053 DAE |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| SILVER JOSE GALINDO, | ) | |
| aka Daniel S. Galindo, | ) | |
| aka Timothy Mau, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

AMENDMENT TO ORDER DENYING
DEFENDANT'S MOTION TO DISMISS COUNTS 1, 4, 5, 8 & 9

On July 17, 2007, this Court filed an Order Denying Defendant's Motion to Dismiss Counts 1, 4, 5, 8 & 9 ("Order"). The first paragraph of that Order is hereby deleted and replaced with the following: "Pursuant to Local Rule 7.2(d), the Court finds this matter suitable for disposition without a hearing. After reviewing Defendant's motion and the supporting and opposing memoranda, the Court DENIES Defendant's Motion."

All other matters in the Order remain the same.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, July 18, 2007.



_____
David Alan Ezra
United States District Judge

<u>United States of America v. Silver Jose Galindo</u>, CR No. 04-00053 DAE; AMENDMENT TO ORDER DENYING DEFENDANT'S MOTION TO DISMISS COUNTS 1, 4, 5, 8 & 9