ORIGINAL LODGED
JUL 24 2007
10:30 am
CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
JUL 26 2007
at __ o'clock and __ min. __ M.
SUE BEITIA, CLERK

JACK SCHWEIGERT, ESQ.
550 Halekauwila Street, Room 309
Honolulu, HI 96813
Phone: (808) 533-7491
CJA Attorney for Silver Jose Galindo

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR. NO. 04-00053 DAE |
| Plaintiff, | ) |
| vs. | ) STIPULATION CONTINUING |
| | ) DEFENSE PRETRIAL MOTIONS |
| | ) DEADLINE; ORDER |
| SILVER JOSE GALINDO, | ) |
| | ) Trial: September 11, 2007 |
| Defendant. | ) |

STIPULATION CONTINUING DEFENSE PRETRIAL MOTIONS DEADLINE

IT IS HEREBY AGREED TO by and between the parties through their respective counsel that the Defense Pretrial Motions Deadline now set for July 30, 2007 be continued to August 10, 2007, and the Government's responses are due on August 23, 2007. This continuance is necessary so Defense counsel can take his vacation off island from July 21, 2007 thru Sunday, August 5, 2007.

DATED: Honolulu, Hawaii; JUL 23 2007

_____
Darren W.K. Ching, Esq.
Assistant U.S. Attorney
Attorney for U.S.A.

_____
Jack Schweigert, Esq.
Attorney for Defendant

APPROVED AND SO ORDERED:

_____
Judge of the above-entitled Court