JACK SCHWEIGERT, ESQ.
550 Halekauwila Street, Room 309
Honolulu, HI 96813
Phone: (808) 533-7491
CJA Attorney for Silver Jose Galindo

LODGED JUL 27 2007
CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
JUL 27 2007
at 5 o'clock and 00 min. P M.
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>SILVER JOSE GALINDO,<br><br>    Defendant. | ) CR. NO. 04-00053 DAE<br>)<br>) DEFENDANT'S EX PARTE<br>) SUPPLEMENTAL MOTION FOR<br>) AUTHORIZATION<br>) TO HIRE GOODENOW &<br>) ASSOCIATES TO INTERVIEW<br>) WITNESSES; DECLARATION<br>) OF COUNSEL; EXHIBIT 1;<br>) ORDER |

<u>DEFENDANT'S EX PARTE SUPPLEMENTAL MOTION FOR AUTHORIZATION
TO HIRE GOODENOW & ASSOCIATES TO INTERVIEW WITNESSES</u>

COMES NOW DEFENDANT SILVER JOSE GALINDO, by and through counsel, and moves this Honorable court *ex parte* to authorize the continued hire of Goodenow & Associates to interview remaining witnesses, photograph crime scenes, attend meetings with the client at the Federal Detention Center, prepare for trial and possibly testify and be paid up to $3,500 for professional services rendered, calculated at the rate of $75 per hour, subject to further order of the court.

This motion is made pursuant to 18 U.S.C. § 3006A(e)(1) and is supported by the attached declaration of counsel and the record and file.

DATED:  Honolulu, Hawaii; July 20, 2007.

Jack Schweigert, Esq.
Attorney for Defendant