IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR. NO. 04-00053 DAE |
| | ) |
| Plaintiff, | ) DECLARATION OF JACK |
| | ) SCHWEIGERT, ESQ. |
| vs. | ) |
| | ) |
| SILVER JOSE GALINDO, | ) |
| | ) |
| Defendant. | ) |

## DECLARATION OF JACK SCHWEIGERT, ESQ.

I, Jack Schweigert, Esq., declare as follows:

1. I am Defendant Silver Jose Galindo's CJA counsel.

2. In that capacity, I hired Goodenow & Associates to investigate and help me work up the defense of this case and did so with the approval of the Court pursuant to the order attached hereto as Exhibit 1.

3. This case is complicated in that there are 5 different crime scenes all brought under a 3rd superceding indictment involving several witnesses.

4. Further, my client is facing a very long prison sentence if convicted on just the 5 different gun counts alone, not to mention alleged use of a gun in a drug transaction.

5. Further, I think it is necessary to the defense that an investigator from Goodenow & Associates accompany me when I interview my client for I need such

investigative expertise for what seems to be a racketeering activity of which I otherwise lack such investigative skills.

6. Further, the U.S. has the assistance of at least 2, and probably more, agents from Alcohol, Tobacco, and Firearms, working on their part of the case so I need to Goodenow & Associates working with me in the defense of this case.

7. In an effort to accommodate this need, this investigative firm will bill for investigative services at the reduced rate of $75 per hour and is requesting authority to spend up to 50 hours at this rate to interview remaining witnesses, photograph crime scenes, attend meetings with the client at the Federal Detention Center, prepare for trial and possibly testify. I have discussed this matter with Joe Cabrejos, the chief investigator for Goodenow & Associates, who informs me that to do these services he expects will require an additional 50 hours.

8. Based on the foregoing, I seek an additional authorization to continue with the investigative services of Goodenow & Associates, and pay this investigative firm up to $3,750 for up to an additional 50 hours of work for which I will submit a CJA-21 once these investigative services have been completed.

9. I believe this expense is both critical and necessary to provide an adequate defense for this individual.

I declare under penalty of perjury for foregoing is true and correct.

Executed in Honolulu, Hawaii this 20th day of July 2007.

_____
Declarant

2