IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) CR. NO. 04-00053 DAE |
|---|---|
| Plaintiff, | ) |
| | ) ORDER |
| vs. | ) |
| SILVER JOSE GALINDO, | ) |
| Defendant. | ) |

## ORDER

Defendant's supplemental motion for authorization to hire the investigative firm of Goodenow & Associates to interview witnesses was presented this court *ex parte*. The Court, having considered the motion, finds the requisite good cause exists for granting the motion. NOW THEREFORE,

IT IS HEREBY ORDERED that Defense counsel is authorized to continue using the investigative services of Goodenow & Associates to interview remaining witnesses, photograph crime scenes, attend meetings with the client at the Federal Detention Center, prepare for trial and possibly testify and be paid up to $3,750 [handwritten: $2,500] for investigative services rendered, calculated at the rate of $75 per hour, subject to further order of the court.

IT IS FURTHER ORDERED that Goodenow & Associates will be paid via a CJA-21 form for professional services rendered.

DATED: Honolulu, Hawaii;  JUL 2, 2007

_____
JUDGE OF THE ABOVE-ENTITLED COURT