**ORIGINAL**

JACK SCHWEIGERT, ESQ.
550 Halekauwila Street, Room 309
Honolulu, HI 96813
Phone: (808) 533-7491
CJA Attorney for Silver Jose Galindo

FILED IN THE
UNITED STATES DISTRICT
DISTRICT OF HAWAII

AUG 10 2007

at 3 o'clock and ___
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>SILVER JOSE GALINDO,<br><br>Defendant. | ) CR. NO. 04-00053 DAE<br>)<br>) NOTICE OF HEARING;<br>) DEFENDANT'S "NOTICE AND<br>) DEMAND TO DISMISS FOR<br>) LACK OF CRIMINAL<br>) JURISDICTION"; DECLARATION<br>) OF COUNSEL; EXHIBIT 1;<br>) CERTIFICATE OF SERVICE<br>) |

### NOTICE OF HEARING

TO:   Darren W.K. Ching, Esq.
      Assistant U.S. Attorney
      Room 6100, PJKK Federal Building
      300 Ala Moana Blvd., Box 50183
      Honolulu, HI 96850
         Attorney for U.S.A.

Notice is hereby given that the attached motion shall come on for hearing before the Honorable _____, Judge of the above-entitled Court, in his or her courtroom at 300 Ala Moana Blvd., Honolulu, Hawaii, on _____, 2007, at _____ .m., or as soon thereafter as counsel and all parties may be heard.

DATED: Honolulu, Hawaii; August 10, 2007.

Jack Schweigert, Esq.
Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>SILVER JOSE GALINDO,<br><br>Defendant. | ) CR. NO. 04-00053 DAE<br>)<br>) DEFENDANT'S "NOTICE AND<br>) DEMAND TO DISMISS FOR<br>) LACK OF CRIMINAL<br>) JURISDICTION"<br>)<br>)<br>) |

DEFENDANT'S "NOTICE AND DEMAND TO DISMISS
FOR LACK OF CRIMINAL JURISDICTION"

COMES NOW DEFENDANT SILVER JOSE GALINDO, by and through counsel, and moves to dismiss for lack of criminal jurisdiction, as more fully set forth by Exhibit 1, which Defense counsel submits in response to his client's expressed directive for the Court's consideration and disposition.

DATED: Honolulu, Hawaii; August 10, 2007.

_____
Jack Schweigert, Esq.
Attorney for Defendant