IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR. NO. 04-00053 DAE |
| Plaintiff, | ) ) DECLARATION OF JACK ) SCHWEIGERT, ESQ. |
| vs. | ) ) |
| SILVER JOSE GALINDO, | ) ) |
| Defendant. | ) |

### DECLARATION OF JACK SCHWEIGERT, ESQ.

I, Jack Schweigert, declare as follows:

1. I am CJA Attorney for Defendant Silver Jose Galindo.

2. In that capacity, I met with my client on Thursday, August 9, 2007. During this meeting at the Federal Detention Center, Mr. Galindo gave me Exhibit 1 attached hereto and specifically directed me to file it.

I declare under penalty of perjury the foregoing statements are true and correct.

Executed in Honolulu, Hawaii, this 10th day of August 2007.

_____
Declarant