# MINUTES

| | |
|---|---|
| CASE NUMBER: | CR 04-00053DAE |
| CASE NAME: | USA v. Silver Jose Galindo |
| ATTYS FOR PLA: | Darren W.K. Ching |
| ATTYS FOR DEFT: | Jack F. Schweigert |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Barry M. Kurren | REPORTER: | C6F |
| DATE: | 08/13/2007 | TIME: | 10:03 - 10:14 |

COURT ACTION: EP: Final Pretrial Conference as to Counts 1, 2, 3, 4, 8, 9, 10 and 11 of the Third Superseding Indictment - deft's presence waived. Court to prepare order.

**CRIMINAL FINAL PRETRIAL CONFERENCE**

Jury Trial before Judge David Alan Ezra on September 11, 2007 at 9:00.a.m..

Representations by counsel on trial time:
The United States and the Defendant: 2 weeks.

Fed. R. Crim. P. 16(a) (1) (C) (E) disclosures made as to Defendant.

1. Fed. R. Evid. 404(b): N/A
2. a. Motions in Limine filed and served by: August 22, 2007.
   b. Memoranda in opposition to motions in limine filed and served by: August 27, 2007.
3. Brady and Giglio Material by: August 22, 2007
4. a. Jury Instructions exchanged by August 22, 2007.
   d. Filings required by 4(b) & (c) by: August 29, 2007.
5. Witness Lists per stipulation by September 4, 2007.
6. Exhibits
   a. Parties will exchange exhibits.
   b. Original exhibits tabbed and in binders, copy in binders.
7. Stipulations: In writing and filed by August 29, 2007.
8. Voir Dire Questions: In writing by August 29, 2007.
9. Trial Briefs: by August 29, 2007.

10. <u>Jencks Disclosures</u> by the Friday before trial.
11. <u>Other Matters</u>:
12. N/A

cc: Tammy Kimura
Submitted by Richlyn Young, Courtroom Manager

CR 04-00053DAE;
USA v. Silver Jose Galindo;
Final Pretrial Conference Minutes
08/13/2007