EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

DARREN W.K. CHING   #6903
Assistant U.S. Attorney
PJKK Federal Bldg.
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
Darren. Ching@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>        vs.<br><br> SILVER JOSE GALINDO,<br>   aka: Daniel S. Galindo,<br>   aka: Timothy Mau,<br><br>            Defendant. | ) CR. NO. 04-00053 DAE<br>)<br>) UNITES STATES OF AMERICA'S<br>) PROPOSED VOIR DIRE QUESTIONS;<br>) CERTIFICATE OF SERVICE<br>)<br>)<br>)<br>)<br>) Trial Date: September 11, 2007<br>) Time:  9:00 a.m.<br>) Judge: Hon. David Alan Ezra<br>) |

**UNITED STATES OF AMERICA'S**
**PROPOSED VOIR DIRE QUESTIONS**

        COMES NOW the United States of America, by and through

Edward H. Kubo, Jr., United States Attorney, and Darren W.K.

Ching, Assistant United States Attorney, and hereby submits the

attached Voir Dire questions in the above-captioned matter.

        The United States respectfully reserves the right to

request further voir dire questions.

## VOIR DIRE QUESTIONS

1.  The Court will instruct you on the law.  Will you follow the law as given by the Court, even if you disagree with it?

2.  This case involves the possession, with intent to distribute, methamphetamine or "ice."  Does anyone on the panel have strong feelings about the laws of the United States relating to drugs?  Does anyone believe that methamphetamine, or any other drug, should be legalized? Would your views prevent you from being fair and impartial in this case?

3.  Have you or any relatives or close friends ever had a problem with drug addiction?  If so, please approach the bench.

4.  Does anyone believe that the Government should never be able to prohibit a person from owning a firearm or ammunition?

5.  Does anyone have any opinion about the Government's use of witnesses who participated in some of the alleged crimes charged in this indictment and who have entered into plea agreements with the Government in exchange for their cooperation? If yes, please explain.

6.  Has anyone, or anyone's family member or close friend, ever been accused of, arrested for, charged with or convicted of any crime other than a minor traffic ticket?  Would that experience prevent you from being fair and impartial towards law enforcement?

7.  Has anyone or anyone's family member or close friend ever
    been arrested or the subject of an investigation by law
    enforcement?  Would that experience prevent you from being
    fair and impartial towards law enforcement?

8.  Has anyone had an unpleasant or negative experience with any
    law enforcement personnel?  Would that cause you to be
    biased against law enforcement or the prosecution in this
    case?

9.  The United States will call the Drug Enforcement
    Administration (DEA) and Bureau of Alcohol, Tobacco,
    Firearms, and Explosives (ATF) agents and Honolulu Police
    officers as witnesses.  Does anyone have any experience
    with, or knowledge of, these federal agencies?  If so, would
    that prevent you from being fair and impartial?

10. Has anyone ever had any disputes with any agency of the
    United States government or filed suit against any agency of
    the United States government?  If so, please describe.

11. Has anyone had any training in the law?  If so, please
    explain.

12. Does everyone understand the differences between
    circumstantial and direct evidence and that they may be
    given identical weight in your deliberations? Will anyone
    have trouble giving circumstantial evidence the same weight
    as direct evidence?

13. Does everyone understand that any feelings of sympathy or

pity you may have for the Defendant may not be considered when deciding the facts of this case?

14. Does anyone feel that due to philosophical, moral, religious or other reasons that they would have difficulty finding the Defendants guilty even if the United States had proven its case beyond a reasonable doubt?

15. Has anyone been a juror before?  If so, please explain the type of case, when it occurred, where it occurred, and the outcome of the case.

16. Does anyone watch law or crime-related televison shows?   If so, please explain which shows and how often you watch these shows.

17. Does anyone believe the television series C.S.I. is an accurate portrayal of reality?  Please explain.

18. Do you understand that you cannot consider the subject of penalty, a punishment in your deliberation of this case?

　　　　　DATED: August 29, 2007, at Honolulu, Hawaii.

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii


By /s/ Darren W.K. Ching
    DARREN W.K. CHING
    Assistant U.S. Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

CERTIFICATE OF SERVICE

I hereby certify that on the date and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at his last known address:

Served by Facsimile:

JACK SCHWEIGERT, ESQ.                    August 29, 2007
The Lawyers Building
550 Halekauwila, Room 309
Honolulu, HI 96813

Attorney for Defendant

DATED: August 29, 2007, at Honolulu, Hawaii.

   /s/ Valerie Domingo

6