```
EDWARD H. KUBO, JR.        #2499
United States Attorney
District of Hawaii

DARREN W.K. CHING          #6903
Assistant U.S. Attorney
PJKK Federal Bldg., Room 6-100
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-mail: Darren.Ching@usdoj.gov
```

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   vs.<br><br>SILVER JOSE GALINDO,<br>   aka: Daniel S. Galindo,<br>   aka: Timothy Mau,<br><br>   Defendant. | ) CR. NO. 04-00053 DAE<br>)<br>) GOVERNMENT'S WITNESS LIST;<br>) CERTIFICATE OF SERVICE<br>)<br>)<br>)<br>) Trial Date: Sept. 11, 2007<br>) Time:  9:00 a.m.<br>) Judge: Hon. David Alan Ezra<br>)<br>) |

GOVERNMENT'S WITNESS LIST

The Government hereby submits its witness list, attached hereto, in the above-captioned matter.

DATED: September 4, 2007, at Honolulu, Hawaii.

```
                              EDWARD H. KUBO, JR.
                              United States Attorney
                              District of Hawaii

                              By /s/ Darren W.K. Ching
                                 DARREN W.K. CHING
                                 Assistant U.S. Attorney

                              Attorneys for Plaintiff
                              UNITED STATES OF AMERICA
```

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

**UNITED STATES** v. **SILVER JOSE GALINDO,**  WITNESS LIST
  **aka: Daniel S. Galindo,**
  **aka: Timothy Mau,**                         CR. NO. 04-00053 DAE

| Presiding Judge | Plaintiff's Attorney | Defendant's Attorney |
|---|---|---|
| **DAVID A. EZRA** | **AUSA DARREN W.K. CHING** | **JACK F. SCHWEIGERT, ESQ.** |

| Trial Date | Court Reporter | Courtroom Deputy |
|---|---|---|
| **September 11, 2007** | | **Theresa Lam** |

| Plf. No. | Witness |
|---|---|
| 1 | Officer Jaclyn Ah Key, HPD |
| 2 | Justin Aiu, HPD |
| 3 | Walter Cacho |
| 4 | Chain of Custody Witnesses, HPD |
| 5 | Lori Chong, HPD |
| 6 | Jim Delmonte |
| 7 | Sandra Delmonte |
| 8 | Charleen Espinda |
| 9 | Elma Ferrer |
| 10 | Hector Ferrer |
| 11 | Larry Fujishige, HPD |
| 12 | Paul Goo, HPD |
| 13 | Annette Gordon |
| 14 | Travis Heffelfinger |
| 15 | Misty Henderson |
| 16 | Harry Huber |
| 17 | Charles Ingram |

| | |
|---|---|
| 18 | Leighton Kalapa, HPD |
| 19 | Mona Ann Kamoe |
| 20 | Rick Langdon |
| 21 | Ivanette Lee, HPD |
| 22 | Jordan Lowe, ATF |
| 23 | H. Lundberg, HPD |
| 24 | Jose Martinez, HPD |
| 25 | Kevin Masuda, HPD |
| 26 | Timothy Mau |
| 27 | J. Omine, HPD |
| 28 | Melvin Partido, HPD |
| 29 | Terrence Radford, HPD |
| 30 | Cindee Saito, HPD |
| 31 | M. Souza, HPD |
| 32 | Landon Tafaoa, HPD |
| 33 | Gary Takamoto |
| 34 | Christine Thomas, HPD |
| 35 | Robert Tomaszycki |
| 36 | Ty Torco, ATF |
| 37 | Elizabeth Valdez |
| 38 | Daniel Wall, HPD |
| 39 | Geoffery William Walsh |
| 40 | Eric Yamane, HPD |
| 41 | James Yuen, DEA |
| | |
| | |
| | |
| | |

<u>CERTIFICATE OF SERVICE</u>

      I hereby certify that on the date and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at his last known address:

<u>Served by Facsimile:</u>

    JACK SCHWEIGERT, ESQ.
    The Lawyers Building
    550 Halekauwila, Room 309
    Honolulu, HI 96813

    Attorney for Defendant

      DATED: September 4, 2007, at Honolulu, Hawaii.

                                    <u>/s/ Valerie Domingo</u>