**ORIGINAL**

JACK SCHWEIGERT, ESQ.
550 Halekauwila Street, Room 309
Honolulu, HI 96813
Phone: (808) 533-7491
Attorney for Silver Jose Galindo

RECEIVED
CLERK U.S. DISTRICT COURT
SEP 19 2007
DISTRICT OF HAWAII

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
SEP 24 2007
at 10 o'clock and 45 min. A.M.
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>SILVER JOSE GALINDO,<br><br>  Defendant. | ) CR. NO. 04-00053 DAE<br>)<br>) DEFENSE COUNSEL'S *EX*<br>) *PARTE* MOTION TO WAIVE<br>) MAXIMUM FEES ALLOWED<br>) ALLOWED ATTORNEY<br>) JACK SCHWEIGERT;<br>) DECLARATION IN SUPPORT<br>) OF MOTION; ORDER<br>) **PROPOSED ORDER**<br>) Trial Date: Oct. 11, 2007 |

<u>DEFENSE COUNSEL'S *EX PARTE* MOTION TO WAIVE MAXIMUM FEES
ALLOWED ATTORNEY JACK SCHWEIGERT</u>

COMES NOW COUNSEL FOR DEFENDANT SILVER JOSE GALINDO, and moves this Honorable Court, *ex parte*, to waive the $7,000 maximum fee limit set forth in 18 U.S.C. § 3006A(d)(3), and entitle defense counsel to incur fees up to $45,000, subject to final review by the Court of defense counsel's fee request to be submitted at the end of trial number 2.

This motion is made pursuant to 18 U.S.C. § 3006A(d) and is supported by the attached declaration of counsel and the record and file.

DATED: Honolulu, Hawaii; September 17, 2007.

Jack Schweigert, Esq.
Attorney for Defendant