IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR. NO. 04-00053 DAE |
| Plaintiff, | ) )  |
| | ) ORDER |
| vs. | ) ) |
| SILVER JOSE GALINDO, | ) **PROPOSED ORDER** |
| | ) |
| Defendant. | ) |

### ORDER GRANTING DEFENSE COUNSEL'S EX PARTE MOTION TO WAIVE MAXIMUM FEES ALLOWED ATTORNEY JACK SCHWEIGERT

Defense counsel's motion for approval to waive maximum fees allowed Attorney Jack Schweigert was presented this court *ex parte* and under seal. The Court, having considered the motion, finds the requisite good cause exists for granting the motion. NOW THEREFORE,

IT IS HEREBY ORDERED that defense counsel's motion for approval to waive maximum fees allowed Attorney Jack Schweigert be, and the same hereby is, GRANTED, so that the $7,000 maximum fee limit set forth under 18 U.S.C. § 3006A(d)(3), is WAIVED and defense counsel is entitled to incur fees up to $45,000, subject to final review by the Court of defense counsel's fee request to be submitted at the end of trial number 2.

DATED: Honolulu, Hawaii; _____.

_____
JUDGE OF THE ABOVE-ENTITLED COURT