IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. N0. 04-00053 DAE |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| SILVER JOSE GALINDO, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

ORDER GRANTING DEFENSE COUNSEL'S *EX PARTE*
MOTION TO WAIVE MAXIMUM FEES
ALLOWED ATTORNEY JACK SCHWEIGERT

Pursuant to Local Rule 7.2(d), the Court finds this matter suitable for disposition without a hearing.  After reviewing Defense Counsel's motion and the supporting  memoranda, the Court GRANTS the *Ex Parte* Motion to Waive Maximum Fees Allowed Attorney Jack Schweigert.  Pursuant to 18 U.S.C. § 3006A(d)(3), this Court waives the $7,000 maximum fee limit.  This Court finds that this case calls for extended representation due to the fact that it involves two separate trials, with a total of 11 Counts, and five different fact scenarios.  In addition, the government has listed 41 witnesses and 182 exhibits for the first trial alone, and defense counsel has already spent approximately 260 hours on the case.

Defense counsel is entitled to incur fees up to $15,000, subject to final review by the Court.

       IT IS SO ORDERED.

       DATED: Honolulu, Hawaii, September 24, 2007.



                                              David Alan Ezra
                                              United States District Judge

<u>United States of America vs. Silver Jose Galindo</u>, Cr. No. 04-00053 DAE; ORDER GRANTING DEFENSE COUNSEL'S *EX PARTE* MOTION TO WAIVE MAXIMUM FEES  ALLOWED ATTORNEY JACK SCHWEIGERT