EDWARD H. KUBO, JR.        #2499
United States Attorney
District of Hawaii

DARREN W.K. CHING         #6903
Assistant U.S. Attorney
PJKK Federal Bldg., Room 6-100
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-mail: Darren.Ching@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>        vs.<br><br>SILVER JOSE GALINDO,<br>  aka: Daniel S. Galindo,<br>  aka: Timothy Mau,<br><br>                Defendant. | ) CR. NO. 04-00053 DAE<br>)<br>) GOVERNMENT'S SUPPLEMENTAL<br>) EXHIBIT LIST; CERTIFICATE OF<br>) SERVICE<br>)<br>)<br>)<br>)<br>) Trial Date: October 10, 2007<br>) Time:  9:00 A.m.<br>) Judge: Hon. David Alan Ezra<br>) |

GOVERNMENT'S SUPPLEMENTAL EXHIBIT LIST

        The Government hereby submits its exhibit list,

attached hereto, in the above-captioned matter.

        DATED: October 3, 2007, at Honolulu, Hawaii.

                        EDWARD H. KUBO, JR.
                        United States Attorney
                        District of Hawaii


                        By /s/ Darren W.K. Ching
                          DARREN W.K. CHING
                          Assistant U.S. Attorney

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

UNITED STATES v. SILVER JOSE GALINDO,    SUPPLEMENTAL EXHIBIT LIST
  aka: Daniel S. Galindo,
  aka: Timothy Mau,                      CR. NO. 04-00053 DAE

| Presiding Judge | Plaintiff's Attorney | Defendant's Attorney |
|---|---|---|
| **DAVID A. EZRA** | **AUSA DARREN W.K. CHING** | **JACK SCHWEIGERT, ESQ.** |

| Trial Date | Court Reporter | Courtroom Deputy |
|---|---|---|
| **October 10, 2007** | | **Theresa Lam** |

| Plf. No. | Date Offr'd | Mrk | Adm | Exhibits |
|---|---|---|---|---|
| 183 | | | | Three page report by officer Eric Yamane dated 3/12/04 |
| 184 | | | | Use of Force report by officer  Eric Yamane dated 3/12/04 |
| 185 | | | | Two page follow-up report by HPD officer Joseph Payau dated 3/12/04 |
| 186 | | | | Property Receipt in 04-101-676 by officer Joseph Pagan |
| 187 | | | | Photo of 91-2240 Fort Weaver Road mailbox |
| 188 | | | | Photo of 91-2240 B2 Fort Weaver Road |
| 189 | | | | Photo of 91-2240 B2 Fort Weaver Road |
| 190 | | | | Photo of 91-2240 B2 Fort Weaver Road |
| 191 | | | | Photo of 91-2240 B2 Fort Weaver Road |
| 192 | | | | Photo of 91-2240 B2 Fort Weaver Road |
| 193 | | | | Photo of 91-2240 B2 Fort Weaver Road |
| 194 | | | | Photo of 91-2240 B2 Fort Weaver Road |
| 195 | | | | Photo of 91-2240 Fort Weaver Road B72 |
| 196 | | | | Photo of 91-2240 Fort Weaver Road B72 |

| 197 | | | | Photo of 91-2240 Fort Weaver Road B72 |
|-----|--|--|--|----------------------------------------|
| 198 | | | | Honolulu Police Dept. Arrest Report for Christopher R. Mahoney in 04-030641 |
| 199 | | | | Honolulu Police Dept. Arrest Report for Christopher R. Mahoney in 04-030642 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the date and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at his last known address:

<u>Served by Facsimile:</u>

JACK SCHWEIGERT, ESQ.
The Lawyers Building
550 Halekauwila, Room 309
Honolulu, HI 96813

Attorney for Defendant

DATED: October 3, 2007, at Honolulu, Hawaii.

/s/ Valerie Domingo
U.S. Attorney's Office
District of Hawaii