**ORIGINAL**

JACK SCHWEIGERT, ESQ.
550 Halekauwila Street, Room 309
Honolulu, HI 96813
Phone: (808) 533-7491

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

OCT 29 2007

at ___ o'clock and ___ min. ___ M.
SUE BEITIA, CLERK

CJA Attorney for Silver Jose Galindo

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>SILVER JOSE GALINDO,<br><br><br><br>Defendant. | ) CR. NO. 04-00053 DAE<br>)<br>) NOTICE OF HEARING;<br>) DEFENDANT'S MOTION TO<br>) CONTINUE TRIAL;<br>) DECLARATION OF COUNSEL;<br>) CERTIFICATE OF SERVICE<br>)<br>) Date: _____<br>) Time: _____<br>) Judge: _____<br>)<br>) Trial Date: November 6, 2007 |

NOTICE OF HEARING

TO:   Darren W.K. Ching, Esq.
      Assistant U.S. Attorney
      Room 6100, PJKK Federal Building
      300 Ala Moana Blvd., Box 50183
      Honolulu, HI 96850
          Attorney for U.S.A.

Notice is hereby given that the attached motion shall come on for hearing before the Honorable _____, Judge of the above-entitled Court, in his or her courtroom at 300 Ala Moana Blvd., Honolulu, Hawaii, on _____, 2007, at _____ .m., or as soon thereafter as

counsel and all parties may be heard.

    DATED: Honolulu, Hawaii; October 29, 2007.

                                                    Jack Schweigert, Esq.
                                                    Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,   ) | CR. NO. 04-00053 DAE |
| ) | |
| Plaintiff,   ) | DEFENDANT'S MOTION TO |
| ) | CONTINUE TRIAL |
| vs.   ) | |
| ) | |
| SILVER JOSE GALINDO,   ) | |
| ) | |
| Defendant.   ) | |

### DEFENDANT'S MOTION TO CONTINUE TRIAL

COMES NOW DEFENDANT SILVER JOSE GALINDO, by and through counsel Jack Schweigert, and moves pursuant to Rule 47, Federal Rules of Criminal Procedure, to continue trial from November 6, 2007 to December 4, 2007 a continuance of 28 days.

This motion is based on the declaration of counsel attached hereto and the record and file.

DATED: Honolulu, Hawaii; October 29, 2007.

Jack Schweigert, Esq.
Attorney for Defendant