IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR. NO. 04-00053 DAE |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CERTIFICATE OF SERVICE |
| | ) |
| SILVER JOSE GALINDO, | ) |
| | ) |
| Defendant. | ) |

CERTIFICATE OF SERVICE

It is hereby certified that on October 29, 2007, one copy of the attached document was served on the below individual by hand delivery at the address indicated:

Darren W.K. Ching, Esq.
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, HI 96850
    Attorney for U.S.A.,

_____
Jack Schweigert, Esq.
Attorney for Defendant