ORIGINAL

JACK SCHWEIGERT, ESQ.
550 Halekauwila Street, Room 309
Honolulu, HI 96813
Phone: (808) 533-7491

CJA Attorney for Silver Jose Galindo

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) CR. NO. 04-00053 DAE |
|---|---|
| Plaintiff, | ) NOTICE OF HEARING; ) DEFENDANT'S MOTION TO |
| vs. | ) CONTINUE TRIAL; ) DECLARATION OF COUNSEL; |
| SILVER JOSE GALINDO, | ) CERTIFICATE OF SERVICE ) |
| Defendant. | ) Trial Date: January 8, 2008 |

NOTICE OF WITHDRAWAL OF
DEFENDANT'S MOTION TO CONTINUE TRIAL
FILED OCTOBER 29, 2007

COMES NOW DEFENDANT by and through counsel and hereby gives notice that Defendant's Motion to Continue Trial filed October 29, 2007 is withdrawn for the case was continued by way of stipulation.

DATED: Honolulu, Hawaii; November 13, 2007

_____
Jack Schweigert, Esq.
Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR. NO. 04-00053 DAE |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| SILVER JOSE GALINDO, | ) CERTIFICATE OF SERVICE |
| | ) |
| Defendant. | ) |

CERTIFICATE OF SERVICE

It is hereby certified that on November 13, 2007 one copy of the attached document was served on the below individual by U.S. Mail, first class postage pre-paid sent to the address indicated:

Darren W.K. Ching, Esq.
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, HI 96850
    Attorney for U.S.A.

_____
Jack Schweigert, Esq.
Attorney for Defendant