EDWARD H. KUBO, JR.      #2499
United States Attorney
District of Hawaii

DARREN W.K. CHING        #6903
Assistant U.S. Attorney
PJKK Federal Bldg., Room 6-100
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-mail: Darren.Ching@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 04-00053 DAE |
| | ) | |
| Plaintiff, | ) | GOVERNMENT'S MOTION TO ALLOW |
| | ) | FOR DEPOSITION PURSUANT TO |
| vs. | ) | FRCP RULE 15 OR IN THE |
| | ) | ALTERNATIVE TO CONTINUE TRIAL; |
| SILVER JOSE GALINDO, | ) | DECLARATION OF COUNSEL; |
| aka DANIEL S. GALINDO, | ) | CERTIFICATE OF SERVICE |
| aka TIMOTHY MAU, | ) | |
| | ) | Date: |
| Defendant. | ) | Time: |
| | ) | Judge: |
| | ) | |

GOVERNMENT'S MOTION TO ALLOW FOR DEPOSITION PURSUANT
TO FRCP RULE 15 OR IN THE ALTERNATIVE TO CONTINUE TRIAL

      Comes now the United States Attorney, on behalf of the plaintiff, United States of America, by and through its undersigned counsel, and hereby moves this Court for permission to take a deposition pursuant to FRCP Rule 15 or in the alternative, requests a continuance of the trial currently set for January 8, 2008.

This motion is made pursuant to Federal Rules of Criminal Procedure Rule 15 and 18 U.S.C. § 1361 and is based on the record and files of this case as well as the Declaration of Darren W.K. Ching.

DATED:   November 21, 2007, at Honolulu, Hawaii.

        EDWARD H. KUBO, JR.
        United States Attorney
        District of Hawaii

        /s/ Darren W.K. Ching
By_____
        DARREN W.K. CHING
        Assistant U. S. Attorney

CERTIFICATE OF SERVICE

       I hereby certify that on the date and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at his last known address:

Served by Facsimile:

    JACK SCHWEIGERT, ESQ.
    The Lawyers Building
    550 Halekauwila, Room 309
    Honolulu, HI 96813
    (808) 533-7490

    Attorney FOR Defendant
    SILVER JOSE GALINDO

       DATED: November 23, 2007, at Honolulu, Hawaii.

                                          /s/ Kari Cadelinia
                                          _____