EDWARD H. KUBO, JR.  #2449
United States Attorney
District of Hawaii

DARREN W.K. CHING   #6903
Assistant U.S. Attorney
PJKK Federal Bldg.
300 Ala Moana Blvd. Rm # 6-100
Honolulu, Hawaii  96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-mail: Darren.Ching@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,      ) | CR. NO. 04-00053 DAE |
| ) | |
| Plaintiff,      ) | STIPULATION TO TAKE AND USE AT |
| ) | TRIAL THE DEPOSITION OF J.D. |
| vs.      ) | AND S.D. AS IT RELATED TO |
| ) | COUNT 8 OF THE THIRD |
| SILVER JOSE GALINDO,      ) | SUPERCEDING INDICTMENT |
|  a.k.a. DANIEL S. GALINDO)      ) | |
|  a.k.a. TIMOTHY MAU      ) | |
| ) | |
| Defendant.      ) | |
| ) | |

STIPULATION TO TAKE AND USE AT TRIAL THE DEPOSITION OF J.D. AND
S.D. AS IT RELATED TO COUNT 8 OF THE THIRD SUPERCEDING INDICTMENT

　　　　　IT IS HEREBY STIPULATED by and between the parties above-named, by and through their respective undersigned counsel, that, pursuant to Fed. R. Crim. P. Rules 15(a) and (h), to take the depositions of J.D. and S.D. who are relevant witnesses to Count 8 of the Third Superceding Indictment in this case.

　　　　　Given J.D. and S.D. will be unavailable for the trial scheduled for January 8, 2008, the parties seek to take the

depositions of J.D. and S.D.  The Government will provide notice to defendant pursuant to Fed. R. Crim. P. Rule 15(b) of the date and location of the depositions.  The parties anticipate that these depositions will take place during the week of December 17, 2007.  Pursuant to Fed. R. Crim. P. Rule 15(f) the parties will seek to use these depositions as substantive evidence at the trial of the defendant in the above-referred case.

DATED: November 21, 2007, at Honolulu, Hawaii.

       EDWARD H. KUBO, JR.
       United States Attorney
       District of Hawaii

     /s/ Darren W.K. Ching
By_____
  DARREN W. K. CHING
  Assistant U.S. Attorney

     /s/ Jack Schweigert
_____
JACK SCHWEIGERT, ESQ.
Attorney for Defendant
SILVER JOSE GALINDO,
 a.k.a. DANIEL S. GALINDO,
 a.k.a. TIMOTHY MAU

APPROVED AND SO ORDERED:
DATED: Honolulu, Hawaii, November 28, 2007.

_____
David Alan Ezra
United States District Judge

USA v. SILVER JOSE GALINDO
Cr. No. 04-00053 DAE
"Stipulation to Take and Use at Trial the Deposition of J.D. and S.D. as it Related to Count 8 of the Third Superceding Indictment"                            2