# MINUTES

CASE NUMBER:     CR NO. 04-00053DAE

CASE NAME:       United States of America Vs. Silver Jose Galindo

ATTYS FOR PLA:

ATTYS FOR DEFT:

INTERPRETER:

JUDGE:    David Alan Ezra              REPORTER:

DATE:     12/05/2007                   TIME:

COURT ACTION:  EO: Re-[179]-Government's Motion to Allow for Deposition pursuant to FRCP Rule 15 or in the Alternative to Continue Trial set for hearing on 12/12/2007 before Judge Ezra has been vacated.  Darren Ching, AUSA will be filing a Withdrawal of the Motion by 12/6/2007.

Submitted by Leslie L. Sai, Courtroom Manager