EDWARD H. KUBO, JR.        #2499
United States Attorney
District of Hawaii

DARREN W.K. CHING          #6903
Assistant U.S. Attorney
PJKK Federal Bldg., Room 6-100
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-mail: Darren.Ching@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 04-00053 DAE |
| | ) | |
| Plaintiff, | ) | NOTICE OF WITHDRAWAL OF |
| | ) | GOVERNMENT'S MOTION TO ALLOW |
| vs. | ) | FOR DEPOSITION PURSUANT TO |
| | ) | FRCP RULE 15 OR IN THE |
| SILVER JOSE GALINDO, | ) | ALTERNATIVE TO CONTINUE TRIAL; |
| aka DANIEL S. GALINDO, | ) | CERTIFICATE OF SERVICE |
| aka TIMOTHY MAU, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| _____ | ) | |

NOTICE OF WITHDRAWAL OF GOVERNMENT'S MOTION TO ALLOW FOR
DEPOSITION PURSUANT TO FRCP RULE 15 OR IN THE ALTERNATIVE TO
CONTINUE TRIAL

        Comes now the United States Attorney, on behalf of the

plaintiff, United States of America, by and through its

undersigned counsel, and hereby gives notice that Government's

Motion to Allow for Deposition Pursuant to FRCP Rule 15 or in the

Alternative to Continue Trial filed on November 23, 2007 is

hereby withdrawn as the Government will not need to take a
deposition of HPD Officer Daniel Walls.

DATED:  December 5, 2007, at Honolulu, Hawaii.

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

/s/ Darren W.K. Ching
By_____
DARREN W.K. CHING
Assistant U. S. Attorney

CERTIFICATE OF SERVICE

I hereby certify that on the date and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at his last known address:

Served by Facsimile:

JACK SCHWEIGERT, ESQ.
The Lawyers Building
550 Halekauwila, Room 309
Honolulu, HI 96813
(808) 533-7490


Attorney FOR Defendant
SILVER JOSE GALINDO


DATED:  December 5, 2007, at Honolulu, Hawaii.


/s/ Kari Cadelinia
_____