# MINUTES

CASE NUMBER:      CR NO. 04-00053DAE

CASE NAME:        USA vs. SILVER JOSE GALINDO

ATTYS FOR PLA:    Darren W.K. Ching

ATTYS FOR DEFT:   Jack F. Schweigert

INTERPRETER:

JUDGE:   Leslie E. Kobayashi        REPORTER:   FTR-Courtroom 7

DATE:    12/10/2007                 TIME:       10:03-10:08

COURT ACTION:  EP: Final Pretrial Conference not held. Defendant not present, presence waived.

New expert witness obtained. Parties agree to stipulate to new trial date and deadlines and to exclude time. Stipulation to be filed by 12/14/2007.

Parties will contact Judge David Alan Ezra's Courtroom Manager for a definite new trial date.

Submitted by: Warren N. Nakamura, Courtroom Manager