

ORIGINAL

PAMELA E. TAMASHIRO   #3492
Ocean View Center
707 Richards Street, Penthouse 7
Honolulu, Hawaii 96813
Telephone:   (808) 528-3332
Facsimile:   (808) 536-0458

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

DEC 11 2007

at 3 o'clock and 30 min. P M
SUE BEITIA, CLERK

Attorney for Material Witness
NECIA HAO

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>SILVER JOSE GALINDO, )<br>   aka DANIEL S. GALINDO, )<br>   aka TIMOTHY MAU, )<br>)<br>)<br>)<br>)<br>)<br>)<br>_____ ) | Cr. No. 04-00053 DAE<br><br>MOTION TO ALLOW DEPOSITION OF MATERIAL WITNESS; DECLARATION OF COUNSEL; CERTIFICATE OF SERVICE<br><br>Hearing:<br>Date:<br>Time:<br><br>Trial:     January 8, 2008<br>Time:     9:00 a.m.<br>Judge:   David A. Ezra |

## MOTION TO ALLOW DEPOSITION OF MATERIAL WITNESS

NECIA HAO ("Ms. Hao"), a material witness for Defendant SILVER JOSE

GALINDO, aka DANIEL S. GALINDO, aka TIMOTHY MAU ("Defendant"), by

and through her attorney Pamela E. Tamashiro, hereby moves this Court for an

order allowing her video deposition to be taken in lieu of her testimony at trial.

This motion is made pursuant to Rule 15, Federal Rules of Criminal

Procedure, and is based upon the records and files herein, the declaration of

counsel attached hereto, and any evidence that may be presented at the hearing on

the motion.

DATED:     Honolulu, Hawaii, _____12/11/07_____.

Pamela E. Tamashiro
Attorney for Material Witness
NECIA HAO

2