IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Cr. No. 04-00053 DAE |
| | ) | |
| Plaintiff, | ) | CERTIFICATE OF SERVICE |
| | ) | |
| vs. | ) | |
| | ) | |
| SILVER JOSE GALINDO, | ) | |
| aka DANIEL S. GALINDO, | ) | |
| aka TIMOTHY MAU, | ) | |
| | ) | |

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this date a copy of the foregoing was duly served upon the following parties by hand delivery or by depositing the same in the United States mail, postage prepaid, at the following last known address:

> Jack Schweigert, Esq.
> 550 Halekauwila Street, Room 309
> Honolulu, Hawaii 96813
>
> Darren W. K. Ching, Esq.
> Assistant U.S. Attorney
> PJKK Federal Building, Room 6-100
> 300 Ala Moana Boulevard
> Honolulu, Hawaii 96850

DATED:   Honolulu, Hawaii,   12/11/07   .

_____
Pamela E. Tamashiro
Attorney for Material Witness
NECIA HAO