# MINUTES

CASE NUMBER:       CR NO. 04-00053DAE

CASE NAME:         United States of America Vs. Silver J. Galindo

ATTYS FOR PLA:     Darren W. K. Ching

ATTYS FOR DEFT:    Jack Schweigert

                   Pamela Tamashiro for Material Witness-Necia Hao

INTERPRETER:

---

JUDGE:    Barry M. Kurren          REPORTER:    Ct-FTR-2:36:39

DATE:     01/02/2008               TIME:        2:36pm-2:44pm

---

COURT ACTION:  EP: Material Witness Necia Hao's Motion to Allow Deposition of Material Witness-Defendant Silver Galindo-present in Custody and Material Witness-Necia Hao-Present in Custody.  Defendant's Counsel-Jack Schweigert participated by Phone.  Court hereby Grants the Motion. Ms. Tamashiro to prepare the Order.