**ORIGINAL**

JACK SCHWEIGERT, ESQ.
550 Halekauwila Street, Room 309
Honolulu, HI 96813
Phone: (808) 533-7491

CJA Attorney for Silver Jose Galindo

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR. NO. 04-00053 DAE |
| Plaintiff, | ) STIPULATION RE: TESTIMONY |
| | ) OF MATERIAL WITNESS; |
| vs. | ) EXHIBIT "1" |
| SILVER JOSE GALINDO, | ) |
| Defendant. | ) |
| | ) Trial: April 1, 2008 |

**STIPULATION RE: TESTIMONY OF MATERIAL WITNESS**

IT IS HEREBY STIPULATED and agreed between the parties as well as Ms. Necia Hao, through their counsel, that the testimony of Ms. Necia Hao, be allowed by way of video-conferencing in accordance with the Order Granting Motion

to Allow Deposition of Material Witness, a true and correct copy which is attached hereto as Exhibit "1".

                                       EDWARD H. KUBO, JR.
                                       United States Attorney

Dated: JAN 15 2008

DARREN W.K. CHING
Assistant U.S. Attorney

Dated: 01/18/2008

PAMELA E. TAMASHIRO
Attorney for Material Witness
Necia Hao

Dated: 1/18/08

JACK SCHWEIGERT
Attorney for Defendant

APPROVED AND SO ORDERED:

UNITED STATES MAGISTRATE JUDGE

2