PAMELA E. TAMASHIRO #3442
Ocean View Center
707 Richards Street, Penthouse 7
Honolulu, Hawaii 96813
Telephone: (808) 528-3332
Facsimile: (808) 536-0458

Attorney for Material Witness
NECIA HAO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Cr. No. 04-00053 DAE |
| | ) | |
| Plaintiff, | ) | ORDER GRANTING MOTION TO |
| | ) | ALLOW DEPOSITION OF |
| vs. | ) | MATERIAL WITNESS |
| | ) | |
| SILVER JOSE GALINDO, | ) | |
| aka DANIEL S. GALINDO, | ) | |
| aka TIMOTHY MAU, | ) | Hearing:  January 2, 2008 |
| | ) | Judge:    Barry M. Kurren |

**ORDER GRANTING MOTION TO ALLOW
DEPOSITION OF MATERIAL WITNESS**

A hearing was held on January 2, 2008 on Material Witness NECIA HAO's ("Ms. Hao") Motion to Allow Deposition of Material Witness. Present at the hearing were Ms. Hao and her attorney Pamela E. Tamashiro. AUSA Darren W. K. Ching was present on behalf of the government and Defendant SILVER JOSE GALINDO, aka DANIEL S. GALINDO, aka TIMOTHY MAU ("Defendant"), was present together with his attorney Jack Schweigert, who appeared via

Exhibit "1"

telephone. The Court, having considered the record and files herein and the position of the parties and Ms. Hao, granted the motion.

ACCORDINGLY, IT IS HEREBY ORDERED that:

1.  The government and Defendant shall confer with one another with a view towards reaching an agreement as to how the testimony of Ms. Hao shall be presented at trial, whether it be by video deposition, video conferencing, or some other means. In the event the parties cannot reach an agreement, they may apply to the Court for further orders.

2.  In any event, beginning January 9, 2008, the U.S. Marshal Service shall begin making the arrangements to have Ms. Hao returned to the Otter Creek Correctional Center in Wheelwright, Kentucky.

DATED:   Honolulu, Hawaii, _____1·7·2008_____.

**BARRY M. KURREN**
Judge of the above-entitled Court