EDWARD H. KUBO, JR.        #2499
United States Attorney
District of Hawaii

DARREN W.K. CHING          #6903
Assistant U.S. Attorney
PJKK Federal Bldg., Room 6-100
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-mail: Darren.Ching@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 04-00053 DAE |
| | ) | |
| Plaintiff, | ) | MOTION TO COMPEL DEFENDANT TO |
| | ) | PRODUCE DISCOVERY PURSUANT TO |
| vs. | ) | FEDERAL RULES OF CRIMINAL |
| | ) | PROCEDURE RULE 16(b)(1)(B); |
| SILVER JOSE GALINDO, | ) | MEMORANDUM IN SUPPORT; |
| aka DANIEL S. GALINDO, | ) | DECLARATION OF COUNSEL; |
| aka TIMOTHY MAU, | ) | CERTIFICATE OF SERVICE |
| | ) | |
| Defendant. | ) | |
| | ) | |

MOTION TO COMPEL DEFENDANT TO PRODUCE DISCOVERY PURSUANT
TO FEDERAL RULES OF CRIMINAL PROCEDURE RULE 16(b)(1)(B)

Comes now the United States Attorney, on behalf of the

plaintiff, United States of America, by and through its

undersigned counsel, and hereby moves this Court for an order

compelling the defendant, Silver Jose Galindo (Defendant" or

"Galindo") to produce discovery pursuant to Federal Rules of

Criminal Procedure Rule 16(b)(1)(b).

This motion is made pursuant to Federal Rules of

Criminal Procedure Rule 16(b)(1)(B) and is based on the record and files of this case as well as the Declaration of Darren W.K. Ching.

DATED:   February 8, 2008, at Honolulu, Hawaii.

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

By _____
DARREN W.K. CHING
Assistant U.S. Attorney

2

## CERTIFICATE OF SERVICE

I hereby certify that on the date and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at his last known address:

Served by Facsimile:

JACK SCHWEIGERT, ESQ.
The Lawyers Building
550 Halekauwila, Room 309
Honolulu, HI 96813
(808) 533-7490

Attorney FOR Defendant
SILVER JOSE GALINDO

DATED: February 8, 2008, at Honolulu, Hawaii.