EDWARD H. KUBO, JR.         #2499
United States Attorney
District of Hawaii

DARREN W.K. CHING           #6903
Assistant U.S. Attorney
PJKK Federal Bldg., Room 6-100
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-mail: Darren.Ching@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 04-00053 DAE |
| | ) | |
| Plaintiff, | ) | MOTION TO ALLOW THE GOVERNMENT |
| | ) | TO CONDUCT A PSYCHOLOGICAL |
| vs. | ) | EXAMINATION OF THE DEFENDANT |
| | ) | WITHOUT THE PRESENCE OF |
| SILVER JOSE GALINDO, | ) | DEFENSE COUNSEL; MEMORANDUM IN |
| aka DANIEL S. GALINDO, | ) | SUPPORT; DECLARATION OF |
| aka TIMOTHY MAU, | ) | COUNSEL; CERTIFICATE OF |
| | ) | SERVICE |
| Defendant. | ) | |
| | ) | |

MOTION TO ALLOW THE GOVERNMENT
TO CONDUCT A PSYCHOLOGICAL EXAMINATION OF THE
DEFENDANT WITHOUT THE PRESENCE OF DEFENSE COUNSEL

Comes now the United States Attorney, on behalf of the
plaintiff, United States of America, by and through its
undersigned counsel, and hereby moves this Court for an order to
allow the government to conduct a psychological examination of
the defendant without the presence of defense counsel.

This motion is based on the record and files of this case as well as the Declaration of Darren W.K. Ching.

DATED:  February 8, 2007, at Honolulu, Hawaii.

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

By _____
DARREN W.K. CHING
Assistant U. S. Attorney

2

## CERTIFICATE OF SERVICE

I hereby certify that on the date and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at his last known address:

Served by Facsimile:

JACK SCHWEIGERT, ESQ.
The Lawyers Building
550 Halekauwila, Room 309
Honolulu, HI 96813
(808) 533-7490

Attorney FOR Defendant
SILVER JOSE GALINDO

DATED:  February 8, 2008, at Honolulu, Hawaii.