EDWARD H. KUBO, JR.  #2449
United States Attorney
District of Hawaii

DARREN W.K. CHING   #6903
Assistant U.S. Attorney
PJKK Federal Bldg.
300 Ala Moana Blvd. Rm # 6-100
Honolulu, Hawaii  96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-mail: Darren.Ching@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. 04-00053 DAE |
| ) | |
| Plaintiff, ) | STIPULATION TO ADVANCE |
| ) | HEARINGS ON GOVERNMENT'S |
| vs. ) | MOTIONS FILED ON FEBRUARY 8, |
| ) | 2008 AND SET FOR FEBRUARY 28, |
| SILVER JOSE GALINDO, ) | 2008; ORDER |
|  a.k.a. DANIEL S. GALINDO) ) | |
|  a.k.a. TIMOTHY MAU ) | |
| ) | |
| Defendant. ) | |
| ) | |

STIPULATION TO ADVANCE HEARINGS ON GOVERNMENT'S MOTIONS
FILED ON FEBRUARY 8, 2008 AND SET FOR FEBRUARY 28, 2008

The United States of America and the defendant, SILVER JOSE GALINDO, a.k.a. DANIEL S. GALINDO, a.k.a. TIMOTHY MAU, through their respective attorneys, hereby agree and stipulate to advance the hearings on two of the government's motions filed on February 8, 2008 and set for hearing on February 28, 2008 at 10:00 a.m.  These two government motions are: 1) Motion to Allow the Government to Conduct a Psychological Examination of the

Defendant Without the Presence of Defense Counsel, and 2) Motion to Compel Defendant to Produce Discovery Pursuant to Federal Rules of Criminal Procedure Rule 16(b)(1)(b).

The reason for the advancement is to allow defense counsel and the government to adequately prepare for trial which is currently set for April 1, 2008.  This case was originally indicted on January 29, 2004 and has been continued numerous times.  Both parties hope not to have to continue trial again. If this Court grants government's motions, an examination of Defendant still needs to be conducted.  Conducting such an examination requires the coordination with the government's expert as well as with the Federal Detention Center.  The sooner an examination can be conducted, the more time both parties will have to arrange the examination and to prepare for trial.

If this Court is inclined to advance the hearings on these motions the parties are available for a hearing on February 13, 19, 20, 25, or 26, 2008.  If this Court advances the hearings on these motions to February 13, 2008, the defense will file his response to government's motions on February 12, 2008.  If this Court advances the hearings on these motions to February 19 or 20, 2008, the defense will file his response to government's motions on February 14, 2008.  If this Court advances the hearings on these motions to February 25 or 26, 2008, the defense

will file his response to government's motions on February 15, 2008.

DATED: February 8, 2008, at Honolulu, Hawaii.

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

By /s/ Darren W.K. Ching
DARREN W. K. CHING
Assistant U.S. Attorney

/s/ Jack Schweigert

JACK SCHWEIGERT, ESQ.
Attorney for Defendant
SILVER JOSE GALINDO,
 a.k.a. DANIEL S. GALINDO,
 a.k.a. TIMOTHY MAU

ORDER ADVANCING HEARINGS ON GOVERNMENT'S MOTIONS
FILED ON FEBRUARY 8, 2008 AND SET FOR FEBRUARY 28, 2008

The above Stipulation to Advance Hearings on Government's Motions Filed on February 8, 2008 and Set for February 28, 2008 is hereby approved, and the agreements set forth in the Stipulation are adopted as findings by the court.

IT IS HEREBY ORDERED:

That the hearings on government's 1)Motion to Allow the Government to Conduct a Psychological Examination of the Defendant Without the Presence of Defense Counsel, and 2)Motion to Compel Defendant to Produce Discovery Pursuant to Federal Rules of Criminal Procedure Rule 16(b)(1)(b) filed on February 8, 2008 and originally set for hearing on February 28, 2008 at 10:00 a.m. will now be heard on February **26**, 2008 at **11:00 a.m.** before Magistrate Judge Leslie E. Kobayashi.  Defendant's response to government's motions are due on February **20**, 2008.

DATED at Honolulu, Hawai`i, February 15, 2008.



/S/ Leslie E. Kobayashi
Leslie E. Kobayashi
United States Magistrate Judge

USA v. SILVER JOSE GALINDO
Cr. No. 04-00053 DAE
"Stipulation and Order to Advance Hearings on Government's Motions Filed on February 8, 2008 and Set for February 28, 2008"