# MINUTES

CASE NUMBER:      CR NO. 04-00053DAE

CASE NAME:        USA vs. SILVER JOSE GALINDO

ATTYS FOR PLA:    Darren W. K. Ching

ATTYS FOR DEFT:   Jack F. Schweigert

INTERPRETER:

JUDGE:   Leslie E. Kobayashi          REPORTER:   FTR-Courtroom 7

DATE:    02/26/2008                   TIME:       11:21-11:28

COURT ACTION:  EP: USA's Motion to Allow the Government to Conduct a Psychological Examination Without the Presence of Defense Counsel;

USA's Motion to Compel Defendant to Produce Discovery Pursuant to Federal Rules of Criminal Procedure Rule 16(b)(1)(B);

Defendant present in custody.

Court conducts colloquy with Defendant.

Motions are withdrawn and terminated.

Defendant remanded to the custody of the US Marshal.

Submitted by: Warren N. Nakamura, Courtroom Manager