# MINUTES

CASE NUMBER:       CR04-00053DAE

CASE NAME:         USA v. Silver Jose Galindo

ATTYS FOR PLA:     Darren Ching

ATTYS FOR DEFT:    Jack Schweigert

JUDGE:    Kevin S. C. Chang          REPORTER:    FTR C5

DATE:     3/3/2008                   TIME:        2:31-2:39:20pm

COURT ACTION:  EP: Final Pretrial Conference - defendant present, in custody.

**CRIMINAL FINAL PRETRIAL CONFERENCE** (as to Counts 1, 2, 3, 4, 8, 9, 10 and 11)

Jury Trial before Judge David Alan Ezra on **April 1, 2008 at 9:00.a.m.**

Representations by counsel on trial time - 3 weeks total
The United States: 8 days (30 witnesses of which 5 are cooperating witnesses)

Defendant: Galindo - 3 days (1 witness by video conference)

Fed. R. Crim. P. 16(a) (1) (C) (E) disclosures made as to Defendants:

1. Fed. R. Evid. 404(b) : March 5, 2008
2. a. Motions in Limine filed and served by :March 12, 2008.
   b. Memoranda in opposition to motions in limine filed and served by: March 17, 2008.
3. Brady and Giglio Material by: March 12, 2008
4. a. Jury Instructions exchanged by March 12, 2008.
   d. Filings required by 4(b) & (c) by: March 19, 2008.
5. Witness Lists per stipulation by March 25, 2008.
6. Exhibits
   a. Parties will exchange exhibits.
   b. Original exhibits tabbed and in folders/binders, copy in folders/binders.
7. Stipulations: In writing and filed by March 19, 2008.
8. Voir Dire Questions: In writing by March 19, 2008.
9. Trial Briefs: by March 19, 2008.
10. Jencks Disclosures by the Friday before trial
11. Other Matters: None.
12. N/A

**CRIMINAL FINAL PRETRIAL CONFERENCE** (as to Counts 5, 6 and 7)

Jury Trial before Judge David Alan Ezra on **April 22, 2008 at 9:00.a.m.**

<u>Representations by counsel on trial time</u> - 2 weeks total
The United States: 4 days (10 witnesses of which 3-4 are cooperating witnesses)

Defendant: Galindo - 1½ days

Fed. R. Crim. P. 16(a) (1) (C) (E) disclosures made as to Defendants:

1.  <u>Fed. R. Evid. 404(b)</u> : March 26, 2008
2.  a.  Motions in Limine filed and served by :April 2, 2008.
    b.  Memoranda in opposition to motions in limine filed and served by: April 7, 2008.
3.  <u>Brady and Giglio Material</u> by: April 2, 2008
4.  a.  Jury Instructions exchanged by April 2, 2008.
    d.  Filings required by 4(b) & (c) by: April 9, 2008.
5.  Witness Lists per stipulation by April 15, 2008.
6.  <u>Exhibits</u>
    a.  Parties will exchange exhibits.
    b.  Original exhibits tabbed and in folders/binders, copy in folders/binders.
7.  <u>Stipulations</u>: In writing and filed by April 9, 2008.
8.  <u>Voir Dire Questions</u>: In writing by April 9, 2008.
9.  <u>Trial Briefs</u>: by April 9, 2008.
10. <u>Jencks Disclosures</u> by the Friday before trial
11. <u>Other Matters</u>: None.
12. N/A

Defendant remanded to the custody of the USMS

Submitted by: Shari Afuso, Courtroom Manager

CR04-53DAE;
USA v. Silver Galindo
Final Pretrial Conference Minutes
3/3/2008