## ORIGINAL

JACK SCHWEIGERT, ESQ.
550 Halekauwila Street, Room 309
Honolulu, HI 96813
Phone: (808) 533-7491
CJA Attorney for Silver Jose Galindo

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 1 2 2008

at _G_ o'clock and _24_ min_____ M.
SUE BEITIA, CLERK

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR. NO. 04-00053 DAE |
| | ) |
| Plaintiff, | ) NOTICE OF HEARING; |
| | ) DEFENDANT'S SUPERSEDING |
| vs. | ) MOTION IN LIMINE REGARDING |
| | ) "UNITED STATES' WRITTEN |
| | ) NOTICE PURSUANT TO |
| SILVER JOSE GALINDO, | ) FEDERAL RULE OF EVIDENCE |
| | ) 404(b) DATED DECEMBER 27, |
| | ) 2006"; CERTIFICATE OF SERVICE |
| | ) |
| | ) HEARING: |
| | ) |
| | ) Date: _____ |
| | ) Time: _____ |
| | ) Judge: _____ |
| | ) |
| _____ | ) Trial: April 1, 2008 |

## NOTICE OF HEARING

TO:  Darren W.K. Ching, Esq.
     Assistant U.S. Attorney
     Room 6100, PJKK Federal Building
     300 Ala Moana Blvd., Box 50183
     Honolulu, HI 96850

     Attorney for U.S.A.

Notice is hereby given that the attached motion shall come on for hearing before the Honorable _____, Judge of the above-entitled Court, in his or her courtroom at 300 Ala Moana Blvd., Honolulu, Hawaii, on _____, 2008, at _____ ____ .m., or as soon thereafter as counsel and all parties may be heard.

    DATED:  Honolulu, Hawaii, March 12, 2008.

                                    _____
                                    JACK SCHWEIGERT
                                    Attorney for Defendant