IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR. NO. 04-00053 DAE |
| | ) |
| Plaintiff, | ) CERTIFICATE OF SERVICE |
| | ) |
| vs. | ) |
| | ) |
| SILVER JOSE GALINDO, | ) |
| | ) |
| Defendant. | ) |

### CERTIFICATE OF SERVICE

It is hereby certified that on March 12, 2008, one copy of the attached document was served on the below individual by depositing same in the U.S. Mail, first class postage pre-paid, addressed as follows:

>DARREN W.K. CHING, ESQ.
>Assistant U.S. Attorney
>Room 6100, PJKK Federal Building
>300 Ala Moana Blvd., Box 50183
>Honolulu, HI 96850

>Attorney for U.S.A.

_____
JACK SCHWEIGERT
Attorney for Defendant