```
EDWARD H. KUBO, JR.      #2499
United States Attorney
District of Hawaii

DARREN W.K. CHING        #6903
Assistant U.S. Attorney
PJKK Federal Bldg., Room 6-100
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-mail: Darren.Ching@usdoj.gov
```

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR. NO. 04-00053 DAE |
| Plaintiff, | ) STIPULATION RE: FELONY<br>) CONVICTION IN COUNTS 1, 4, 8, |
| vs. | ) & 9 |
| SILVER JOSE GALINDO,<br>  aka Daniel S. Galindo,<br>  aka Timothy Mau, | ) |
| Defendant. | ) |

**STIPULATION RE: FELONY CONVICTION IN COUNTS 1, 4, 8 & 9**

      IT IS HEREBY STIPULATED and agreed between the undersigned parties that:

\ \

\ \

\ \

Prior to July 31, 2003, the Defendant, SILVER JOSE GALINDO, had been convicted of a crime punishable by imprisonment for a term exceeding one year.

**IT IS SO STIPULATED.**

|  |  |
|---|---|
|  | EDWARD H. KUBO, JR.<br>United States Attorney |
|  |  |
|  | /s/ Darren W.K. Ching |
| Dated:    March 18, 2008 | DARREN W.K. CHING<br>Assistant U.S. Attorney |
|  |  |
|  | /s/ Jack Schweigert |
| Dated:    March 18, 2008 | JACK SCHWEIGERT<br>Attorney for Defendant<br>SILVER JOSE GALINDO |

U.S. v. Galindo
CR 04-00053 DAE
"STIPULATION RE: FELON CONVICTION IN COUNTS 1, 4, 8, & 9"