EDWARD H. KUBO, JR.  # 2499
United States Attorney
District of Hawaii

DARREN W.K. CHING   #6903
Assistant U.S. Attorney
Room 6100, PJKK Federal Bldg.
300 Ala Moana Blvd.
Honolulu, Hawaii  96850
Telephone:  (808)541-2850
Facsimile:  (808)541-9546
Darren.Ching@usdoj.gov

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) CR. NO. 04-00053 DAE |
|---|---|
| Plaintiff, | ) JOINT PROPOSED JURY ) INSTRUCTIONS |
| vs. | ) |
| SILVER JOSE GALINDO,   aka Daniel S. Galindo,   aka Timothy Mau, | ) ) ) |
| | ) Date: April 1, 2008 |
| Defendant. | ) Time: 9:00 a.m. |
| | ) Judge: David Alan Ezra |

JOINT PROPOSED JURY INSTRUCTIONS

The following joint jury instructions are hereby provided to this Court, which both sides have approved.  Disputed jury

\ \

\ \

\ \

\ \

\ \

instructions will be separately submitted by the respective proponent party for the Court's resolution.

DATED: March 20, 2008, at Honolulu, Hawaii.

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii


/s/ Darren W.K. Ching
_____
DARREN W.K. CHING
Assistant U.S. Attorney


/s/ Jack Schweigert
_____
JACK SCHWEIGERT
Attorney for Defendant
SILVER JOSE GALINDO

**INSTRUCTIONS FROM DISTRICT JUDGE EZRA'S
"GENERAL FEDERAL INSTRUCTIONS IN CRIMINAL CASES"**

1    Duty of Judge

2A    Duty to follow instructions - single defendant

3A    Reasonable Doubt (Where Defendant Does Not Testify) [if applicable]

3B    Reasonable Doubt (Where Defendant Testifies) [if applicable]

4    Evidence - excluding argument of counsel

5    Evidence - objections

6    Evidence - excluding statements of Judge

7    Evidence - stipulation [if applicable]

8    Evidence - direct and circumstantial

9    Evidence - credibility of witnesses

10    Evidence - expert witnesses

11    Impeachment - generally

13    Impeachment - prior conviction

14A    Impeachment of Defendant - general instruction [if applicable]

14B    Impeachment of Defendant - general instruction & prior conviction [if applicable]

15    On or about

16    Knowingly

17B    Caution - Punishment - single defendant, multiple counts in indictment

18    Duty to deliberate

19A    Verdict Form - single defendant

**INSTRUCTIONS FROM NINTH CIRCUIT**
**MANUAL OF MODEL CRIMINAL JURY INSTRUCTIONS**

1.1  Duty of Jury

1.2  The Charge — Presumption of Innocence

1.3  What Is Evidence

1.4  What Is Not Evidence

1.5  Evidence for Limited Purpose

1.6  Direct and Circumstantial Evidence

1.7  Ruling on Objections

1.8  Credibility of Witnesses

1.9  Conduct of the Jury

1.10 No Transcript Available to Jury

1.11 Taking Notes

1.12 Outline of Trial


2.1  Cautionary Instruction — First Recess

2.2  Bench Conferences and Recesses

2.3  Stipulated Testimony

2.4  Stipulations of Fact

2.5  Judicial Notice

2.10 Other Crimes, Wrongs or Acts Evidence


3.0  Cover Sheet

3.1  Duties of Jury to Find Facts and Follow Law

3.2   Charge Against Defendant Not Evidence — Presumption of Innocence — Burden of Proof

3.3   Defendant's Decision Not to Testify [if applicable]

3.4   Defendant's Decision to Testify [if applicable]

3.5   Reasonable Doubt—Defined

3.6   What Is Evidence

3.7   What Is Not Evidence

3.8   Direct and Circumstantial Evidence

3.9   Credibility of Witnesses

3.10  Evidence of Other Acts of Defendant or Acts and Statements of Others [if applicable]

3.11  Activities Not Charged

3.12  Separate Consideration of Multiple Counts

3.18  Possession—Defined


4.3   Other Crimes, Wrongs or Acts of Defendant [if applicable]

4.6   Impeachment, Prior Conviction of Defendant [if applicable]

4.8   Impeachment Evidence—Witness [if applicable]

4.9   Testimony of Witness Receiving Benefits

4.17  Opinion Evidence, Expert Witness


5.6   Knowingly - Defined


6.9   Mere Presence

```
7.1  Duty to Deliberate

7.2  Consideration of Evidence

7.3  Use of Notes

7.4  Jury Consideration of Punishment

7.5  Verdict Form

7.6  Communication with Court
```

**ADDITIONAL PROPOSED JURY INSTRUCTIONS**

JOINT PROPOSED JURY INSTRUCTION NO. 1

It is not necessary that the firearms alleged to have been used, carried, or possessed by the defendant be produced by the government as an exhibit at trial.  What is required is that there is evidence beyond a reasonable doubt, that the objects used, carried, or possessed by the defendant were firearms.

GIVEN    _____
REFUSED  _____
MODIFIED _____

JOINT PROPOSED JURY INSTRUCTION NO. 2

It is not necessary that the methamphetamine alleged to have been possessed by the defendant be produced by the government as an exhibit at trial.  What is required is that there is evidence beyond a reasonable doubt, that the drugs possessed by the defendant was methamphetamine.

```
GIVEN     _____
REFUSED   _____
MODIFIED  _____
```

**CLEAN SET OF JURY INSTRUCTIONS**

INSTRUCTION NO. ____

It is not necessary that the firearms alleged to have been used, carried, or possessed by the defendant be produced by the government as an exhibit at trial.  What is required is that there is evidence beyond a reasonable doubt, that the objects used, carried, or possessed by the defendant were firearms.

INSTRUCTION NO. \_\_

It is not necessary that the methamphetamine alleged to have been possessed by the defendant be produced by the government as an exhibit at trial.  What is required is that there is evidence beyond a reasonable doubt, that the drugs possessed by the defendant was methamphetamine.