EDWARD H. KUBO, JR.        #2499
United States Attorney
District of Hawaii

DARREN W.K. CHING          #6903
LORETTA SHEEHAN            #4160
Assistant U.S. Attorneys
PJKK Federal Bldg., Room 6-100
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-mail: Darren.Ching@usdoj.gov
        Loretta.Sheehan@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. 04-00053 DAE |
| ) | |
| Plaintiff, ) | GOVERNMENT'S AMENDED WITNESS |
| ) | LIST; CERTIFICATE OF SERVICE |
| vs. ) | |
| ) | |
| SILVER JOSE GALINDO, ) | |
|   aka: Daniel S. Galindo, ) | Trial Date: April 1, 2008 |
|   aka: Timothy Mau, ) | Time:  9:00 a.m. |
| ) | Judge: Hon. David Alan Ezra |
| Defendant. ) | |
| ) | |

GOVERNMENT'S AMENDED WITNESS LIST

The Government hereby submits its amended witness list, attached hereto, in the above-captioned matter.

DATED:  March 25, 2008, at Honolulu, Hawaii.

```
                              EDWARD H. KUBO, JR.
                              United States Attorney
                              District of Hawaii

                              By  /s/ Darren W.K. Ching
                                 DARREN W.K. CHING
                                 Assistant U.S. Attorney

                              Attorneys for Plaintiff
                              UNITED STATES OF AMERICA
```

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

**UNITED STATES** v. **SILVER JOSE GALINDO,**  **AMENDED WITNESS LIST**
  **aka: Daniel S. Galindo,**
  **aka: Timothy Mau,**                          CR. NO. 04-00053 DAE

===============================================================

| Presiding Judge | Plaintiff's Attorneys | Defendant's Attorney |
|---|---|---|
| **DAVID A. EZRA** | **AUSA DARREN W.K. CHING**<br>**AUSA LORETTA SHEEHAN** | **JACK F. SCHWEIGERT, ESQ.** |
| Trial Date<br>**April 1, 2008** | Court Reporter | Courtroom Deputy<br>**Theresa Lam** |

===============================================================

| Plf. No. | Witness |
|---|---|
| 1 | Officer Jaclyn Ah Key, HPD |
| 2 | Justin Aiu, HPD |
| 3 | Kevin Bailey, HPD |
| 4 | Walter Cacho |
| 5 | Chain of Custody Witnesses, HPD |
| 6 | Lori Chong, HPD |
| 7 | Judith Christensen, HPD |
| 8 | Jim Delmonte |
| 9 | Sandra Delmonte |
| 10 | Charleen Espinda |
| 11 | Hector Ferrer |
| 12 | Larry Fujishige, HPD |
| 13 | Carlton Galang |
| 14 | Paul Goo, HPD |
| 15 | Annette Gordon |
| 16 | Travis Heffelfinger |

| | |
|---|---|
| 17 | Misty Henderson |
| 18 | Harry Huber |
| 19 | Charles Ingram |
| 20 | Leighton Kalapa, HPD |
| 21 | Mona Ann Kamoe |
| 22 | Rick Langdon |
| 23 | Ivanette Lee, HPD |
| 24 | Jordan Lowe, ATF |
| 25 | H. Lundberg, HPD |
| 26 | Jose Martinez, HPD |
| 27 | Kevin Masuda, HPD |
| 28 | Timothy Mau |
| 29 | Andrew Morgan |
| 30 | J. Omine, HPD |
| 31 | Melvin Partido, HPD |
| 32 | Terrence Radford, HPD |
| 33 | Cindee Saito, HPD |
| 34 | Lee Shelko |
| 35 | M. Souza, HPD |
| 36 | Dennis Tadio |
| 37 | Desiree Tadio |
| 38 | Landon Tafaoa, HPD |
| 39 | Gary Takamoto |
| 40 | Christine Thomas, HPD |
| 41 | Elma Tierra |
| 42 | Robert Tomaszycki |
| 43 | Ty Torco, ATF |
| 44 | Elizabeth Valdez |
| 45 | Daniel Wall, HPD |
| 46 | Geoffery William Walsh |

| 47 | Eric Yamane, HPD |
| 48 | James Yuen, DEA |
|    |                  |

CERTIFICATE OF SERVICE

      I hereby certify that on the date and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at his last known address:

Served by Facsimile:

    JACK SCHWEIGERT, ESQ.
    The Lawyers Building
    550 Halekauwila, Room 309
    Honolulu, HI 96813

    Attorney for Defendant

      DATED: March 25, 2008, at Honolulu, Hawaii.

                /s/ Cheri Abing