EDWARD H. KUBO, JR.      #2499
United States Attorney
District of Hawaii

DARREN W.K. CHING        #6903
LORETTA SHEEHAN          #4160
Assistant U.S. Attorneys
PJKK Federal Bldg., Room 6-100
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-mail: Darren.Ching@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR. NO. 04-00053 DAE |
| | ) |
| Plaintiff, | ) GOVERNMENT'S AMENDED EXHIBIT |
| | ) LIST; CERTIFICATE OF SERVICE |
| vs. | ) |
| | ) |
| SILVER JOSE GALINDO, | ) |
| aka: Daniel S. Galindo, | ) Trial Date: April 1, 2008 |
| aka: Timothy Mau, | ) Time:  9:00 A.m. |
| | ) Judge: Hon. David Alan Ezra |
| Defendant. | ) |
| | ) |

GOVERNMENT'S AMENDED EXHIBIT LIST

The Government hereby submits its amended exhibit list, attached hereto, in the above-captioned matter.

DATED:  March 28, 2008, at Honolulu, Hawaii.

                                          EDWARD H. KUBO, JR.
                                          United States Attorney
                                          District of Hawaii

                                              /s/ Darren W.K. Ching
                                  By_____
                                          DARREN W.K. CHING
                                          Assistant U.S. Attorney

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

**UNITED STATES** v. **SILVER JOSE GALINDO,**  AMENDED EXHIBIT LIST
  aka: **Daniel S. Galindo,**
  aka: **Timothy Mau,**                      CR. NO. 04-00053 DAE

======================================================================

| Presiding Judge | Plaintiff's Attorneys | Defendant's Attorney |
|---|---|---|
| **DAVID A. EZRA** | **AUSA DARREN W.K. CHING** **AUSA LORETTA SHEEHAN** | **JACK SCHWEIGERT, ESQ.** |
| Trial Date **April 1, 2008** | Court Reporter | Courtroom Deputy **Theresa Lam** |

======================================================================

| Plf. No. | Date Offr'd | Mrk | Adm | Exhibits |
|---|---|---|---|---|
| 1 | | | | Smith & Wesson model SW9V with defaced serial number |
| 2 | | | | Smith & Wesson handgun magazine |
| 3 | | | | 9 rounds of 9 mm ammunition |
| 4 | | | | Bianchi shoulder holster |
| 5 | | | | Photo of Smith & Wesson model SW9V with defaced serial number |
| 6 | | | | Photo of Smith & Wesson model SW9V with defaced serial number |
| 7 | | | | Photo of Smith & Wesson model SW9V with defaced serial number |
| 8 | | | | Photo of Smith & Wesson model SW9V with defaced serial number |
| 9 | | | | Photo of Smith & Wesson handgun magazine with 9 rounds of 9 mm ammunition |
| 10 | | | | Photo of close-up of one round of 9mm ammunition |
| 11 | | | | Photo of Bianchi shoulder holster |

| | | | | |
|---|---|---|---|---|
| 12 | | | | Photo of Bianchi shoulder holster with Smith & Wesson model SW9v with defaced serial number |
| 13 | | | | Large gray colored TIMBERLAND jacket |
| 14a | | | | Hawaii Driver's license with the name of Timothy Mau |
| 14b | | | | Social Security card with the name of Timothy Mau |
| 15 | | | | 1 ½" by 2" clear plastic bag with zip lock closure containing green leafy substance resembling marijuana |
| 16 | | | | 2 ½" long white paper rolled containing green leafy substance, resembling a joint |
| 17 | | | | One clear plastic ziplock bag approximately 2" x 2 ½" containing methamphetamine |
| 18 | | | | EASTSPORT backpack |
| 19 | | | | QUANTARAY brand bag |
| 20 | | | | 28 .9mm cartridges |
| 21 | | | | Palmscale digital scale |
| 22 | | | | AOL 9.0 metal tin |
| 23 | | | | Miscellaneous items from within AOL 9.0 metal tin |
| 24a | | | | DVD - "Cum Taste" |
| 24b | | | | DVD - "Chinatown Hookers" |
| 24c | | | | DVD - "Swedes Have More Fun" |
| 25 | | | | Photo of EASTSPORT brand backpack |
| 26 | | | | Photo of keys on attached key ring with accessories |
| 27 | | | | Photo of most outer compartment un-zippered |
| 28 | | | | Photo of contents from most outer compartment |
| 29 | | | | Photo of outer compartment un-zipped |
| 30 | | | | Photo of contents from outer compartment |

| | | | | |
|---|---|---|---|---|
| 31 | | | | Photo of QUANTARAY brand bag recovered from main compartment |
| 32 | | | | Photo of QUARTARAY brand bag opened - 28 .9mm "LUGER" cartridges contained in mesh zippered cover |
| 33 | | | | Photo of contents removed from QUANTARAY bag, Palmscale 200g/0.1g digital scale |
| 34 | | | | Photo of AOL 9.0 tin contained from main compartment |
| 35 | | | | Photo of close up of address on AOL 9.0 tin |
| 36 | | | | Photo of contents removed from AOL 9.0 tin |
| 37 | | | | Photo of clothing from main compartment |
| 38 | | | | Photo of SUMMA (L) shirt |
| 39 | | | | Photo of ONE TOUGH BRAND (34) jeans |
| 40 | | | | Photo of WEAR TO GO(32) & QUICKSILVER (34) shorts |
| 41 | | | | Photo of FRUIT OF THE LOOM (L) thank top & ISLAND MAGIC (34) shorts with K-Mart tags |
| 42 | | | | Photo of All contents removed from EASTSPORT brand backpack |
| 43 | | | | Application and Affidavit for Search Warrant Mag. No. 04-0236 BMK filed 3/12/04 |
| 44 | | | | Amended Application for Search Warrant Mag. No. 04-0236 BMK filed 3/18/04 |
| 45 | | | | Search Warrant on Written Affidavit Mag. No. 04-0236 BMK |
| 46 | | | | Return on Search Warrant in Mag. No. 04-0236 BMK filed 3/16/04 |
| 47 | | | | Application and Affidavit for Search Warrant Mag. No. 04-0235 BMK filed 3/12/04 |
| 48 | | | | Search Warrant on written Affidavit Mag. No. 04-0235 BMK |
| 49 | | | | Return on Search Warrant in Mag. No. 04-0235 BMK filed 3/16/04 |
| 50 | | | | [BLANK] |

| | | | | |
|---|---|---|---|---|
| 51 | | | | HPD incident report 04-101-676 |
| 52 | | | | HPD report by Landon TAFAOA 04-101676 (6 pages) |
| 53 | | | | Crime laboratory analysis report No. 04101676 (2 pages) |
| 54 | | | | Evidence Report No. 04-101-676 |
| 55 | | | | ATF Report of Investigation by Ty Torco, no. 787025-04-35-2 (3 pages) |
| 56 | | | | Written consent to search signed by Charles Ingram on 3/11/04 for 91-2240 Fort Weaver Road #B2 |
| 57 | | | | Written consent to search signed by Charles Ingram on 3/11/04 for a Chevy Blazer |
| 58 | | | | Written consent to search signed by Mona Ann Kamoe on 3/11/04 for 91-2240 Fort Weaver Road #B22 |
| 59 | | | | Property receipt for 04-101-676 signed by Ty Torco on 3/12/04 |
| 60 | | | | ATF report of Investigation 787025-04-0035-3 by Ty Torco (2 pages) |
| 61 | | | | ATF report of Investigation 787025-04-0035-4 by Ty Torco (2 pages) |
| 62 | | | | ATF report of Investigation 787025-04-0035-5 by Ty Torco (2 pages) |
| 63 | | | | ATF report of Investigation 787025-04-0035-6 by Ty Torco (2 pages) |
| 64 | | | | Photo of CONCOURSE brand duffle bag |
| 65 | | | | Photo of Hanes brand underwear (32/34) and pair of socks; removed from CONCOURSE brand duffle bag |
| 66 | | | | Photo of contents consisting of mostly toiletry items |
| 67 | | | | Photo of personal card with orange envelope; photograph of Genevieve AVILLA taped on |

| 68 | | | | Photo of Hanes brand underwear with packing material (new) |
|---|---|---|---|---|
| 69 | | | | Photo of personal items along with a Nokia model 3595 cellular phone |
| 70 | | | | Photo of contents removed from front compartment of bag |
| 71 | | | | Photo of opening of main compartment of bag |
| 72 | | | | Photo of personal card with white envelope located on the bottom of main compartment |
| 73 | | | | Photo of contents removed from main compartment |
| 74 | | | | Receipt for property and Mag. No. 04-0235 BMK signed by ATF agent Ty Torco on 3/16/04 |
| 75 | | | | ATF Report by Investigation No. 787025-04-0035-7 |
| 76 | | | | Crime laboratory report 04-101-710 signed by Leighton Kalapa dated 3/12/04 |
| 77 | | | | Crime laboratory report 04-101-710 signed by Leighton Kalapa dated 5/10/04 |
| 78 | | | | Evidence Report 04-101-710 |
| 79 | | | | HPD report by J. Aiu 04-101-710 (3 pages) |
| 80 | | | | Evidence report 04-101-710 (items 3-7) |
| 81 | | | | Concourse brand duffle bag |
| 82 | | | | Card and orange envelope |
| 83 | | | | Card and white envelope |
| 84 | | | | Grey/black colored pouch |
| 85 | | | | .25 Beretta serial #BER11983V |
| 86 | | | | Magazine and 4 rounds of .25 ammunition (Winchester Western) |
| 87 | | | | One round .38 ammunition (Winchester Western) |
| 88 | | | | Black bag |

| 89  |  |  |  | Printout of Hawaii Driver's license for Timothy Mau |
|-----|--|--|--|------|
| 90  |  |  |  | Printout of photos of Silver Galindo |
| 91  |  |  |  | Photo of Silver Galindo |
| 92  |  |  |  | Metal card ▇▇▇▇ with "Thomas N.F. Mau" and "▇▇▇▇▇▇" |
| 93  |  |  |  | Plast▇▇▇▇ rinted with "Thomas Mau" and "▇▇▇▇▇▇" |
| 94  |  |  |  | Hotel Guest parking pass No. 57777 in the name of "Mau, T." |
| 95  |  |  |  | Envelope addressed to "Silver Galindo" with letter addressed to Silver signed by "Baby Girl" dated 2/18/04 |
| 96  |  |  |  | Photo dated December 5, 2003 |
| 97  |  |  |  | Black ski mask |
| 98  |  |  |  | FBI shirt |
| 99  |  |  |  | Application and Affidavit for Search Warrant Mag. No. 04-0194 BMK filed 3/1/04 |
| 100 |  |  |  | ATF report of investigation Report #3 by Ty Torco (2 pages) |
| 101 |  |  |  | ATF report of investigation Report #4 by Ty Torco (2 pages) |
| 102 |  |  |  | Statement of Rights and Waiver by Walter Cacho signed 2/28/04 |
| 103 |  |  |  | Written Waiver of Rights to Have a Judicial Determination of Probable Cause, to be Taken Before a Federal Magistrate Judge, and to Have Counsel signed by Walter Cacho on 2/28/04 |
| 104 |  |  |  | Affidavit of Walter Cacho signed on 2/29/04 |
| 105 |  |  |  | ATF report of investigation Report #5 by Ty Torco (2 pages) |
| 106 |  |  |  | ATF report of investigation Report #6 by Ty Torco (2 pages) |
| 107 |  |  |  | Disposition of non-drug evidence R4-04-0017 |

| | | | | |
|---|---|---|---|---|
| 108 | | | | DEA report of investigation by James Yuen (26 pages) |
| 109 | | | | Photo of bedroom at 62-148 #A Lokoea Place |
| 110 | | | | Photo of cloth gray / black colored pouch |
| 111 | | | | Photo of cloth gray / black colored pouch with Beretta |
| 112 | | | | Photo of interior of 62-148 #A Lokoea Place |
| 113 | | | | Photo of interior of 62-148 #A Lokoea Place |
| 114 | | | | Photo of one (1) Beretta, model 950 BS, caliber .25 semiautomatic pistol, bearing serial number BER 11983V |
| 115 | | | | Photo of close up view of serial number BER 11983V, and firearm manufacturer and model number |
| 116 | | | | Photo of additional markings on the firearm included - Made in USA by F.I.IND. ACKK, MD |
| 117 | | | | Photo of pistol magazine containing four (4) Winchester brand, .25 caliber cartridges |
| 118 | | | | Photo of close up of headstamp one WIN 25 AUTO cartridge |
| 119 | | | | Photo of one (1) cloth gray / black colored pouch which contained firearm |
| 120 | | | | One colt .45 caliber pistol serial #2741124 |
| 121 | | | | Holster |
| 122 | | | | Seven .45 caliber rounds ammunition |
| 123 | | | | Magazine (Remington Peters) |
| 124 | | | | Key chain & keys |
| 125 | | | | CIA Cap |
| 126 | | | | HPD cap |
| 127 | | | | CID closing report - 03-357691 |

| 128 | | | | Sgt. Fujishige's 3 page report under 03357663 dated 9/6/03 |
|---|---|---|---|---|
| 129 | | | | Officer Melvin Partido's 4 page report under 03-357-663 dated 9/6/03 |
| 130 | | | | Cindee T. Saito's 2 page crime Laboratory Analysis Report #03357663 dated 9/8/03 |
| 131 | | | | Officer Melvin Partido's 3 page Incident Report in 03-357-664 dated 9/6/03 |
| 132 | | | | Officer D. Walls 3 page report in 03-357-664 dated 9/6/03 |
| 133 | | | | Officer P. Goo's 2 page report in 03-357-664 dated 9/6/03 |
| 134 | | | | Photo of the location of the suspect vehicle parking in the private parking lot of 1833 N. King Street |
| 135 | | | | Photo of the location of the suspect vehicle parking in the private parking lot of 1833 N. King Street |
| 136 | | | | Photo of weapon on the left front driver's seat of the suspect vehicle |
| 137 | | | | Photo of the weapon and the vehicle keys on the floor area of the driver's side |
| 138 | | | | Photo of the location weapon and keys upon arrival at the scene of 1833 N. King Street |
| 139 | | | | Photo of the rear passenger seat area behind the driver's seat |
| 140 | | | | Photo of close-up of the keys found on the driver's side floor area |
| 141 | | | | Photo of the location of the weapon when officers arrived at the scene |
| 142 | | | | Photo of the same location but at different close-ups using the zoom lens |
| 143 | | | | Photo of the same location but at different close-ups using the zoom lens |
| 144 | | | | Photo of the VIN number of the suspect vehicle covered |

| | | | | |
|---|---|---|---|---|
| 145 | | | | Photo of the scene of 1833 N. King Street |
| 146 | | | | Photo of the black fanny pack found in the rear of the suspect vehicle on the floor behind the driver's seat |
| 147 | | | | Photo of the trunk area after the owner arrived at the scene |
| 148 | | | | ATF Report of Investigation 787025-04-0035-8 by Ty Torco (2 pages) |
| 149 | | | | ATF Report of Investigation 787025-04-0035-9 by Ty Torco (2 pages) |
| 150 | | | | Officer J Martinez's 2 page Incident Report in 03/301/725 dated 8/2/03 |
| 151 | | | | HPD Elma V. Ferrer's 1 page Statement form in 03/301/725 dated 8/1/03 |
| 152 | | | | Officer J. Omine's 2 page Incident Report in 03/301/725 dated 8/5/03 |
| 153 | | | | Officer F. Degala's 1 page Auto Theft Release dated 8/5/03 |
| 154 | | | | July 31, 2003 ledger from Pacific Marina Inn |
| 155 | | | | August 1, 2003 ledger from Pacific Marina Inn |
| 156 | | | | Diagram of Pacific Marina Inn |
| 157 | | | | [BLANK] |
| 158 | | | | Photo of Pacific Marina Inn sign |
| 159 | | | | Photo of front door of room 380 |
| 160 | | | | Photo of close-up of front door of room 380 |
| 161 | | | | Photo of area fronting room 380 |
| 162 | | | | Photo of area on the side of room 380 |
| 163 | | | | Photo of area on the side of room 380 |
| 164 | | | | Photo of view parking lot from balcony fronting room 380 |
| 165 | | | | Photo of view parking lot from balcony fronting room 380 |

| 166 | | | | Photo of view parking lot from balcony fronting room 380 |
| --- | --- | --- | --- | --- |
| 167 | | | | Photo of view parking lot from balcony fronting room 380 |
| 168 | | | | Photo of view parking lot from balcony fronting room 380 |
| 169 | | | | Photo of side of building from parking lot |
| 170 | | | | Photo of close-up of room 380 from parking lot |
| 171 | | | | Photo of close-up of room 380 from parking lot |
| 172 | | | | Photo of interior of room 380 |
| 173 | | | | Photo of interior of room 380 |
| 174 | | | | Photo of interior of room 380 |
| 175 | | | | Photo of interior of room 380 |
| 176 | | | | Photo of view from inside room 380 looking out at parking lot |
| 177 | | | | Photo of view from inside room 380 looking out at parking lot |
| 178 | | | | Photo of view from inside room 380 looking out at parking lot |
| 179 | | | | BOP inmate history printout for Joseph Dwight Gomes |
| 180 | | | | BOP inmate history printout for Daniel Jose Galindo |
| 181 | | | | BOP inmate history printout for Hector Ferrer |
| 182 | | | | ATF Report of Investigation 787025-04-0035-13 by Ty Torco (2 pages) |
| 183 | | | | Three page report by officer Eric Yamane dated 3/12/04 |
| 184 | | | | Use of Force report by officer Eric Yamane dated 3/12/04 |
| 185 | | | | Two page follow-up report by HPD officer Joseph Pagan dated 3/12/04 |

| | | | | |
|---|---|---|---|---|
| 186 | | | | Property Receipt in 04-101-676 by officer Joseph Pagan |
| 187 | | | | Photo of 91-2240 Fort Weaver Road mailbox |
| 188 | | | | Photo of 91-2240 B2 Fort Weaver Road |
| 189 | | | | Photo of 91-2240 B2 Fort Weaver Road |
| 190 | | | | Photo of 91-2240 B2 Fort Weaver Road |
| 191 | | | | Photo of 91-2240 B2 Fort Weaver Road |
| 192 | | | | Photo of 91-2240 B2 Fort Weaver Road |
| 193 | | | | Photo of 91-2240 B2 Fort Weaver Road |
| 194 | | | | Photo of 91-2240 B2 Fort Weaver Road |
| 195 | | | | Photo of 91-2240 Fort Weaver Road B72 |
| 196 | | | | Photo of 91-2240 Fort Weaver Road B72 |
| 197 | | | | Photo of 91-2240 Fort Weaver Road B72 |
| 198 | | | | Honolulu Police Dept. Arrest Report for Christopher R. Mabanag in 04-030641 |
| 199 | | | | Honolulu Police Dept. Arrest Report for Christopher R. Mabanag in 04-030642 |
| 200 | | | | HPD Incident Report 94-236-986 |
| 201 | | | | Complaint, State of Hawaii v. Galindo, Cr. No. 94-1299, filed June 21, 1994 |
| 202 | | | | Guilty plea form, State of Hawaii v. Galindo, Cr. No. 94-1299, filed October 10, 1994 |
| 203 | | | | Judgment, State of Hawaii v. Galindo, Cr. No. 94-1299, filed January 11, 1995 |
| 204 | | | | Photo of Hector Ferrer |
| 205 | | | | Photo of Hector Ferrer |
| | | | | |

<u>CERTIFICATE OF SERVICE</u>

      I hereby certify that on the date and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at his last known address:

<u>Served by Facsimile:</u>

    JACK SCHWEIGERT, ESQ.
    The Lawyers Building
    550 Halekauwila, Room 309
    Honolulu, HI 96813

    Attorney for Defendant

      DATED:  March 28, 2008, at Honolulu, Hawaii.

                                      /s/ Cheri Abing

                                      U.S. Attorney's Office
                                      District of Hawaii