ORIGINAL

JACK SCHWEIGERT, ESQ.
550 Halekauwila Street, Room 309
Honolulu, HI 96813
Phone: (808) 533-7491
CJA Attorney for Silver Jose Galindo

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 26 2008

at __ o'clock and __ min __ M.
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) CR. NO. 04-00053 DAE |
|---|---|
| Plaintiff, | ) DEFENDANT'S WITNESS LIST; |
| | ) CERTIFICATE OF SERVICE |
| vs. | ) |
| SILVER JOSE GALINDO, | ) |
| Defendant. | ) |
| | ) TRIAL: April 1, 2008 |

## DEFENDANT'S WITNESS LIST

The Defendant hereby submits his Witness List in the above-entitled matter. Defendant gives notice of his intent to request the Court to be allowed to have broader cross-examination of those witnesses also listed by the Government so that they need not be called back to testify.

1. Justin Aiu, Honolulu Police Department
2. Joseph Cabrejos
3. Walter Cacho
4. Fredderick Degala, Honolulu Police Department
5. Jim Delmonte
6. Sandra Delmonte

7. Elma Ferrer
8. Hector Ferrer
9. Larry Fujishige, Honolulu Police Department
10. Paul Goo, Honolulu Police Department
11. Necia Hao (by video-conference from Ottocreek Prison)
12. Travis Heffelfinger
13. Harry Huber
14. Charles Ingram
15. Intoxilizer for Honolulu Police Department (9/6/03)
16. Intoxilizer for Honolulu Police Department (3/12/04)
17. Bryson Jose
18. Leighton Kalapa, Honolulu Police Department
19. Reinier Kraan
20. Rick Langdon
21. Jose Martinez, Honolulu Police Department
22. Darren Nakahara
23. Night Manager, Pacific Marina Inn (8/1/03)
24. J. Omine, Honolulu Police Department
25. Melvin Partido, Honolulu Police Department
26. Patrick Picciano, DEA
27. Robin Puahala, Honolulu Police Department
28. Terrence Radford, Honolulu Police Department
29. William Soares
30. William T. Sullivan, III
31. Dennis Tadio
32. Desiree Tadio
39. Landon Tafaoa, Honolulu Police Department

33. Christine Thomas, Honolulu Police Department
34. Robert Tomaszycki
35. Ty Torco, ATF
36. Elizabeth Valdez
37. Daniel Wall, Honolulu Police Department
38. Eric Yamane, Honolulu Police Department
39. James Yuen, DEA

DATED: Honolulu, Hawaii, March 26, 2008.

JACK SCHWEIGERT
Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>SILVER JOSE GALINDO,<br><br>    Defendant. | )  CR. NO. 04-00053 DAE<br>)<br>)  CERTIFICATE OF SERVICE<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## CERTIFICATE OF SERVICE

I hereby certify that on March 26, 2008, a copy of the attached document was served by facsimile to (808) 541-2958 to the party listed below:

    DARREN W.K. CHING, ESQ.
    Assistant U.S. Attorney
    Room 6100, PJKK Federal Building
    300 Ala Moana Blvd., Box 50183
    Honolulu, HI 96850

    Attorney for U.S.A.

                                        /s/ Jack Schweigert
                                        JACK SCHWEIGERT
                                        Attorney for Defendant