ORIGINAL

AO 89 (Rev. 7/95) Subpoena In a Criminal Case

# United States District Court
## DISTRICT OF HAWAII

UNITED STATES OF AMERICA

V.

SILVER JOSE GALINDO, also known as Daniel S. Galindo, also known as Timothy Mau

**SUBPOENA IN A CRIMINAL CASE**

CASE NUMBER: 04-00053 DAE

TO: DENNIS TADIO Reg. no 94327-022
c/o FDC Honolulu
Honolulu, Hawaii

*Den Tadio 3-28-08*
*2:30 p.m.*

[X] YOU ARE COMMANDED to appear in the United States District Court at the place, date and time specified below, or any subsequent place, date and time set by the court, to testify in the above referenced case. This subpoena shall remain in effect until you are granted leave to depart by the court or by an officer acting on behalf of the court.

| PLACE | COURTROOM |
|---|---|
| HONORABLE DAVID A. EZRA<br>United States District Court<br>300 Ala Moana Boulevard, 4th Floor<br>Honolulu, Hawaii | 4th Floor |
| | DATE AND TIME<br>April 8, 2008; 9:00 a.m. |

[ ] YOU ARE ALSO COMMANDED to bring with you the following document(s) or object(s):

| U.S. MAGISTRATE JUDGE OR CLERK OF COURT | DATE |
|---|---|
| (BY) DEPUTY CLERK | |

ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER

JACK SCHWEIGERT
550 Halekauwila Street, Room 309; Honolulu, HI 96813; Phone: (808) 533-7491

AO 89   (Rev. 7/95)   Subpoena in a Criminal Case

## PROOF OF SERVICE

|  | DATE | PLACE |
|---|---|---|
| RECEIVED BY SERVER | 3/28/08 | 206 Merchant Street<br>Honolulu, HI 96813 |
| SERVED | 3/28/08 | FDC - Honolulu - 351 Elliott Street<br>Honolulu, HI 96819 |

| SERVED ON (PRINT NAME) | FEES AND MILEAGE TENDERED TO WITNESS |
|---|---|
| Dennis Tadio | ☐ YES   ☐ NO   AMOUNT $ |

| SERVED BY (PRINT NAME) | TITLE |
|---|---|
| H. Joseph Cabrejos | Investigator |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on  3/28/08
_____
Date

Signature of server

206 Merchant Street, Honolulu, HI 96813
Address of server

ADDITIONAL INFORMATION