# MINUTES

| | |
|---|---|
| CASE NUMBER: | CR 04-00053DAE |
| CASE NAME: | USA v. Silver Jose Galindo |
| ATTYS FOR PLA: | Darren Ching |
| ATTYS FOR DEFT: | Jack Schweigert |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | David Alan Ezra | REPORTER: | Cynthia Fazio |
| DATE: | 3/31/2008 | TIME: | 2:15pm-2:50pm |

COURT ACTION:  EP:  Defendant's Oral Motion to Continue Trial.

Defendant present in custody.

Oral arguments heard.

Defendant's Oral Motion to Continue Trial-GRANTED.  Trial continued to 4/4/2008.  The Court finds that the ends of justice served by such an action outweigh the best interest of the public and the defendant in a speedy trial.  The Court order that the period from 4/1/2008 to and including 4/3/2008 be excluded from computation under the Speedy Trial Act as a failure to grant the continuance would unreasonably deny counsel for the defendant reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

Defendant's Oral Motion to Dismiss Indictment-SET for 4/3/2008 @9:00amDAE.  Responses due simultaneously by 4/2/2008 @Noon.

Defendant remanded to the custody of U.S. Marshals.

Submitted by:  Theresa Lam, Courtroom Manager