# MINUTES

| | |
|---|---|
| CASE NUMBER: | CR 04-00053DAE |
| CASE NAME: | USA v. Silver Jose Galindo |
| ATTYS FOR PLA: | Darren Ching |
| ATTYS FOR DEFT: | Jack F. Schweigert |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | David Alan Ezra | REPORTER: | Cynthia Fazio |
| DATE: | 4/3/2008 | TIME: | 9:00am-9:40am |

COURT ACTION:  EP: [227]Defendant's Oral Motion to Dismiss 3rd Superseding Indictment.

Defendant present in custody.

Oral arguments heard.

Defendant's Oral Motion to Dismiss 3rd Superseding Indictment-DENIED.

Trial is set for 4/4/2008 @9:00amDAE.

Court to issue order.

Submitted by:  Theresa Lam, Courtroom Manager