w. TL

AO 187 (Rev. 7/87) Exhibit and Witness List

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
APR 04 2008
at 6 o'clock and 50 min. a M.
SUE BEITIA, CLERK

# United States District Court
## District of Hawaii

| USA | v. | SILVER JOSE GALINDO | EXHIBIT AND WITNESS LIST |
|---|---|---|---|
| | | | CASE NUMBER: CR 04-00053 DAE |

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| David Alan Ezra | Darren W.K. Ching | Jack Schweigert |

| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
|---|---|---|
| April 1, 2008 | | |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | 1 | | | | Letter dated 5/10/06 from Gordon to Ching |
| | 2 | | | | Letter dated 5/19/06 from Gordon to Ching w/attachments |
| | 3 | | | | Indictment of Ferrer dated 9/10/03, Cr. No. 03-454 SOM |
| | 4 | | | | Government's Motion to Detail Defendant Without Bail, filed 11/24/03 |
| | 5 | | | | Order to Detail Defendant Without Bail filed 11/26/03 |
| | 6 | | | | Memorandum of Plea Agreement for Defendant Ferrer filed 4/30/04 |
| | 7 | | | | Judgment in USA v. Ferrer, Cr. No. 03-454 SOM, filed 7/27/06 |
| | 8 | | | | Warrant of Arrest for Galindo dated 9/12/03 |
| | 9 | | | | Photograph of keys seized 9/6/03 |
| | 10 | | | | Photograph of shoes seized 9/6/03 |
| | 11 | | | | Harry Huger HPD 252 Statement, dated 5/11/00 |
| | 12 | | | | Partial Transcript of taped interview of Harry Huger dated 9/6/03 |
| | 13 | | | | Jim Delmonte's HPD 252 Statement, dated 9/6/03 |
| | 14 | | | | Sandra Delmonte's HPD 252 Statement, dated 9/1/03 |
| | 15 | | | | Officer Goo's Incident Report dated 9/6/03 |
| | 16 | | | | Photograph of vehicle at 62-148A Lokoea Place taken 2/29/04 |
| | 17 | | | | Photograph of vehicle at 62-148A Lokoea Place taken 2/29/04 |
| | 18 | | | | Photograph of bedroom at 62-148A Lokoea Place taken 2/29/04 |
| | 19 | | | | Photograph of bedroom at 62-148A Lokoea Place taken 2/29/04 |
| | 20 | | | | Photograph of bedroom at 62-148A Lokoea Place taken 2/29/04 |
| | 21 | | | | Photograph of bedroom at 62-148A Lokoea Place taken 2/29/04 |
| | 22 | | | | Photograph of bathroom sink at 62-148A Lokoea Place taken 2/29/04 |

include a notation as to the location of any exhibit not held with the case file or not available because of size.

AO 187A (Rev. 7/87)     EXHIBIT AND WITNESS LIST - CONTINUATION

USA v. SILVER JOSE GALINDO

CASE NUMBER: CR. No. 04-00053 DAE

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | 23 | | | | Letter dated 10/26/07 from Darren Ching to Jack Schweigert |
| | 24 | | | | S/A Torco's Investigative Report #6 submitted 3/8/04 |
| | 25 | | | | Indictment of Cacho & Tomaszycki filed 3/11/04, Cr. No. 04-120 DAE |
| | 26 | | | | Cacho's Memorandum of Plea Agreement filed 6/10/04 |
| | 27 | | | | Cacho's Criminal Judgment filed 4/8/05 |
| | 28 | | | | Tomaszycki's Memorandum of Plea Agreement filed 9/7/04 |
| | 29 | | | | Tomaszycki's Criminal Judgment filed 3/9/06 |
| | 30 | | | | Officer Tafaoa's SIS Work Request dated 5/4/04, re: drugs |
| | 31 | | | | Officer Puuahala's SIS Work Request dated 3/11/04, re: drugs |
| | 32 | | | | Officer Puuahala's SIS Work Request dated 3/11/04, re: firearm |
| | 33 | | | | S/A Torco's Request for Written Consent from Mona Kamoe dated 3/11/04 |
| | 34 | | | | S/A Torco's Request for Written Consent from Charles Ingram dated 3/11/04 |
| | 35 | | | | Charles Ingram's Guilty Plea in Cr. No. 06-1-1628 filed 12/13/06 |
| | 36 | | | | Charles Ingram's Guilty Plea in Cr. No. 06-1-2258 dated 4/5/07 |
| | 37 | | | | Photograph of money seized 3/11/04 from Galindo |
| | 38 | | | | S/A Torco's Investigative Report #15 dated 8/15/05 (w/o attachments) |
| | 39 | | | | S/A Torco's Investigative Report #17 dated 10/23/07 |
| | 40 | | | | S/A Picciano's Investigative Report prepared 12/7/04 |
| | 41 | | | | Indictment of Heffelfinger filed 12/1/04, Cr. No. 04-472 |
| | 42 | | | | Heffelfinger Memorandum of Plea Agreement filed 3/22/05 |
| | 43 | | | | Heffelfinger Criminal Judgment filed 12/19/06 |
| | 44 | | | | |
| | 45 | | | | |
| | 46 | | | | |
| | 47 | | | | |
| | 48 | | | | |
| | 49 | | | | |