# MINUTES

CASE NUMBER:        CR 04-00053DAE

CASE NAME:          USA v. Silver Jose Galindo

ATTYS FOR PLA:      Darren Ching
                    Loretta Sheehan

ATTYS FOR DEFT:     Jack F. Schweigert

INTERPRETER:

---

JUDGE:    David Alan Ezra          REPORTER:    Cynthia Fazio

DATE:     4/4/2008                 TIME:        9:00am-12:10pm

---

COURT ACTION:  EP:  Jury Selection as to Counts 1, 2, 3, 4, 8, 9, 10, and 11.

Defendant present in custody.

76 potential jurors present.

12 jurors selected, 2 alternates.

Jurors sworn.

Jury Trial, 1st day-SET for  4/8/2008 @9:00amDAE.

Submitted by:  Theresa Lam, Courtroom Manager