# MINUTES

| | |
|---|---|
| CASE NUMBER: | CR 04-00053DAE |
| CASE NAME: | USA v. Silver Jose Galindo |
| ATTYS FOR PLA: | Darren Ching |
| | Loretta Sheehan |
| ATTYS FOR DEFT: | Jack F. Schweigert |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | David Alan Ezra | REPORTER: | Cynthia Fazio |
| DATE: | 4/4/2008 | TIME: | 2:30pm-3:00pm |

COURT ACTION:  EP:  [137]MOTION IN LIMINE REGARDING "UNITED STATES' WRITTEN NOTICE PURSUANT TO FEDERAL RULE OF EVIDENCE 404(b).

Defendant present in custody.

Oral arguments heard.

MOTION IN LIMINE REGARDING "UNITED STATES' WRITTEN NOTICE PURSUANT TO FEDERAL RULE OF EVIDENCE 404(b)- GRANTED IN PART, DENIED IN PART.  Motion terminated.

Defendant remanded to the custody of U.S. Marshals.

Submitted by:  Theresa Lam, Courtroom Manager