EDWARD H. KUBO, JR.        #2499
United States Attorney
District of Hawaii

DARREN W.K. CHING          #6903
LORETTA SHEEHAN            #4160
Assistant U.S. Attorneys
PJKK Federal Bldg., Room 6-100
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-mail: Darren.Ching@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR. NO. 04-00053 DAE |
| | ) |
| Plaintiff, | ) GOVERNMENT'S SUPPLEMENTAL |
| | ) AMENDED EXHIBIT LIST; |
| vs. | ) CERTIFICATE OF SERVICE |
| | ) |
| SILVER JOSE GALINDO, | ) |
| aka: Daniel S. Galindo, | ) |
| aka: Timothy Mau, | ) Trial Date: April 4, 2008 |
| | ) Time:  9:00 A.m. |
| Defendant. | ) Judge: Hon. David Alan Ezra |
| | ) |

GOVERNMENT'S SUPPLEMENTAL AMENDED EXHIBIT LIST

The Government hereby submits its supplemental amended exhibit list, attached hereto, in the above-captioned matter.

DATED:  April 7, 2008, at Honolulu, Hawaii.

                    EDWARD H. KUBO, JR.
                    United States Attorney
                    District of Hawaii

                        /s/ Darren W.K. Ching
                    By_____
                      DARREN W.K. CHING
                      Assistant U.S. Attorney

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

**UNITED STATES** v. **SILVER JOSE GALINDO,**   AMENDED EXHIBIT LIST
  aka: **Daniel S. Galindo,**
  aka: **Timothy Mau,**                       CR. NO. 04-00053 DAE

| Presiding Judge | Plaintiff's Attorneys | Defendant's Attorney |
|---|---|---|
| **DAVID A. EZRA** | **AUSA DARREN W.K. CHING**<br>**AUSA LORETTA SHEEHAN** | **JACK SCHWEIGERT, ESQ.** |
| Trial Date<br>**April 4, 2008** | Court Reporter | Courtroom Deputy<br>**Theresa Lam** |

| Plf. No. | Date Offr'd | Mrk | Adm | Exhibits |
|---|---|---|---|---|
| 206 | | | | Photo of ceiling entry of Ewa Beach House |
| 207 | | | | Photo of ceiling entry of Ewa Beach House |
| 208 | | | | Photo of attic of Ewa Beach House |
| 209 | | | | Photo of attic of Ewa Beach House |
| 210 | | | | Photo of attic of Ewa Beach House |
| 211 | | | | Photo of attic of Ewa Beach House |
| 212 | | | | Photo of attic of Ewa Beach House |
| 213 | | | | Photo of attic of Ewa Beach House |
| 214 | | | | Photo of attic of Ewa Beach House |
| 215 | | | | Photo of attic of Ewa Beach House |

| Plf. No. | Date Offr'd | Mrk | Adm | Exhibits |
|---|---|---|---|---|
| 216 | | | | Photo of attic of Ewa Beach House |
| 217 | | | | Photo of attic of Ewa Beach House |
| 218 | | | | Photo of attic of Ewa Beach House |
| 219 | | | | Photo of attic of Ewa Beach House |
| 220 | | | | Photo of living room of Ewa Beach House |
| 221 | | | | Rough Diagram of Ewa Beach House |
| 222 | | | | Aerial view of Pacific Marina Inn |
| 223 | | | | Aerial view of Golden Coin |
| 224 | | | | 67 blank rounds of 5.56 MM-M200 ammunition |
| | | | | |

| Plf. No. | Date Offr'd | Mrk | Adm |
|---|---|---|---|

CERTIFICATE OF SERVICE

      I hereby certify that on the date and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at his last known address:

Served by Facsimile:

    JACK SCHWEIGERT, ESQ.
    The Lawyers Building
    550 Halekauwila, Room 309
    Honolulu, HI 96813

    Attorney for Defendant

      DATED:  April 7, 2008, at Honolulu, Hawaii.

                                      /s/ Kari Cadelinia
                                      U.S. Attorney's Office
                                      District of Hawaii