# MINUTES

| | |
|---|---|
| CASE NUMBER: | CR 04-00053DAE |
| CASE NAME: | USA v. Silver Jose Galindo |
| ATTYS FOR PLA: | Darren Ching<br>Loretta Sheehan |
| ATTYS FOR DEFT: | Jack F. Schweigert |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | David Alan Ezra | REPORTER: | Cynthia Fazio |
| DATE: | 4/8/2008 | TIME: | 9:00am-12:00pm<br>1:30pm-4:15pm |

COURT ACTION:  EP: Jury Trial as to Counts 1, 2, 3, 4, 8, 9, 10, and 11-1st Day.

Defendant present in custody.

12 jurors, 2 alternates present.

Government's opening statement.

Government's Witnesses:  Gary Takamoto, Hector Ferrer, Elma Tierra, Officer Jeffrey Omine, Dennis Tadio, Lee Shellko, Elizabeth Valdez.

Government's Exhibits Received: 154, 205, 158, 169, 161, 159, 167, 168, 172, 173, 174, 175, 222, 155, 151, 179, 180, 181, 145, 135, 134, 223.

Defendant's Witnesses: Gary Takamoto

Defendant's Exhibits Received: 6.

Further Jury Trial, 2nd day-4/9/2008 @9:00amDAE.

Defendant remanded to the custody of U.S. Marshals.

Submitted by:  Theresa Lam, Courtroom Manager