# MINUTES

CASE NUMBER:      CR 04-00053DAE

CASE NAME:        USA v. Silver Jose Galindo

ATTYS FOR PLA:    Darren Ching
                  Loretta Sheehan

ATTYS FOR DEFT:   Jack F. Schweigert

INTERPRETER:

| | | | |
|---|---|---|---|
| JUDGE: | David Alan Ezra | REPORTER: | Cynthia Fazio |
| DATE: | 4/9/2008 | TIME: | 9:00am-12:00pm<br>1:30pm-4:15pm |

COURT ACTION:   EP: Jury Trial as to Counts 1, 2, 3, 4, 8, 9, 10, and 11-2nd Day.

Defendant present in custody.

12 jurors, 2 alternates present.

Government's Witnesses: Daniel Walls, Terrence Radford, Walter Cacho, James Yuen.

Government's Exhibits Received:  120, 123, 122, 124, 125, 126, 140, 139, 112, 113, 109, 110, 111, 88, 89, 90, 91, 92, 93, 94, 95, 96, 87, 224, 84, 85, 86, 98.

Defendant's Exhibits Received: 9, 26, 27.

Further Jury Trial, 3rd day-4/10/2008 @9:00amDAE.

Defendant remanded to the custody of U.S. Marshals.

Submitted by:  Theresa Lam, Courtroom Manager