# MINUTES

| | |
|---|---|
| CASE NUMBER: | CR 04-00053DAE |
| CASE NAME: | USA v. Silver Jose Galindo |
| ATTYS FOR PLA: | Darren Ching<br>Loretta Sheehan |
| ATTYS FOR DEFT: | Jack F. Schweigert |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | David Alan Ezra | REPORTER: | Cynthia Fazio |
| DATE: | 4/10/2008 | TIME: | 9:00am-12:00pm<br>1:30pm-4:15pm |

COURT ACTION:  EP: Further Jury Trial as to Counts 1, 2, 3, 4, 8, 9, 10, and 11-3rd Day.

Defendant present in custody.

12 jurors, 2 alternates present.

Government's Witnesses:  Robert Tomaszycki, Eric Yamane, Landon Tafaoa, Timothy Mau, Jordan Lowe, Justin Aiu, Leighton Kalapa, Cindee Saito.

Government's Exhibits Received: 191, 13, 12, 1, 4, 5, 2, 3, 14a, 14b, 17.

Defendant's Exhibits Received: 28, 45, 46.

Further Jury Trial, 4th day-4/15/2008 @10:30amDAE.

Defendant remanded to the custody of U.S. Marshals.

Submitted by:  Theresa Lam, Courtroom Manager