EDWARD H. KUBO, JR.      #2499
United States Attorney
District of Hawaii

DARREN W.K. CHING        #6903
LORETTA SHEEHAN          #4160
Assistant U.S. Attorneys
PJKK Federal Bldg., Room 6-100
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-mail: Darren.Ching@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR. NO. 04-00053 DAE |
| | ) |
| Plaintiff, | ) GOVERNMENT'S SECOND |
| | ) SUPPLEMENTAL AMENDED EXHIBIT |
| vs. | ) LIST; CERTIFICATE OF SERVICE |
| | ) |
| SILVER JOSE GALINDO, | ) |
|   aka: Daniel S. Galindo, | ) |
|   aka: Timothy Mau, | ) |
| | ) |
| Defendant. | ) |
| | ) |

GOVERNMENT'S SECOND SUPPLEMENTAL AMENDED EXHIBIT LIST

The Government hereby submits its second supplemental amended exhibit list, attached hereto, in the above-captioned matter.

DATED: April 14, 2008, at Honolulu, Hawaii.

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii
        /s/ Darren W.K. Ching
By_____
    DARREN W.K. CHING
    Assistant U.S. Attorney

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| **UNITED STATES** v. **SILVER JOSE GALINDO,**<br>  aka: **Daniel S. Galindo,**<br>  aka: **Timothy Mau,** | **AMENDED EXHIBIT LIST**<br><br>**CR. NO. 04-00053 DAE** |

| Presiding Judge<br>**DAVID A. EZRA** | Plaintiff's Attorneys<br>**AUSA DARREN W.K. CHING**<br>**AUSA LORETTA SHEEHAN** | Defendant's Attorney<br>**JACK SCHWEIGERT, ESQ.** |
|---|---|---|
| Trial Date<br>**April 4, 2008** | Court Reporter | Courtroom Deputy<br>**Theresa Lam** |

| Plf. No. | Date Offr'd | Mrk | Adm | Exhibits |
|---|---|---|---|---|
| 227 | | | | Balance Worksheet for March 2, 2004 |
| 228 | | | | Balance Worksheet for April 2, 2004 |
| 229 | | | | Balance Worksheet for May 3, 2004 |
| 230 | | | | Balance Worksheet for June 3, 2004 |
| 231 | | | | Certificate of Calibration January 26, 2004 |
| 232 | | | | Certificate of Calibration June 21, 2004 |
| 233 | | | | Report of Calibration February 6, 2003 |
| 234 | | | | Report of Calibration March 18, 2008 |
| 235 | | | | Report of Calibration April 19, 2004 |
| 236 | | | | Polystyrene Check December 3, 2003 |

| Plf. No. | Date Offr'd | Mrk | Adm | Exhibits |
|---|---|---|---|---|
| 237 | | | | Polystyrene Check March 12, 2004 |
| 238 | | | | Polystyrene Check March 24, 2004 |
| | | | | |

CERTIFICATE OF SERVICE

I hereby certify that on the date and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at his last known address:

Served by Facsimile:

    JACK SCHWEIGERT, ESQ.
    The Lawyers Building
    550 Halekauwila, Room 309
    Honolulu, HI 96813

    Attorney for Defendant


DATED: April 14, 2008, at Honolulu, Hawaii.


/s/ Kari Cadelinia
_____
U.S. Attorney's Office
District of Hawaii