AO 89 (Rev. 7/95) Subpoena In a Criminal Case

# United States District Court
## DISTRICT OF HAWAII

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
APR 14 2008
at __ o'clock and __ min. __ M.
SUE BEITIA, CLERK

UNITED STATES OF AMERICA

V.

SILVER JOSE GALINDO, also known as Daniel S. Galindo, also known as Timothy Mau

**SUBPOENA IN A CRIMINAL CASE**

CASE NUMBER: 04-00053 DAE

TO:
WILLIAM A. KALANI #89679-022
FDC HONOLULU - FEDERAL DETENTION CENTER
351 ELLIOT STREET, HONOLULU, HI 96819
PHONE: (808) 838-4200

[X] YOU ARE COMMANDED to appear in the United States District Court at the place, date and time specified below, or any subsequent place, date and time set by the court, to testify in the above referenced case. This subpoena shall remain in effect until you are granted leave to depart by the court or by an officer acting on behalf of the court.

| PLACE | COURTROOM |
|---|---|
| HONORABLE DAVID A. EZRA<br>United States District Court<br>300 Ala Moana Boulevard, 4th Floor<br>Honolulu, Hawaii 96850 | 4th Floor |
| | DATE AND TIME |
| | April 16th, 2008; 9:00 a. m. |

[ ] YOU ARE ALSO COMMANDED to bring with you the following document(s) or object(s):

U.S. MAGISTRATE JUDGE OR CLERK OF COURT

(BY) DEPUTY CLERK

DATE

ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER

JACK SCHWEIGERT
550 Halekauwila Street, Room 309; Honolulu, Hawaii 96813; Phone: (808) 533-7491

AO 89  (Rev. 7/95)   Subpoena in a Criminal Case

| PROOF OF SERVICE | | |
|---|---|---|
| RECEIVED BY SERVER | DATE: April 8, 2008 | PLACE: 206 Merchant Street, Second Floor, Honolulu, Hawaii 96813 |
| SERVED | DATE: 4/10/08 9:35am | PLACE: FDC-Honolulu Visiting Area |
| SERVED ON (PRINT NAME): WILLIAM A. KALANI | | FEES AND MILEAGE TENDERED TO WITNESS: ☐ YES  ☒ NO  AMOUNT $_____ |
| SERVED BY (PRINT NAME): H. JOSEPH CABREJOS | | TITLE: INVESTIGATOR |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on  4/10/08
            _____           _____
                   Date                         Signature of server

206 Merchant Street, Second Floor, Honolulu, Hawaii 96813
_____
Address of server

ADDITIONAL INFORMATION

William A. Kalani was served on the above date, time and location, but he was not allowed to take anything back with him to his holding cell.  Mr. Kalani agreed to have his subpoena mailed to him.