AO 89 (Rev. 7/95) Subpoena In a Criminal Case

# United States District Court
### DISTRICT OF HAWAII

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
APR 14 2008
at ___ o'clock and ___ min. ___ M.
SUE BEITIA, CLERK

UNITED STATES OF AMERICA

v.

SILVER JOSE GALINDO, also known as Daniel S. Galindo, also known as Timothy Mau

**SUBPOENA IN A CRIMINAL CASE**

CASE NUMBER: 04-00053 DAE

TO:
FREDDERICK DEGALA #100657
HPD - PEARL CITY STATION
1100 WAIMANO HOME RD., PEARL CITY, HI 96782
PHONE: (808) 723-8803

☒ YOU ARE COMMANDED to appear in the United States District Court at the place, date and time specified below, or any subsequent place, date and time set by the court, to testify in the above referenced case. This subpoena shall remain in effect until you are granted leave to depart by the court or by an officer acting on behalf of the court.

| PLACE | COURTROOM |
|---|---|
| HONORABLE DAVID A. EZRA<br>United States District Court<br>300 Ala Moana Boulevard, 4th Floor<br>Honolulu, Hawaii 96850 | 4th Floor |
| | DATE AND TIME |
| | April 16th, 2008; 9:00 a. m. |

☐ YOU ARE ALSO COMMANDED to bring with you the following document(s) or object(s):

| U.S. MAGISTRATE JUDGE OR CLERK OF COURT | DATE |
|---|---|
| (BY) DEPUTY CLERK | |

ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER

JACK SCHWEIGERT
550 Halekauwila Street, Room 309; Honolulu, Hawaii 96813; Phone: (808) 533-7491

AO 89   (Rev. 7/95)   Subpoena in a Criminal Case

| PROOF OF SERVICE | | |
|---|---|---|
| RECEIVED BY SERVER | DATE<br>April 8, 2008 | PLACE<br>206 Merchant Street, Second Floor, Honolulu, Hawaii 96813 |
| SERVED | DATE   3:09 PM<br>April 11, 2008 | PLACE<br>HPD-Pearl City Station<br>1100 Waimano Home Road, Pearl City, Hawaii 96782 |
| SERVED ON (PRINT NAME)<br>Fredderick Degala #100657 | | FEES AND MILEAGE TENDERED TO WITNESS<br>[X] YES   [ ] NO   AMOUNT $ 54.00 |
| SERVED BY (PRINT NAME)<br>Warren K. Tang | | TITLE<br>Investigator |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on   April 14, 2008
                    *Date*

*Signature of server*

206 Merchant Street, Second Floor, Honolulu, HI 96813
*Address of server*

ADDITIONAL INFORMATION