EDWARD H. KUBO, JR.  #2499
United States Attorney
District of Hawaii

DARREN W.K. CHING   #6903
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Blvd.,
Honolulu, Hawaii  96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
E-mail:   Darren.Ching@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 04-00053 DAE |
| | ) | |
| Plaintiff, | ) | ORDER DIRECTING UNITED STATES |
| | ) | MARSHAL SERVICE TO PRODUCE |
| | ) | NECIA BEA KUUI HAO FOR VIDEO |
| vs. | ) | CONFERENCE TESTIMONY |
| | ) | |
| SILVER JOSE GALINDO, | ) | |
| (a.k.a. DANIEL S. GALINDO), | ) | |
| (a.k.a. TIMOTHY MAU), | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

ORDER DIRECTING UNITED STATES MARSHAL SERVICE TO
PRODUCE NECIA BEA KUUI HAO FOR VIDEO CONFERENCE TESTIMONY

It is HEREBY ORDERED that the United States Marshal Service produce NECIA BEA KUUI HAO #95962-022, now confined at the FTC Oklahoma City, Federal Transfer Center 7410 S. MacArthur Boulevard, Oklahoma City, OK 73169, before the United States District Court in Oklahoma City on Wednesday, April 16, 2008 at 9:00 a.m. (HST)/2:00 p.m. (CST) or at any time thereafter as the United States Attorney or a federal Judge or Magistrate may direct, so that said person may appear in accordance with law in

the case of United States of America v. Silver Jose Galindo, Cr. No. 04-00053 DAE for video conference testimony.

DATED: April 15, 2008, Honolulu, Hawaii.



_____
David Alan Ezra
United States District Judge

United States v. Silver Jose Galindo
Cr. No. 04-00053
ORDER DIRECTING UNITED STATES MARSHAL SERVICE TO PRODUCE NECIA BEA KUUI HAO FOR VIDEO CONFERENCE TESTIMONY