EDWARD H. KUBO, JR.      #2499
United States Attorney
District of Hawaii

RONALD G. JOHNSON        #4532
Chief, Major Crimes

DARREN W.K. CHING        #6903
LORETTA SHEEHAN          #4160
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii 96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
E-mail: Darren.Ching@usdoj.gov
        Loretta.Sheehan@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. 04-00053 DAE |
| | ) | |
| Plaintiff, | ) | |
| | ) | TRIAL STIPULATION |
| vs. | ) | REGARDING TESTIMONY |
| | ) | OF HARRY HUBER |
| SILVER JOSE GALINDO, | ) | |
| a.k.a. Daniel S. Galindo, | ) | |
| a.k.a. Timothy Mau, | ) | |
| | ) | |
| Defendant. | ) | |

TRIAL STIPULATION REGARDING TESTIMONY OF HARRY HUBER

The United States of America, through its attorneys, and the Defendant, through his attorney Jack Schweigert, stipulate that, if called to testify, Harry Huber would testify that:

1.  On May 11, 2000, he reported a firearm, to wit, a Colt .45 caliber semi-automatic handgun, serial number 2-741-124, as missing to the Honolulu Police Department.  He had looked for

this firearm at his father's house where he had been storing it could not locate it.

   Dated: April 16, 2008, at Honolulu, Hawaii.

             /s/ Darren W.K. Ching
             DARREN W.K. CHING
             Assistant U.S. Attorney

             /s/ Jack Schweigert

             JACK SCHWEIGERT, ESQ.
             Attorney for Defendant
             SILVER JOSE GALINDO

<u>United States v. Silver Jose Galindo</u>
Cr. No. 04-0053 DAE
"Trial Stipulation Re: Testimony of Harry Huber"