# MINUTES

| | |
|---|---|
| CASE NUMBER: | CR 04-00053DAE |
| CASE NAME: | USA v. Silver Jose Galindo |
| ATTYS FOR PLA: | Darren Ching |
| | Loretta Sheehan |
| ATTYS FOR DEFT: | Jack F. Schweigert |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | David Alan Ezra | REPORTER: | Cynthia Fazio |
| DATE: | 4/15/2008 | TIME: | 10:45am-12:00pm |
| | | | 1:30pm-4:15pm |

COURT ACTION:  EP: Further Jury Trial as to Counts 1, 2, 3, 4, 8, 9, 10, and 11-4th Day.

Defendant present in custody.

12 jurors, 2 alternates present.

Government's Witnesses: Judith Christiensen, James Delmonte, Melvin Partido, Travis Heffelfinger, Charles Ingram.

Government's Exhibits Received:  227-238.

Further Jury Trial, 4th day-4/16/2008 @9:00amDAE.

Defendant remanded to the custody of U.S. Marshals.

Submitted by:  Theresa Lam, Courtroom Manager