# MINUTES

| | |
|---|---|
| CASE NUMBER: | CR 04-00053DAE |
| CASE NAME: | USA v. Silver Jose Galindo |
| ATTYS FOR PLA: | Darren Ching |
| | Loretta Sheehan |
| ATTYS FOR DEFT: | Jack F. Schweigert |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | David Alan Ezra | REPORTER: | Cynthia Fazio |
| DATE: | 4/16/2008 | TIME: | 9:00am-12:00pm |
| | | | 1:30pm-4:15pm |

COURT ACTION:  EP: Further Jury Trial as to Counts 1, 2, 3, 4, 8, 9, 10, and 11-5th Day.

Defendant present in custody.

12 jurors, 2 alternates present.

Trial Stipulation Regarding Testimony of Harry Huber read into the record.

Government's Witnesses: Ty Torco.

Government's Exhibits Received: 25, 27-35, 37-42, 64-73, 114, 117, 118, 18-22, 81, 82, 83.

Government rests.

Defendant's Motion for Judgement of Acquittal as to Count 11-DENIED.

Defendant's opening statement.

Defendant's Witnesses:  Necia Hao(via video conference), Leroy Fujishige, Fredderick Degala, Christopher Santos, Joseph Gomes.

Further Jury Trial, 6th day-4/17/2008 @9:00amDAE.

Defendant remanded to the custody of U.S. Marshals.

Submitted by: Theresa Lam, Courtroom Manager