# MINUTES

| | |
|---|---|
| CASE NUMBER: | CR 04-00053DAE |
| CASE NAME: | USA v. Silver Jose Galindo |
| ATTYS FOR PLA: | Darren Ching<br>Loretta Sheehan |
| ATTYS FOR DEFT: | Jack F. Schweigert |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | David Alan Ezra | REPORTER: | Cynthia Fazio |
| DATE: | 04/17/2008 | TIME: | 9:00am - 11:15am<br>2:30pm - 4:15pm |

COURT ACTION: EP: Further Jury Trial as to Counts 1, 2, 3, 4, 8, 9, 10, and 11-6th Day.

Defendant present in custody.

12 jurors, 2 alternates present.

Defendant's Witnesses: William Sullivan, James Yuen, Ty Torco.

Defendant rests.

Jurors excused at 11:00am.

Defendant remanded to the custody of U.S. Marshals.

Jury instructions settled with Counsel. Defendant's presence is waived.

Further Jury Trial, 7th day-4/18/2008 @9:00amDAE.

Submitted by: Theresa Lam, Courtroom Manager