# MINUTES

CASE NUMBER:     CR NO. 04-00053DAE

CASE NAME:       United States of America Vs. Silver Jose Galindo

ATTYS FOR PLA:   Darren W. K. Ching
                 Loretta Sheehan

ATTYS FOR DEFT:  Jack Schweigert

INTERPRETER:

JUDGE:    David Alan Ezra          REPORTER:   Cynthia Fazio

DATE:     04/18/2008               TIME:       9:11am-12:03pm
                                               2:06pm-2:49pm

COURT ACTION:  EP: Further Jury Trial (7th Day)  as to Counts 1, 2, 3, 4, 8, 9, 10 and 11-Defendant present in Custody.  Also present 12 Jurors and 2 Alternate Jurors.

Court instructs the Jury-9:26 a.m.

Closing Arguments on behalf of the Government and The Defendant.

The Two Alternate Jurors are released.

Jurors start to deliberate at 3:00 p.m.

Note from the Jury will be addressed on Monday, April 21, 2008 @9:00 a.m.

Jurors left for the day @4:30 p.m.

Further Jury Deliberations (2nd Day)  continued to 4/21/2009 @9:00 a.m.

Submitted by Leslie L. Sai, Courtroom Manager