# MINUTES

| | |
|---|---|
| CASE NUMBER: | CR 04-00053DAE |
| CASE NAME: | USA v. Silver Jose Galindo |
| ATTYS FOR PLA: | Darren Ching |
| | Loretta Sheehan |
| ATTYS FOR DEFT: | Jack F. Schweigert |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | David Alan Ezra | REPORTER: | Cynthia Fazio |
| DATE: | 4/21/2008 | TIME: | 9:00am-9:45am |
| | | | 1:30pm-2:00pm |

COURT ACTION: EP: Further Jury Deliberations-2nd Day.

12 jurors return to deliberate.

Defendant present in custody.

Court addresses juror question #1 with Counsel.

Defendant remanded to the custody of U.S. Marshals.

(11:40 a.m.) Bailiff notified the Court that the Jurors have reached a verdict.

(1:30 p.m.) - Jurors present.

Defendant Silver Jose Galindo present.

Jurors inform the Court that they have reached a verdict, and that it is unanimous.

Verdict published - Guilty as to Counts 1, 2, 3, 4, 8, 9, 10, and 11.

Jurors polled, and the verdict is unanimous.

Jurors discharged.

Referred for presentence investigation and report, and sentencing is set for 8/15/08 @ 1:30p.m. DAE.

Defendant remanded to the custody of U.S. Marshals.

Submitted by: Theresa Lam, Courtroom Manager