FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 2 1 2008

at ____ o'clock and 45 min. P M.
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 04-0053 DAE |
| | ) | |
| Plaintiff, | ) | VERDICT FORM |
| | ) | |
| v. | ) | |
| | ) | |
| SILVER JOSE GALINDO, | ) | |
| a.k.a. Daniel S. Galindo, | ) | |
| a.k.a. Timothy Mau, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

<u>VERDICT FORM</u>

Count 1:

We, the jury in the above-entitled cause, find
Defendant SILVER JOSE GALINDO:

_____ Not Guilty          __X__ Guilty


Count 2:

We, the jury in the above-entitled cause, find
Defendant SILVER JOSE GALINDO:

_____ Not Guilty          __X__ Guilty

If you find Defendant SILVER JOSE GALINDO guilty as to
Count 2, then state the amount of methamphetamine, its salts,
isomers, and salts of isomers, in other words, the amount of 100%

pure methamphetamine which you find proven by the government
beyond a reasonable doubt:

      \_\_\_X\_\_\_ 5 grams or more of methamphetamine, its salts,
isomers, and salts of isomers;

      OR

      _____ less than 5 grams of methamphetamine, its
salts, isomers, and salts of isomers.


Count 3:

      We, the jury in the above-entitled cause, having found
the Defendant SILVER JOSE GALINDO guilty in Count 2, find
Defendant SILVER JOSE GALINDO:

      _____ Not Guilty      \_\_\_X\_\_\_ Guilty


Count 4:

      We, the jury in the above-entitled cause, find
Defendant SILVER JOSE GALINDO:

      _____ Not Guilty      \_\_\_X\_\_\_ Guilty


Count 8:

      We, the jury in the above-entitled cause, find
Defendant SILVER JOSE GALINDO:

      _____ Not Guilty      \_\_\_X\_\_\_ Guilty

<u>Count 9</u>:

We, the jury in the above-entitled cause, find Defendant SILVER JOSE GALINDO:

_____ Not Guilty      __X__ Guilty


<u>Count 10</u>:

We, the jury in the above-entitled cause, find Defendant SILVER JOSE GALINDO:

_____ Not Guilty      __X__ Guilty

If you find Defendant SILVER JOSE GALINDO guilty as to Count 10, then state the amount of methamphetamine, its salts, isomers, and salts of isomers, in other words, the amount of 100% pure methamphetamine which you find proven by the government beyond a reasonable doubt:

__X__ 5 grams or more of methamphetamine, its salts, isomers, and salts of isomers;

OR

_____ less than 5 grams of methamphetamine, its salts, isomers, and salts of isomers.


<u>COUNT 11</u>:

We, the jury in the above-entitled cause, having found the Defendant SILVER JOSE GALINDO guilty in Count 10, find

Defendant SILVER JOSE GALINDO:

        _____ Not Guilty         X   Guilty

        DATED at Honolulu, Hawaii, _APRIL 21, 2008_ .

                SIGNED: _Jerry Matsunaka_ .
                         FOREPERSON