AO 89 (Rev. 7/95) Subpoena in a Criminal Case

ORIGINAL

CR 04-53 DAE

## PROOF OF SERVICE

| | DATE | PLACE |
|---|---|---|
| RECEIVED BY SERVER | April 15, 2008 | 206 Merchant Street, Second Floor, Honolulu, Hawaii 96813 |
| SERVED | April 15, 2008 | Custodian of Records - HPD Main Station, 801 South Beretania Street, Honolulu, Hawaii 96813 |

SERVED ON (PRINT NAME)
Josette Lai
Custodian of Records
Honolulu Police Department

FEES AND MILEAGE TENDERED TO WITNESS
[ ] YES  [X] NO  AMOUNT $ _____

SERVED BY (PRINT NAME)
Warren K. Tang

TITLE
Investigator

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
APR 21 2008
at 1 o'clock and 2 min. PM
SUE BEITIA, CLERK

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on  April 16, 2008
                Date

Signature of server
206 Merchant Street, Second Floor
Honolulu, Hawaii 96813
Address of server

ADDITIONAL INFORMATION

AO 89 (Rev. 7/95) Subpoena in a Criminal Case

# United States District Court
## DISTRICT OF HAWAII

UNITED STATES OF AMERICA,

v.

SILVER JOSE GALINDO,

SUBPOENA IN A CRIMINAL CASE

CASE NUMBER: CR. NO. 04-00053 DAE

TO: CUSTODIAN OF RECORDS
Honolulu Police Department
801 South Beretania Street
Honolulu, Hawaii 96813

*[handwritten: Jay Josette LM Coe 4-15-08 /1556]*

☒ YOU ARE COMMANDED to appear in the United States District Court at the place, date and time specified below, or any subsequent place, date and time set by the court, to testify in the above referenced case. This subpoena shall remain in effect until you are granted leave to depart by the court or by an officer acting on behalf of the court.

| PLACE | COURTROOM |
|---|---|
| United States District Court<br>300 Ala Moana Boulevard, 4th Floor<br>Honolulu, Hawaii 96850 | Judge David A. Ezra |
| | DATE AND TIME<br>4/17/08; 9:00 a.m. |

☒ YOU ARE ALSO COMMANDED to bring with you the following document(s) or object(s):

The original mugshot taken of Silver Galindo, SSN: ■■■-5343, DOB: ■■/66, for his arrest in detailing stolen property charge originating at 1833 South King Street on September 6, 2003 under HPD Police Report No. 03-357664.

Please call me upon receipt of this subpoena to coordinate your schedule.

| U.S. MAGISTRATE JUDGE OR CLERK OF COURT | DATE |
|---|---|
| (BY) DEPUTY CLERK | |

ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER

JACK SCHWEIGERT; 550 Halekauwila Street, Room 309; Honolulu, Hawaii 96813;
Telephone: (808) 533-7491