**ORIGINAL**

JACK SCHWEIGERT
550 Halekauwila Street, Room 309
Honolulu, HI 96813
Phone: (808) 533-7491
CJA Attorney for Silver Jose Galindo

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
APR 28 2008
at ___ o'clock and ___ min. ___ M.
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>SILVER JOSE GALINDO,<br><br>Defendant. | ) CR. NO. 04-00053 DAE<br>)<br>) NOTICE OF HEARING;<br>) DEFENDANT'S MOTION FOR<br>) JUDGMENT OF ACQUITTAL<br>) AND/OR ALTERNATIVELY FOR<br>) A NEW TRIAL; MEMORANDUM<br>) OF LAW; DECLARATION<br>) OF JACK SCHWEIGERT;<br>) EXHIBIT "1"; CERTIFICATE OF<br>) SERVICE<br>)<br>)<br>) TRIAL #1: April 1, 2008<br>) TRIAL #2: October 7, 2008<br>) |

**NOTICE OF HEARING**

TO: Darren W.K. Ching, Esq.
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, HI 96850

Attorney for U.S.A.

Notice is hereby given that the undersigned has filed with the above-entitled Court the motion attached hereto. Any response to said motion must be filed with the Court no later than 11 days after the date of the Certificate of Service. If service of the motion has been made by mail pursuant to Rule 45, Federal Rules of Criminal Procedure, any response to said motion must be filed with the Court no later than 14 days after the date of the said Certificate of Service.

DATED: Honolulu, Hawaii, April 28, 2008.

/s/ Jack Schweigert
JACK SCHWEIGERT
Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR. NO. 04-00053 DAE |
| Plaintiff, | ) DEFENDANT'S MOTION FOR |
| | ) JUDGMENT OF ACQUITTAL |
| vs. | ) AND/OR ALTERNATIVELY A |
| | ) NEW TRIAL |
| SILVER JOSE GALINDO, | ) |
| Defendant. | ) |

**DEFENDANT'S MOTION FOR JUDGMENT OF
ACQUITTAL AND/OR ALTERNATIVELY A NEW TRIAL**

COMES NOW Defendant Silver Jose Galindo, by and through his CJA counsel, and moves this Honorable court for judgment of acquittal on and/or alternatively for a new trial.

This motion is made pursuant to Rules 29 & 33, Federal Rules of Criminal Procedure and is supported by the attached Memorandum of Law, Declaration of Counsel, Exhibit "1" and the record and file.

DATED: Honolulu, Hawaii, April 28, 2008.

_____
JACK SCHWEIGERT
Attorney for Defendant