IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) CR. NO. 04-00053 DAE |
|---|---|
| Plaintiff, | ) DECLARATION OF JACK ) SCHWEIGERT |
| vs. | ) |
| SILVER JOSE GALINDO, | ) |
| Defendant. | ) |

**DECLARATION OF JACK SCHWEIGERT**

I, Jack Schweigert, declare as follows:

1. I am Defendant Silver Jose Galindo's CJA counsel.

2. Attached hereto as Exhibit "1" is a true and correct copy of a blow up of that portion of the gun handle of the .25 caliber gun referred to in Count 4. This photo was given to me by SA Torco during the trial of this matter in response to my request for a close-up photograph of this portion of the gun. It is this portion of the gun that I pointed out to each of the jury when allowed to display the actual .25 caliber gun to them.

I declare under penalty of perjury the foregoing is true and correct.

DATED: Honolulu, Hawaii, April 28, 2008.

_____
JACK SCHWEIGERT