IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) CR. NO. 04-00053 DAE |
|---|---|
| Plaintiff, | ) CERTIFICATE OF SERVICE |
| vs. | ) |
| SILVER JOSE GALINDO, | ) |
| Defendant. | ) |

**CERTIFICATE OF SERVICE**

It is hereby certified that on April 28, 2008, one copy of the attached document was served on the below individual by depositing same in the U.S. Mail, first class postage pre-paid, addressed as follows:

DARREN W.K. CHING, ESQ.
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, HI 96850

Attorney for U.S.A.

_____
JACK SCHWEIGERT
Attorney for Defendant