**ORIGINAL**

JACK SCHWEIGERT
550 Halekauwila Street, Room 309
Honolulu, HI 96813
Phone: (808) 533-7491
CJA Attorney for Silver Jose Galindo

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR. NO. 04-00053 DAE |
| Plaintiff, | ) |
| vs. | ) DEFENDANT'S FIRST |
| | ) SUPPLEMENT TO MOTION |
| | ) FOR JUDGMENT OF ACQUITTAL |
| SILVER JOSE GALINDO, | ) AND/OR ALTERNATIVELY FOR |
| | ) A NEW TRIAL; MEMORANDUM |
| Defendant. | ) OF LAW; CERTIFICATE OF |
| | ) SERVICE |
| | ) HEARING: |
| | ) DATE:  May 7, 2008 |
| | ) TIME:  9:45 A.M. |
| | ) JUDGE: David A. Ezra |
| | ) TRIAL #1: April 1, 2008 |
| | ) TRIAL #2: October 7, 2008 |

**DEFENDANT'S FIRST SUPPLEMENT TO MOTION FOR
JUDGMENT OF ACQUITTAL AND/OR ALTERNATIVELY A NEW TRIAL**

On April 28, 2008 Defendant Galindo filed a Motion for Judgment of

Acquittal and/or Alternatively a New Trial. As to Count 3 an additional argument must

be made regarding the 924c charge.

More specifically for a conviction under 18 U.S.C. § 924c there must be "evidence sufficient to show an **ACTIVE EMPLOYMENT** of the firearm by the defendant, a use that makes the firearm an operative factor in relation to the predicate offense." U.S. v. Guess, 203 F.3d 1143, 1146 (9th Cir. 2000). In that regard use does not encompass mere possession, especially where a weapon is kept at or near the site of a drug crime for purposes of emboldening the offender. Id. As the Court ruled in Guess, without additional facts, such as a wrongdoer's disclosing the availability of the weapon in order to intimidate, the inert presence or **SIMPLE STORAGE** of a firearm does **NOT** equal use. Id. @ 1146-1147.

Applying this law to that to the facts in Count 3, not only do we have two police officers giving totally inconsistent statements about where Mr. Galindo's identification was found, but there was nothing more than simple storage of a gun allegedly wrapped up in a jacket some distance away from Mr. Galindo who was hiding from the police in the attic at Mr. Ingram's home. Therefore the active employment requirement does not exist in Count 3 and a judgment of acquittal must be granted.

DATED: Honolulu, Hawaii, April 30, 2008.

_____
JACK SCHWEIGERT
Attorney for Defendant

2

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR. NO. 04-00053 DAE |
| Plaintiff, | ) <br> ) CERTIFICATE OF SERVICE |
| vs. | ) <br> ) |
| SILVER JOSE GALINDO, | ) <br> ) |
| Defendant. | ) |

### CERTIFICATE OF SERVICE

It is hereby certified that on April 30, 2008, a copy of the attached document was served via facsimile to Fax No. 541-2958 on the below individual addressed as follows:

> DARREN W.K. CHING, ESQ.
> Assistant U.S. Attorney
> Room 6100, PJKK Federal Building
> 300 Ala Moana Blvd., Box 50183
> Honolulu, HI 96850
>
> Attorney for U.S.A.

*(signature)*
JACK SCHWEIGERT
Attorney for Defendant