# MINUTES

| | |
|---|---|
| CASE NUMBER: | CR 04-00053DAE |
| CASE NAME: | USA v. Silver Jose Galindo |
| ATTYS FOR PLA: | Darren Ching<br>Loretta Sheehan |
| ATTYS FOR DEFT: | Jack F. Schweigert |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | David Alan Ezra | REPORTER: | Cynthia Fazio |
| DATE: | 05/07/2008 | TIME: | 9:45am-10:15am |

COURT ACTION: EP: [265]MOTION for Judgment of Acquittal and/or in the Alternative for a New Trial. [264]Motion to Continue Sentencing Date.

Defendant present in custody.

Oral arguments heard.

[265]MOTION for Judgment of Acquittal and/or in the Alternative for a New Trial- DENIED. Motion terminated.

[264]Motion to Continue Sentencing Date- TAKEN UNDER ADVISEMENT.

Court to issue order.

Submitted by: Theresa Lam, Courtroom Manager