EDWARD H. KUBO, JR.      #2449
United States Attorney
District of Hawaii

RONALD G. JOHNSON        #4532
Chief, Major Crimes Unit

DARREN W.K. CHING        #6903
Assistant U.S. Attorney
PJKK Federal Bldg.
300 Ala Moana Blvd. Rm # 6100
Honolulu, Hawaii  96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-mail: Darren.Ching@usdoj.gov

Attorneys for Plaintiff,
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR. NO. 04-00053 DAE |
| | ) |
| Plaintiff, | ) ORDER FOR DISMISSAL OF COUNTS |
| | ) 5, 6, AND 7 WITHOUT PREJUDICE |
| vs. | ) |
| | ) |
| SILVER JOSE GALINDO, | ) |
|   aka Daniel S. Galindo, | ) |
|   aka Timothy Mau, | ) |
| | ) |
| Defendant. | ) |
| | ) |

ORDER FOR DISMISSAL OF COUNTS 5, 6, AND 7 WITHOUT PREJUDICE

      Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of court endorsed hereon, the United States Attorney for the District of Hawaii hereby dismisses without prejudice counts 5, 6, and 7 of the Third Superseding

Indictment against Silver Jose GALINDO in the interest of justice, based upon a material change in circumstances since the Third Superseding Indictment.

        DATED: May 29, 2008, at Honolulu, Hawaii.

```
                                EDWARD H. KUBO, JR.
                                UNITED STATES ATTORNEY
                                District of Hawaii
                                    /s/ Ronald G. Johnson
                             By _____
                                    RONALD G. JOHNSON
                                    Chief, Major Crimes Unit

                                    /s/ Darren W.K. Ching
                             By _____
                                    DARREN W. K. CHING
                                    Assistant U.S. Attorney
```

Leave of court is granted for the filing of the foregoing Dismissal Without Prejudice.

        Dated: Honolulu, Hawaii:  May 29, 2008



        _____
        David Alan Ezra
        United States District Judge

USA v. SILVER JOSE GALINDO
Cr. No. 04-00053 DAE
"Order for Dismissal of Counts 5, 6, and 7 Without Prejudice"