# MINUTES

| | |
|---|---|
| CASE NUMBER: | CR 04-00053DAE |
| CASE NAME: | USA v. Silver Jose Galindo |
| ATTYS FOR PLA: | Darren Ching<br>Loretta Sheehan |
| ATTYS FOR DEFT: | Jack F. Schweigert |
| USPO: | Ellie Asasaki |

| | | | |
|---|---|---|---|
| JUDGE: | David Alan Ezra | REPORTER: | Cynthia Fazio |
| DATE: | 09/02/2008 | TIME: | 9:00am-9:20am |

COURT ACTION:  EP: Sentencing to Counts 1, 2, 3, 4, 8, 9, 10, and 11 of the Indictment as to Defendant Silver Jose Galindo.

Defendant Silver Jose Galindo present in custody.

Defendant's Oral Motion to Continue Sentencing-GRANTED.  Sentencing continued to 10/6/2008 @11:15amDAE.

Defendant remanded to the custody of U.S. Marshals.

Submitted by:  Theresa Lam, Courtroom Manager